IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
: 
*In re* : Chapter 11
:
AGSPRING MISSISSIPPI REGION, LLC, *et al.*, : Case No. 21-11238 (CTG)
:
Debtors.[1] : (Joint Administration Requested)
---------------------------------------------------------------x

## NOTICE OF APPEARANCE AND DEMAND FOR NOTICES AND PAPERS

**PLEASE TAKE NOTICE** that LVS II SPE XVIII LLC and HVS V LLC (together, the "Secured Lenders") hereby enter their appearance by and through their undersigned counsel, Moore & Van Allen PLLC and Richards, Layton & Finger, P.A., pursuant to 11 U.S.C. § 1109(b) and rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and such counsel hereby requests, pursuant to Bankruptcy Rules 2002, 3017, and 9007 and 11 U.S.C. §§ 342 and 1109(b), that all copies of all notices and pleadings given or filed in the above-captioned chapter 11 cases be given and served upon the attorneys listed below at the following addresses, email addresses, and telephone numbers:

| | |
|---|---|
| Michael J. Merchant | Zachary H. Smith |
| Jason M. Madron | Gabriel L. Mathless |
| RICHARDS, LAYTON & FINGER, P.A. | Stephen E. Gruendel |
| One Rodney Square | MOORE & VAN ALLEN PLLC |
| 920 North King Street | 100 North Tryon Street, Suite 4700 |
| Wilmington, DE 19801 | Charlotte, NC 28202-4003 |
| Telephone: (302) 651-7700 | Telephone: (704) 331-1000 |
| Facsimile: (302) 651-7701 | Facsimile: (704) 378-1989 |
| Email: Merchant@rlf.com | E-mail: zacharysmith@mvalaw.com |
| Madron@rlf.com | gabrielmathless@mvalaw.com |
| | stevegruendel@mvalaw.com |

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Agspring Mississippi Region, LLC (9147); Agspring MS 1, LLC (6456); Agspring MS, LLC (2692); Lake Providence Grain and Rice LLC (1986); and Bayou Grain and Chemical Corporation (7831). The Debtors' mailing address is 5101 College Blvd., Leawood, KS 66211.

RLF1 25974982v.1

**PLEASE TAKE FURTHER NOTICE** that, pursuant to 11 U.S.C. § 1109(b), the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading, or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, or otherwise filed or made with regard to the referenced case and proceedings herein.

**PLEASE TAKE FURTHER NOTICE** that this appearance and demand for notice is neither intended as nor is it a consent of the Secured Lenders to the jurisdiction of the United States Bankruptcy Court for the District of Delaware nor, specifically but not limited to, a waiver of (i) the Secured Lenders' right to trial by jury in any proceeding so triable herein, or in any case, controversy, or proceeding related hereto, (ii) the Secured Lenders' right to have the reference withdrawn by the United States District Court for the District of Delaware in any matter subject to mandatory or discretionary withdrawal or (iii) any other rights, claims, actions, defenses, set-offs, or recoupments to which the Secured Lenders are or may be entitled under any agreement, in law, or in equity, all of which rights, claims, actions, defenses, set-offs, and recoupments the Secured Lenders expressly reserve.

[*Remainder of page intentionally left blank.*]

Dated: September 13, 2021
      Wilmington, Delaware

/s/ *Jason M. Madron*
Michael J. Merchant (No. 3854)
Jason M. Madron (No. 4431)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

-and-

Zachary H. Smith
Gabriel L. Mathless
Stephen E. Gruendel
MOORE & VAN ALLEN PLLC
100 North Tryon Street, Suite 4700
Charlotte, NC 28202-4003
Telephone: (704) 331-1000
Facsimile: (704) 378-1989

*Co-Attorneys for LVS II SPE XVIII LLC and HVS V LLC*