# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| AGSPRING MISSISSIPPI REGION, LLC, *et al.*,[1] | Case No. 21–11238 (CTG) |
| Debtors. | (Joint Administration Requested) |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

**PLEASE TAKE NOTICE** that Jones Walker LLP and Benesch, Friedlander, Coplan & Aronoff LLP hereby enter their appearance (the "**Notice of Appearance**") in the above-captioned cases as counsel to CGB Enterprises, Inc. and Consolidated Grain and Barge Co. (together, "**CGB**"), pursuant to sections 342 and 1109(b) of title 11 of the United States Code, 11 U.S.C §§ 101-1532 (as amended, the "**Bankruptcy Code**"), and Rules 2002, 3017, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure (as amended, the "**Bankruptcy Rules**"), and request that copies of any and all notices and papers filed or entered in these cases be given to and served upon the following:

| | |
|---|---|
| Mark A. Mintz | Gregory W. Werkheiser |
| Madison M. Tucker | Benesch, Friedlander, Coplan & Aronoff LLP |
| Jones Walker LLP | 1313 N. Market St., Suite 1201 |
| 201 St. Charles Avenue, Suite 5100 | Wilmington, Delaware 19801 |
| New Orleans, Louisiana 70170-5100 | Tel: 302-442-7010 |
| Tel: 504-582-8368 | Fax: 302-442-7012 |
| Fax: 504-589-8368 | gwerkheiser@beneschlaw.com |
| mmintz@joneswalker.com | |
| mtucker@joneswalker.com | |

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Agspring Mississippi Region, LLC (9147); Agspring MS 1, LLC (6456); Agspring MS, LLC (2692); Lake Providence Grain and Rice LLC (1986); and Bayou Grain and Chemical Corporation (7831). The Debtors' mailing address is 5101 College Blvd., Leawood, KS 66211.

**PLEASE TAKE FURTHER NOTICE** that this constitutes not only a request for service of the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, a request for service of all orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand delivery, telephone, facsimile transmission, telegraph, telex, or otherwise, that (1) affects or seeks to affect in any way any rights or interests of any creditor or party in interest in these cases, with respect to (a) the debtors in the above-captioned cases (the "**Debtors**") and any related adversary proceedings, whether currently pending or later commenced; (b) property of the Debtors' estate, or proceeds thereof, in which the Debtors may claim an interest; or (c) property or proceeds thereof in the possession, custody, or control of others that the Debtors may seek to use; or (2) requires or seeks to require any act or other conduct by a party in interest.

**PLEASE TAKE FURTHER NOTICE** that this notice of appearance and any subsequent appearance, pleading, claim, or suit is not intended nor shall be deemed to waive the rights of CGB: (1) to have an Article III judge adjudicate in the first instance any case, proceeding, matter, or controversy as to which a bankruptcy judge may not enter a final order or judgment consistent with Article III of the United States Constitution; (2) to have final orders in a non-core case, proceeding, matter, or controversy entered only after an opportunity to object to proposed findings of fact and conclusions of law and a de novo review by a district court judge; (3) to trial by jury in any case, proceeding, matter, or controversy so triable; (4) to have the reference withdrawn by the United States District Court in any case, proceeding, matter, or controversy subject to mandatory or discretionary withdrawal; or (5) any other rights, claims, actions, defenses, setoffs, or recoupments to which CGB is or may be entitled under agreements,

in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are hereby reserved.

Dated:  September 15, 2020
        Wilmington, Delaware

**BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**

*/s/ Gregory W. Werkheiser*
Gregory W. Werkheiser (DE #3553)
1313 Delaware Avenue, Suite 1201
Wilmington, Delaware 19801
Telephone: (302) 442-7010
Facsimile: (302) 442-7012
Email:  gwerkheiser@beneschlaw.com

Mark A. Mintz (LA Bar No. 31878)
Madison M. Tucker (LA Bar No. 37722)
**JONES WALKER LLP**
201 St. Charles Avenue, Suite 5100
New Orleans, Louisiana   70170-5100
Tel:   504-582-8368
Fax:  504-589-8368
mmintz@joneswalker.com
mtucker@joneswalker.com

***Counsel for CGB Enterprises, Inc. and Consolidated Grain and Barge Co.***

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on September 15, 2021 a true and correct copy of the foregoing document was duly served by electronic transmission to all registered ECF users appearing in the foregoing chapter 11 cases.

                                                         */s/ Gregory W. Werkheiser*
                                                        Gregory W. Werkheiser (DE# 3553)