## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| **AGSPRING MISSISSIPPI REGION, LLC, *et al.*,**[1] | Case No. 21-11238 (CTG) |
| Debtor and Debtor In Possession. | Jointly Administered |

## <u>DECLARATION OF KYLE STURGEON</u>

I, Kyle Sturgeon, pursuant to 28 U.S.C. § 1746, hereby declare under penalty of perjury that the following is true and correct:

1.      I am a Managing Partner of MERU, LLC, a turnaround firm I co-founded in 2017.

2.      I have been serving as the Chief Restructuring Officer of Agspring Mississippi Region, LLC ("<u>AMR</u>"), Agspring MS 1, LLC ("<u>Agspring MS 1</u>"), Agspring MS, LLC ("<u>Agspring MS</u>"), Lake Providence Grain and Rice LLC ("<u>LPGR</u>"), and Bayou Grain & Chemical Corporation ("<u>BGCC</u>," and together with AMR, Agspring MS1, Agspring MS, and LPGR, the "<u>Debtors</u>") since September 8, 2021.

3.       I submit this declaration (the "<u>Declaration</u>") to provide the Court with background related to the above-referenced cases (the "<u>Cases</u>").

4.      All facts set forth in this declaration are based upon my personal knowledge, my review of relevant documents, information provided to me by employees working under my direction or supervision, my discussions with the Debtors' directors, management or advisors, my discussions with potential purchasers of the Debtors' assets and other interested parties, or

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Agspring Mississippi Region, LLC (9147); Agspring MS 1, LLC (6456); Agspring MS, LLC (2692); Lake Providence Grain and Rice LLC (1986); and Bayou Grain & Chemical Corporation (7831).  The Debtors' mailing address is 5101 College Boulevard, Leawood, KS 66211.

my opinion based upon experience, knowledge, and information concerning restructurings, asset sales, and financings in distressed situations. If called upon to testify, I could and would testify competently to the facts set forth in this declaration.

## I.    Background and Qualifications

5.    I have fifteen years of operational experience leading complex transformations and advising on in- and out-of-court restructurings for companies across industries, with a focus in retail and consumer, healthcare, and materials.  I graduated from the University of Virginia in 2004, with a Bachelor's degree in economics.  Prior to co-founding MERU, I was a Senior Vice President in the Recovery & Transformation Services group at McKinsey & Company from 2013 to 2017.  Prior to that, I was a Director in the North American Corporate Restructuring Practice at Alvarez & Marsal from 2006 to 2013.

## II.    The Debtors' Corporate Structure

6.    The Debtors, historically a leading grain and oilseed handler in Louisiana and Arkansas, are a family of companies commonly referred to for marketing and management purposes as "Big River Rice and Grain" ("Big River").

7.    AMR, a Delaware limited liability company, is the sole managing member of and wholly owns Agspring MS 1, a Delaware limited liability company, which, in turn, is the sole managing member of and wholly owns Agspring MS, a Delaware limited liability company, which in turn is the sole managing member of and wholly owns LPGR, a Delaware limited liability company, which, in turn, wholly owns BGCC, an Arkansas corporation.

8.    The Debtors are indirect subsidiaries of non-debtor Agspring Holdco, LLC ("Holdco") and Agspring, LLC ("Agspring").

### III.    The Debtors' Operations

9.      As subsidiaries of Agspring, the Debtors are part of a larger agribusiness and logistics company formed in August 2012 with the express aim of acquiring, consolidating, and operating midstream agricultural commodity firms.

10.      Between 2012 to 2015, Agspring's former founders and equity sponsor created four agribusiness units: three business units focused on commodity purchasing and one providing logistics broker services.

11.      In August 2013, Agspring spent over $100 million to combine three companies operating in the Big River region (Tubbs Rice Dryers, Raley Brothers, and Bayou Grain and Chemical) to form one of these business units: the Debtors' businesses.  The Debtors were headquartered in Pioneer, Louisiana, with facilities in Delhi, Mer Rouge, Monticello, Lake Providence, and Crowville, Louisiana, as well as Eudora and Parkdale, Arkansas.

12.      From their inception in 2012 through 2019, the Debtors provided origination, grain drying, storage and handling, logistics, marketing and distribution, and risk management for the region's crops of soybeans, corn, rice, wheat and milo.  In 2018, the Debtors handled over 42 million bushels of grain and had commercial relationships with major companies including ADM, Cargill, Foster Farms, and Tyson.  The eight locations comprising the Debtors' operations have the capacity to store over 26 million bushels of grain, and include a barge terminal and loader capable of handling eight barges per day, and a location serviced by Kansas City Southern Railway capable of loading 25 railcar units of grain daily.

