IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AGSPRING MISSISSIPPI REGION, LLC, *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 21–11238 (CTG)<br><br>(Jointly Administered) |

### MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 9010-1 and the below certification, counsel moves for the admission *pro hac vice* of Mark A. Mintz, Esq. of Jones Walker LLP to represent CGB Enterprises, Inc. and Consolidated Grain and Barge Co., in the above-captioned cases, as well as all matters and proceedings arising in or relating to the above-captioned cases.

Dated: September 22, 2021
       Wilmington, Delaware

       */s/ Gregory W. Werkheiser*
       Gregory W. Werkheiser (DE #3553)
       Benesch, Friedlander, Coplan & Aronoff LLP
       1313 North Market Street, Suite 1201
       Wilmington, Delaware 19801
       gwerkheiser@beneschlaw.com

14689103

## CERTIFICATION OF COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the bars of the States of Louisiana and Texas, and am admitted and in good standing before, *inter alia,* the U.S. Court of Appeals for the Fifth Circuit, the U.S. District Court for the Eastern District of Louisiana, and the U.S. District Court for the Southern District of Texas. Additionally, I hereby submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund revised 9/1/16. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Dated: September 22, 2021    /s/ *Mark A. Mintz*
New Orleans, Louisiana    Mark A. Mintz
Jones Walker LLP
201 St. Charles Ave.
New Orleans, Louisiana 70170
mmintz@joneswalker.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.