## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| AGSPRING MISSISSIPPI REGION, LLC, | Case No. 21-11238 (CTG) |
| Debtors. | (Jointly Administered) |

**Objection Deadline: October 8, 2021 at 4:00 p.m. (ET)**
**Hearing Date:  October 15, 2021 at 1:00 p.m. (ET)**

### NOTICE OF DEBTORS' APPLICATION PURSUANT TO SECTION 327(A) OF THE BANKRUPTCY CODE, RULE 2014 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE, AND LOCAL RULE 2014-1 FOR AUTHORIZATION TO EMPLOY AND RETAIN PACHULSKI STANG ZIEHL & JONES LLP AS CO-COUNSEL FOR THE DEBTORS AND DEBTORS IN POSSESSION *NUNC PRO TUNC* TO THE PETITION DATE

**PLEASE TAKE NOTICE** that on September 24, 2021, the above-captioned debtors and debtors in possession (collectively, the "Debtors"), filed the *Debtors' Application Pursuant to Section 327(a) of the Bankruptcy Code, Rule 2014 of the Federal Rules of Bankruptcy Procedure, and Local Rule 2014-1 for Authorization to Employ and Retain Pachulski Stang Ziehl & Jones LLP as Co-Counsel for the Debtors and Debtors in Possession Nunc Pro Tunc to the Petition Date* (the "Application") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "Bankruptcy Court"). A copy of the Application is attached hereto.

**PLEASE TAKE FURTHER NOTICE** that any response or objection to the entry of an order with respect to the relief sought in the Application must be filed with the Bankruptcy Court on or before **October 8, 2021 at 4:00 p.m. prevailing Eastern Time**.

**PLEASE TAKE FURTHER NOTICE** that at the same time, you must also serve a copy of the response or objection upon:  (i) the Debtors, c/o of Meru LLC 1372 Peachtree Road NE, Atlanta, GA 30309, Attn: Kyle Sturgeon (Kyle@wearemeru.com); (ii) proposed counsel for the

Debtors, Dentons US LLP, 601 S. Figueroa , Suite 2500, Los Angeles, CA 90017, Attn: Samuel R. Maizel (samuel.maizel@dentons.com), and Pachulski Stang Ziehl & Jones LLP, 919 North Market Street, 17th Floor, P.O. Box 8705, Wilmington, DE 19899-8705 (Courier 19801), Attn: Laura Davis Jones (ljones@pszjlaw.com); (iii) counsel to the Debtors' prepetition and postpetition secured lenders, Moore&VanAllen, 100 North Tyron Street, Suite 1700, Charlotte, NC 28202 Attn: Zachary H. Smith (zacharysmith@mvalaw.com) and (iv) the Office of The United States Trustee, 844 King Street, Suite 2207, Lockbox 35, Wilmington, DE 19801, Attn: David L. Buchbinder (david.l.buchbinder@usdoj.gov).

**PLEASE TAKE FURTHER** NOTICE THAT IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE FINAL RELIEF REQUESTED BY THE APPLICATION WITHOUT FURTHER NOTICE OR HEARING.

**PLEASE TAKE FURTHER NOTICE** THAT A HEARING TO CONSIDER THE FINAL RELIEF SOUGHT IN THE APPLICATION WILL BE HELD ON **OCTOBER 15, 2021 AT 1:00 P.M. PREVAILING EASTERN TIME** VIA ZOOM VIDEOCONFERENCE BEFORE THE HONORABLE JUDGE CRAIG T. GOLDBLATT, UNITED STATES BANKRUPTCY COURT JUDGE, AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, 3RD FLOOR, COURTROOM NO. 7, WILMINGTON, DELAWARE 19801.

Dated: September 24, 2021

**PACHULSKI STANG ZIEHL & JONES LLP**

*/s/ Laura Davis Jones*
Laura Davis Jones (DE Bar No. 2436)
Timothy P. Cairns (Bar No. 4228)
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE  19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile:  (302) 652-4400
Email:  ljones@pszjlaw.com
tcairns@pszjlaw.com

-and-

**DENTONS US LLP**

Samuel R. Maizel (admitted *pro hac vice*)
Tania M. Moyron (admitted *pro hac vice*)
Malka S. Zeefe (*pro hac vice* pending)
601 S. Figueroa Street #2500
Los Angeles, CA  90017
Telephone:  (213) 623-9300
Email:  samuel.maizel@dentons.com
tania.moyron@dentons.com
malka.zeefe@dentons.com

-and-

**DENTONS US LLP**

David F. Cook (Bar Number 006352)
1900 K Street, NW
Washington, DC  20006
Telephone:  (202) 496-7500
Email:  david.f.cook@dentons.com

*Proposed Counsel for Debtors and Debtors in Possession*

3