# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> **AGSPRING MISSISSIPPI REGION, LLC, *et al.*,**[1] <br><br> Debtors and Debtors In Possession. | Chapter 11 <br><br> Case No. 21-11238 (CTG) <br><br> Jointly Administered <br><br> **Related to D.I. 63** |

## ORDER GRANTING MOTION TO SHORTEN NOTICE PERIOD WITH RESPECT TO DEBTORS' MOTION FOR ENTRY OF AN ORDER APPROVING BIDDING PROCEDURES FOR THE SALE OF THE DEBTORS' "BIG RIVER" ASSETS

Upon consideration of the motion (the "Motion to Shorten") of the Debtors for entry of an order (this "Order") pursuant to pursuant to section 105(a) of the Bankruptcy Code and Local Rule 6004-1(c): (i) shortening notice with respect to approval of the bidding procedures requested in the *Debtors' Motion for Entry of Orders: (I)(A) Approving Bidding Procedures for the Sale of the Debtors' "Big River" Assets, (B) Authorizing the Debtors to Enter into an Asset Purchase Agreement with a Stalking Horse Bidder and to Provide Bidding Protections Thereunder, (C) Scheduling an Auction and Approving the Form and Manner of Notice Thereof, (D) Approving Assumption and Assignment Procedures, and (E) Scheduling a Sale Hearing and Approving the Form and Manner of Notice Thereof; (II)(A) Approving the Sale of the Debtors' "Big River" Assets Free and Clear of Liens, Claims, Interests, and Encumbrances, and (B) Approving the Assumption and Assignment of Executory Contracts and Unexpired Leases; and (III) Granting*

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Agspring Mississippi Region, LLC (9147); Agspring MS 1, LLC (6456); Agspring MS, LLC (2692); Lake Providence Grain and Rice LLC (1986); and Bayou Grain & Chemical Corporation (7831). The Debtors' mailing address is 5101 College Boulevard, Leawood, KS 66211.

*Related Relief* [Docket No.___] (the "Bidding Procedures Motion"), (ii) setting a hearing on the Bidding Procedures Motion before the United States Bankruptcy Court for the District of Delaware (the "Court") on October 15, 2021, at 1:00 p.m. (Prevailing Eastern Time) (the "Hearing"), (iii) setting the deadline to file objections, if any, to the Motion as October 12, 2021 at 4:00 p.m. (Prevailing Eastern Time) (the "Objection Deadline"), and (iv) granting such other and further relief as the Court deems just and proper; and the Court having found that it has jurisdiction to consider the Motion to Shorten and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012 (Sleet, C.J.); and consideration of the Motion to Shorten and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found cause for the relief requested in the Motion to Shorten pursuant to Local Rule 9006-1(e); and the Court having found and determined that the relief sought in the Motion to Shorten is in the best interests of the Debtors, their estates, their creditors, their stakeholders, and all other parties-in-interest, and that the legal and factual bases set forth in the Motion to Shorten establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor,

        IT IS HEREBY ORDERED THAT:

1.     The Motion to Shorten is GRANTED as set forth herein.

2.     The Bidding Procedures Motion will be considered by the Court at the omnibus hearing on October 15, 2021 at 1:00 p.m. (Eastern Time).

3. Responses and objections to the Bidding Procedures Motion, if any, shall be filed by October 12, 2021 at 4:00 p.m. (Eastern Time).

4. This Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

**Dated: October 1st, 2021**
**Wilmington, Delaware**

**CRAIG T. GOLDBLATT**
**UNITED STATES BANKRUPTCY JUDGE**