# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| AGSPRING MISSISSIPPI REGION, LLC, | Case No. 21-11238 (CTG) <br> (Jointly Administered) |
| Debtors. | |

## CERTIFICATE OF SERVICE

I, Laura Davis Jones, hereby certify that on the 6th day of October, 2021, I caused a copy of the following document(s) to be served on the individual(s) on the attached service list(s) in the manner indicated:

**Notice of Chapter 11 Bankruptcy Case [Docket No. 57]**

*/s/ Laura Davis Jones*
Laura Davis Jones (DE Bar No. 2436)

Agspring Mississippi Region, LLC 2002
Service List FCM
Case No. 21-11238 (CTG)
Document No. 236037
17 – First Class Mail
42 – Electronic Mail

(Counsel to the Debtors)
Laura Davis Jones, Esquire
Timothy P. Cairns, Esquire
Pachulski Stang Ziehl & Jones LLP
919 N. Market Street, 17th Floor
Wilmington, DE  19801
**Email:  ljones@pszjlaw.com;
tcairns@pszjlaw.com**

*FIRST CLASS MAIL*
(Debtor)
Agspring Mississippi Region, LLC
5101 College Boulevard
Leawood, KS 66211

*FIRST CLASS MAIL*
Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Mail Stop 5-Q30.133
Philadelphia, PA  19101

*FIRST CLASS MAIL*
Office of General Counsel
U.S. Department of the Treasury
1500 Pennsylvania Avenue, NW
Washington, DC  20220

*FIRST CLASS MAIL*
(Top Creditor)
Kurt Jones
REDACTED

*FIRST CLASS MAIL*
(Top Creditor)
J&L Farms Partnership
c/o John Ross
1424 Hwy 138E
Tillar, AR  71670

*FIRST CLASS MAIL*
(Top Creditor)
Brad Bruce
REDACTED

*FIRST CLASS MAIL*
(Top Creditor)
Donald and Dawn Myers
REDACTED

*FIRST CLASS MAIL*
(Top Creditor)
George Allen Robinson
REDACTED

*FIRST CLASS MAIL*
(Top Creditor)
Stewart & Jamie Machen
REDACTED

*FIRST CLASS MAIL*
(Top Creditor)
Dora Dean Sowell
REDACTED

*FIRST CLASS MAIL*
(Top Creditor)
Larry Tubbs
c/o Larry G. Tubbs
PO Box 38
Pioneer, LA  71266

*FIRST CLASS MAIL*
(Top Creditor)
Tubbs Rice Dryers, Inc.
c/o Larry G. Tubbs
PO Box 38
Pioneer, LA  71266

**FIRST CLASS MAIL**
(Top Creditor)
Chief Ventures, L.L.C.
c/o Larry G. Tubbs
PO Box 38
Pioneer, LA  71266

**FIRST CLASS MAIL**
(Top Creditor)
Big River Grain
c/o Larry G. Tubbs
PO Box 38
Pioneer, LA  71266

**FIRST CLASS MAIL**
(Top Creditor)
CGB Enterprises
Jonathan H. Sandoz – General Counsel
1127 Highway 190
East Service Road
Covington, LA  70433

**FIRST CLASS MAIL**
Arkansas Secretary of State
Attn: John Thurston
State Capitol
500 Woodlane Avenue, Suite 256
Little Rock, AR  72201

**FIRST CLASS MAIL**
Louisiana Secretary of State
Attn: R. Kyle Ardoin
8585 Archives Avenue
Baton Rouge, LA  70809

**ELECTRONIC MAIL**
(Proposed Counsel to the Debtors)
Samuel R. Maizel, Esquire
Tania M. Moyron, Esquire
Dentons US LLP
601 S. Figueroa Street, #2500
Los Angeles, CA  90017
**Email:   samuel.maizel@dentons.com;
tania.moyron@dentons.com**

**ELECTRONIC MAIL**
(Proposed Counsel to the Debtors)
David F. Cook
Dentons US LLP
1900 K Street, NW
Washington, DC  20006
**Email: david.f.cook@dentons.com**

**ELECTRONIC MAIL**
(US Trustee)
David L. Buchbinder, Esquire
Office of the U.S. Trustee
J. Caleb Boggs Federal Building
Suite 2207
Lockbox # 35
Wilmington, DE  19801
**Email:  david.l.buchbinder@usdoj.gov**