### IV.    Events Precipitating Chapter 11

13.      The Debtors had some early success, including (i) improved operations at the Big River barge loading facility in Lake Providence, resulting in greater delivery efficiencies for

US_Active\118987846\V-3

producers and improved environmental impact, and (ii) upgrading of platform scales to improve the rate at which grain could be dumped.  However, the Debtors' historically high profit margins from 2012 were not sustainable.  As operators of elevators and silos, the Debtors were increasingly subject to competition from operators with ties to exporters and lower costs of capital due to their larger scale,  and thus subsequently experienced decreasing profit margins.

14.	In 2015, the Debtors' former founders and equity sponsor sold the Debtors and affiliated nondebtors to American Infrastructure MLP Funds for $272 million (the "2015 Sale"). In relation thereto, Agspring incurred $80 million in loans (the "Term Loan"), which was guaranteed by certain Debtors.  Agspring suffered significantly lower EBITDA in 2016 than forecasted during the 2015 Sale process, which resulted in Agspring's inability to service the significant debt load taken on to finance the 2015 Sale.  Agspring and Holdco are currently pursuing litigation against founders Brad Clark and Randal Linville and former equity owner NGP X US Holdings LP on fraud theories related to the 2015 Sale in Delaware Chancery Court

15.	After its 2016 fiscal year, the Debtors' thin profit margins from increased market competition, combined with their level of debt obligations, made the continued successful operation of the Debtors unsustainable, and the lenders declared the Term Loan in default.

16.	In addition to the issues raised above, during this same timeframe the Debtors experienced additional financial stress as participants in the agribusiness sector in general and grain sector in particular, which faced continued decline in demand and margins for the Debtors' products.  Additionally, the larger Agspring family of companies had anticipated opportunities to exploit certain synergies that ultimately failed to materialize.

17.	Consequently, in 2018, the Debtors entered into an agreement with Consolidated Grain and Barge Co. ("CGB"), a wholly owned subsidiary of CGB Enterprises, Inc., to allow

CGB to provide managerial and marketing services to the Debtors.

18.     Subsequently, in June 2019, CGB and Big River entered into (a) a purchase agreement whereby Big River sold the operational aspects of the business, including its grain purchase and sale contracts and grain inventory, to CGB (the "Purchase Agreement"), (b) two separate five-year leases of land, grain storage facilities, and other real and personal property to CGB (the "Leases"), and (c) a number of agreements ancillary to the Purchase Agreement and the Leases, including two capital leases purchased from Farm Credit Leasing Services Corporation (these ancillary agreements collectively, together with the Purchase Agreement and the Leases, the "CGB Transaction").  Pursuant to the CGB Transaction, CGB took over all operations formerly conducted by the Debtors, and, consequently, the Debtors currently have no employees or operations.

19.     CGB continues to lease and use the facilities and assets for grain and other crop storage, processing, handling, shipment and related operations.  Pursuant to the Leases, CGB pays the Debtors $750,000 per year in rent.  The Leases each have a five-year term, with an early termination option after two years in the event of a sale of a leased property, subject to a right of first refusal in favor of CGB.

20.     Later that same year, in late 2019, Larry G. Tubbs and certain entities in which he held stock and/or membership interests (Tubbs Rice Dryers, Inc., Big River Grain, LLC, and Chief Ventures, LLC, and together with Tubbs, the "Tubbs Plaintiffs") filed suit against AMR and certain nondebtors.  The Tubbs Plaintiffs had sold certain properties (the "Tubbs Properties") that became part of the Big River assets in 2013 and received a promissory note in return.  The litigation with the Tubbs Plaintiffs is ongoing.

US_Active\118987846\V-3

## V.      Sale, CRO and Chapter 11 Filing

21.      In early 2021, Agspring engaged Piper Sandler ("Piper") as their investment banker to market all the assets of the Agspring family of companies, including the Debtors' assets.  Piper vigorously marketed the assets, and as a result of their efforts, the Debtors entered into substantive negotiations with an investor in the industry, which ultimately resulted in an offer to purchase a significant percentage of the Debtors' assets (not including the Tubbs Properties) for $30.5 million.

22.      On September 8, 2021, the Debtors appointed me to serve as their Chief Restructuring Officer to assist the Debtors in the sale of their assets, to forecast and manage their liquidity, and to provide advice and recommendations regarding their restructuring.

23.      On September 10, 2021, the Debtors each filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code commencing their Cases.

24.      The Debtors' ultimate goals are to preserve the going-concern value of the Debtors' businesses, their stakeholders, and parties in interest, and to effectuate an orderly sale process and liquidation.  To that end, the Debtors anticipate filing pleadings shortly with the Court regarding the sale and bidding procedures for certain assets and filing a motion to use cash collateral and approve debtor in possession financing on a final basis.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated:  September 15, 2021

Kyle Sturgeon
Managing Partner, MERU, LLC

*Chief Restructuring Officer of the Debtors*