**ELECTRONIC MAIL**
(State Attorney General)
Kathy Jennings, Esquire
Delaware Department of Justice
Carvel State Office Building, 6th Floor
820 N. French Street
Wilmington, DE  19801
**Email:  attorney.general@delaware.gov**

**ELECTRONIC MAIL**
Attn: Christina Rojas
Bankruptcy Administrator
Delaware Division of Revenue
Carvel State Office Building, 8th Floor
820 N. French Street
Wilmington, DE  19801
**Email:  FASNotify@delaware.gov**

**ELECTRONIC MAIL**
United States Attorney)
David C. Weiss
c/o Ellen Slights
US Attorney's Office
District of Delaware
Hercules Building, Suite 400
1313 N. Market Street, Suite 400
Wilmington, DE  19801
**Email:   usade.ecfbankruptcy@usdoj.gov**

*ELECTRONIC MAIL*
(United States Attorney General)
Merrick Garland, Esquire
Office of the US Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW, Room 4400
Washington, DC  20530-0001
**Email:  askdoj@usdoj.gov**

*ELECTRONIC MAIL*
State of Delaware
Division of Corporations - Franchise Tax
John G. Townsend Building, Suite 4
401 Federal Street
PO Box 898 (Zip 19903)
Dover, DE  19901
**Email:
DOSDOC_Bankruptcy@state.de.us**

*ELECTRONIC MAIL*
Delaware Secretary of Treasury
820 Silver Lake Boulevard, Suite 100
Dover, DE  19904
**Email:  statetreasurer@state.de.us**

*ELECTRONIC MAIL*
Office of General Counsel
Securities & Exchange Commission
100 F Street, NE
Washington, DC  20554
**Email:  SECBankruptcy-OGC-ADO@SEC.GOV**

*ELECTRONIC MAIL*
Sharon Binger, Regional Director
Philadelphia Regional Office
Securities & Exchange Commission
One Penn Center, Suite 520
1617 JFK Boulevard
Philadelphia, PA  19103
**Email:  philadelphia@sec.gov**

*ELECTRONIC MAIL*
Andrew Calamari, Regional Director
New York Regional Office
Securities & Exchange Commission
Brookfield Place, Suite 400
200 Vesey Street
New York, NY  10281
**Email:  bankruptcynoticeschr@sec.gov;
NYROBankruptcy@SEC.GOV**

*ELECTRONIC MAIL*
Office of the Chief Counsel
Pension Benefit Guaranty Corporation
1200 K Street, NW
Washington, DC  20005
**Email:  efile@pbgc.gov**

*ELECTRONIC MAIL*
(Counsel to Secured Lenders LVS II SPE XVIII LLC and HVS V LLC)
Michael J. Merchant
Jason M. Madron
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, DE  19801
**Email: Merchant@rlf.com;
Madron@rlf.com**

*ELECTRONIC MAIL*
(Counsel to Secured Lenders LVS II SPE XVIII LLC and HVS V LLC)
Zachary H. Smith
Gabriel L. Mathless
Stephen E. Gruendel
MOORE & VAN ALLEN PLLC
100 North Tryon Street, Suite 4700
Charlotte, NC  28202-4003
**Email: zacharysmith@mvalaw.com;
gabrielmathless@mvalaw.com;
stevegruendel@mvalaw.com**

3

*ELECTRONIC MAIL*
(Top Creditor)
Costello Farms LLC
Attn: Johnny and Sandy Costello
3063 Hwy 586
Oak Grove, LA 71263
**Email: jhcj56@hotmail.com**

*ELECTRONIC MAIL*
(Top Creditor)
Harris Law Firm PPLC – Trust Account
Attn: Noel Harris
PO Box 266
Greenville, MS 38702
**Email: nh@harrislawfirm.com**

*ELECTRONIC MAIL*
(Top Creditor)
Maslon LLP
Attn: Rikke Derrsen-Morice
3300 Wells Fargo Center
90 South Seventh St.
Minneapolis, MN 55402
**Email: rikke.morice@maslon.com**

*ELECTRONIC MAIL*
(Top Creditor)
Howie Farms Trucking LLC
Attn: Richard Howie
2690 Highway 139
Monroe, LA 71203
**Email: howierichard@ymail.com**

*ELECTRONIC MAIL*
(Top Creditor)
Ann Johnson
REDACTED

*ELECTRONIC MAIL*
(Top Creditor)
Ty & Laura Rogers
c/o Lindy
REDACTED

*ELECTRONIC MAIL*
(Top Creditor)
Gabriel Swarek
REDACTED

*ELECTRONIC MAIL*
(Top Creditor)
Niki Johnson
REDACTED

*ELECTRONIC MAIL*
*(Counsel for CGB Enterprises, Inc. and Consolidated Grain and Barge Co.)*
Gregory W. Werkheiser, Esq
Benesch, Friedlander, Coplan & Aronoff LLP
1313 Delaware Avenue, Suite 1201
Wilmington, DE 19801
Email: gwerkheiser@beneschlaw.com

*ELECTRONIC MAIL*
*(Counsel for CGB Enterprises, Inc. and Consolidated Grain and Barge Co.)*
Mark A. Mintz, Esq.
Madison M. Tucker, Esq.
Jones Walker LLP
201 St. Charles Avenue, Suite 5100
New Orleans, LA 70170-5100
Email: mmintz@joneswalker.com;
mtucker@joneswalker.com

*ELECTRONIC MAIL*
*(Counsel to Larry Tubbs, Tubbs Rice Dryers, Inc., Chief Ventures, L.L.C. and Big River Grain, LLC)*
J. E. Cullens, Jr., Esq.
Andrée M. Cullens, Esq.
Walters, Papillion, Thomas, Cullens, LLC
12345 Perkins Road, Bldg. 1
Baton Rouge, LA 70810
Email: cullens@lawbr.net;
acullens@lawbr.net

4

***ELECTRONIC MAIL***

*(Counsel to Larry Tubbs, Tubbs Rice Dryers, Inc., Chief Ventures, L.L.C. and Big River Grain, LLC)*
Paul M. Sterbcow, Esq.
Lewis, Kullman, Sterbcow & Abramson, LLC
601 Poydras Street, Suite 2615
New Orleans, LA  70130
Email:  sterbcow@lksalaw.com

***ELECTRONIC MAIL***

*(Counsel to Larry Tubbs, Tubbs Rice Dryers, Inc., Chief Ventures, L.L.C. and Big River Grain, LLC)*
Christopher P. Simon, Esq.
Michael L. Vild, Esq.
Cross & Simon, LLC
1105 N. Market Street, Suite 901
Wilmington, DE  19801
Email:  csimon@crosslaw.com; mvild@crosslaw.com

***ELECTRONIC MAIL***

(Counsel to Greenfield Grain, LLC)
Marc J. Carmel, Esq.
McDonald Hopkins LLC
300 N. LaSalle Street, Suite 1400
Chicago, IL  60654
Email: mcarmel@mcdonaldhopkins.com

***ELECTRONIC MAIL***

(Counsel to Greenfield Grain, LLC)
Michael J. Kaczka, Esq.
600 Superior Avenue, East, Suite 2100
Cleveland, OH  44114
Email: mkaczka@mcdonaldhopkins.com

***ELECTRONIC MAIL***

(Counsel to Greenfield Grain, LLC)
Andrew L. Magaziner (No. 5426)
Young Conaway Stargatt & Taylor, LLP
1000 N. King Street
Wilmington, DE  19801
Email: amagaziner@ycst.com; bankfilings@ycst.com

5

Agspring Mississippi Region Creditor
Matrix - REDACTED
Case No. 21-11238
Document No. 236119
39 – First Class Mail

*FIRST CLASS MAIL*
Allen Evans
REDACTED

*FIRST CLASS MAIL*
Ann Johnson
REDACTED

*FIRST CLASS MAIL*
Brad Bruce
REDACTED

*FIRST CLASS MAIL*
Big River Grain
Attn:  Larry G. Tubbs
P.O. Box 38
Pioneer, LA 71266

*FIRST CLASS MAIL*
CGB Enterprises
Attn:  Jonathan H. Sandoz
1127 Highway 190
East Service Road
Covington, LA 70433

*FIRST CLASS MAIL*
Chief Ventures, L.L.C.
Attn:  Larry G. Tubbs
P.O. Box 38
Pioneer, LA 71266

*FIRST CLASS MAIL*
Costello Farms LLC
3063 Hwy 586
Oak Grove, LA 71263

*FIRST CLASS MAIL*
Donald & Dawn Myers
REDACTED

*FIRST CLASS MAIL*
Dora Dean Sowell
REDACTED

*FIRST CLASS MAIL*
ERTMAN DULIS & HELISEK PLLC
Attn: John C. Ertman
112 W. 34th St.
18th Floor
New York, NY 10120

*FIRST CLASS MAIL*
Gabriel Swarek
REDACTED

*FIRST CLASS MAIL*
George Allen Robinson
REDACTED

*FIRST CLASS MAIL*
Gotta Go of SE Arkansas Inc.
2179 Hwy 425 South
Monticello, AR 71655

*FIRST CLASS MAIL*
Harris Law Firm PPLC - Trust Account
PO Box 266
Greenville, MS 38702

*FIRST CLASS MAIL*
Howie Farms Trucking LLC
2690 Highway 139
Monroe, LA 71203

*FIRST CLASS MAIL*
Hunter Alberez
REDACTED

*FIRST CLASS MAIL*
J&L Farms Partnership
Attn:  John Ross
1424 Hwy 138E
Tillar, AR 71670

*FIRST CLASS MAIL*
Jones Walker LLP
Attn: Mark A. Mintz
201 St. Charles Ave
New Orleans, LA 70170-5100

*FIRST CLASS MAIL*
LA Dept of Agriculture & Forestry
P.O. Box 91081
Baton Rouge, LA 70821

*FIRST CLASS MAIL*
Larry Tubbs
REDACTED

*FIRST CLASS MAIL*
Latoria Cooney
REDACTED

*FIRST CLASS MAIL*
LEWIS, KULLMAN, STERBCOW
& ABRAMSON, LLC
Attn: Paul M. Sterbcow
2615 Pan American Life Center
601 Poydras Street
New Orleans, LA 70130

*FIRST CLASS MAIL*
Maslon LLP
3300 Wells Fargo Center
90 South Seventh St.
Minneapolis, MN 55402

*FIRST CLASS MAIL*
Massumi + Consoli LLP
Attn:  James Beach
580 California St.
Suite 1200
San Francisco, CA 94104

*FIRST CLASS MAIL*
McDonald Hopkins
Attn: Marc Carmel
300 N. LaSalle St.
Suite 1400
Chicago, Illinois 60654

*FIRST CLASS MAIL*
Moore & VanAllen
Attn: Zachary Smith
100 North Tyron St.
Suite 4700
Charlotte, NC 28202-4003

*FIRST CLASS MAIL*
Niki Johnson
REDACTED

*FIRST CLASS MAIL*
NEUNERPATE
Attn: Jeffrey K. Coreil
and Cliff A. LaCour
1001 West Pinhook Road
Suite 200
Lafayette, LA 70503

*FIRST CLASS MAIL*
Pacific Investment Management
Company LLC
Attn:   Adam Gubner
650 Newport Center Drive
Newport Beach, CA 92660

*FIRST CLASS MAIL*
Prickett, Jones & Elliott, PA
Attn: Corinne Amato
1310 King Street
Wilmington, DE 1980

*FIRST CLASS MAIL*
Robert McMurray
REDACTED

*FIRST CLASS MAIL*
Shook, Hardy & Bacon LLP
Attn: Daniel J. Schwaller
2555 Grand Blvd.
Kansas City, MO  64108

*FIRST CLASS MAIL*
Stewart and Jamie Machen
REDACTED

*FIRST CLASS MAIL*
Ty and Laura Rogers
REDACTED

*FIRST CLASS MAIL*
Tubbs Rice Dryers, Inc.
Attn:  Larry G. Tubbs
P.O. Box 38
Pioneer, LA 71266

*FIRST CLASS MAIL*
Vinson & Elkins
Attn: Michael C. Holmes
Trammell Crow Center
2001 Ross Avenue
Suite 3900
Dallas, TX 75201

*FIRST CLASS MAIL*
WALTERS, PAPILLION, THOMAS, CULLENS, LLC
Attn:  J.E. Cullens
and Andree Matherne Cullens
12345 Perkins Road, Building One
Baton Rouge, LA 70810

*FIRST CLASS MAIL*
Western Lawn Care
P.O. Box 5
Parkdale, AR 71661

*FIRST CLASS MAIL*
Young Conaway Stargatt & Taylor, LLP
Attn: James M. Yoch, Jr.
Rodney Square
1000 North King Street
Wilmington, DE, 19801