# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| AGSPRING MISSISSIPPI REGION, LLC, | Case No. 21-11238 (CTG) (Jointly Administered) |
| Debtors. | |

## CERTIFICATE OF SERVICE

I, Mary F. Caloway, hereby certify that on the 11th day of October, 2021, I caused a copy of the following document(s) to be served on the individual(s) on the attached service list(s) in the manner indicated:

**Notice of Chapter 11 Bankruptcy Case [Docket No. 57]**

*/s/ Mary F. Caloway*
Mary F. Caloway (DE Bar No. 3059)

DOCS_DE:236418.6 01213/001

Agspring Big River Real Property Notices Supplemental (#2) Service List
Document No. 236437
07 – Overnight Delivery

**OVERNIGHT DELIVERY**
Stepan Company
22 West Frontage Road
Northfield, IL  60093

**OVERNIGHT DELIVERY**
Crowville Gas & Tire Center L.L.C.
5157 Highway 17
Winnsboro, LA  71295

**OVERNIGHT DELIVERY**
Mason Caldwell Key
116 County Road 164
Louin, MS  39338

**OVERNIGHT DELIVERY**
Teresa Gail Caldwell Tullos
5555 Highway 84 West
Laurel, MS  39443

**OVERNIGHT DELIVERY**
Atmos Energy Corporation
5430 LBJ Freeway
Dallas, TX  75240

**OVERNIGHT DELIVERY**
Bank of America, N.A.
135 South LaSalle Street, IL 4-135-05-41
Chicago, IL  60603

**OVERNIGHT DELIVERY**
Agspring Mississippi Region, LLC
5251 West 116th Place Suite 200
Leawood, KS  66211

Agspring Big River Real Property Notices
Service List
Document No. 236295V3
03 – Express Mail
19 – Overnight Mail
04 – Electronic Mail

*EXPRESS MAIL*
Pro-Boll Chemical & Fertilizer, Inc.
PO Box 804
Delhi, LA 71232

*EXPRESS MAIL*
Crowville Grain & Elevator Co., Inc.
PO Box 68
Crowville, LA 71230

*EXPRESS MAIL*
Entergee Louisiana
PO Box 35803
West Monroe, LA 71291

*OVERNIGHT MAIL*
Lake Providence Port Commission
409 Port Road
Lake Providence, LA 71254-9801

*OVERNIGHT MAIL*
Myriant Lake Providence Inc.
Attn: Bernette Wright
525 Port Rd.
Lake Providence, LA 71254

*OVERNIGHT MAIL*
Myriant Lake Providence Inc.
Attn: Stacy Thomaszewic
3 Batterymarch Park, 3rd Floor
Quincy, MA 02169

*OVERNIGHT MAIL*
Phelps Dunbar LLP
Attn: Randy Roussel
400 Convention Street, Suite 1100
Baton Rouge, LA 70802

*OVERNIGHT MAIL*
Crowville Gas
Attn: Richard Caldwell, Travis Walker,
   or Ralph Jennings
5157 Highway 17
Winnsboro, LA 71295

*OVERNIGHT MAIL*
Patricia Caldwell
5561 Highway 84 West
Laurel, MS 39443

*OVERNIGHT MAIL*
Treasa Gail C. Tullos
5561 Highway 84 West
Laurel, MS 39443

*OVERNIGHT MAIL*
Mason C. Key
5561 Highway 84 West
Laurel, MS 39443

*OVERNIGHT MAIL*
Dalton Trichell Caldwell
5561 Hwy 84 West
Laurel, MS 39443

*OVERNIGHT MAIL*
GreenPoint Ag, LLC
3350 Players Club Parkway
Suite 100
Memphis, TN 38125

*OVERNIGHT MAIL*
Consolidated Grain and Barge Co.
Attn: Richard S. Pemberton
1127 Highway 190
East Service Road
Covington, LA 70433

*OVERNIGHT MAIL*
CGB Enterprises, Inc.
Attn: General Counsel
1127 Highway 190
East Service Road
Covington, LA 70433

*OVERNIGHT MAIL*
Crop Production Services, Inc.
Attn: Jeff Beuche
3005 Rocky Mountain Avenue
Loveland, CO  80538

*OVERNIGHT MAIL*
Thomas Jack Watson
27 Watson
Delhi, LA  71232

*OVERNIGHT MAIL*
Mark E. Raley and Kayla H. Raley
230 Longview Road
Winnsboro, LA  71295

*OVERNIGHT MAIL*
Farm Credit Leasing Services Corporation,
Attn: Credit Manager
600 Highway 169 South, Suite 300
Minneapolis, MN  55426-1219

*OVERNIGHT MAIL*
U.S. Bank National Association, as
administrative agent
Attention: CDO Trust Services
James Hanley
214 N. Tyon Street, 26th Floor
Charlotte, NC  28202

*OVERNIGHT MAIL*
Pro-Boll Chemical & Fertilizer Company,
Inc.
Registered Agent: Donald K. Carroll
303 Marietta Street
Drawer 340
Oak Grove, LA  71263

*OVERNIGHT MAIL*
Louisiana Department of Agriculture and
   Forestry Pesticide & Environmental
Programs,
Office of Agricultural & Environmental
Sciences
5825 Florida Boulevard
Baton Rouge, LA  70806

*ELECTRONIC MAIL*
Crop Production Services, Inc.
Attn: Tom Smid
3005 Rocky Mountain Avenue
Loveland, CO 80538
**Email tom.smid@cpsagu.com**

*ELECTRONIC MAIL*
(Counsel to Crop Production Services, Inc.)
Perkins Coie LLP
1900 Sixteenth St Suite 1400
Denver, CO  80202
**Email nford@perkinscoie.com**

*ELECTRONIC MAIL*
Raley Brothers Companies
P.O. Box 804
Delhi, Louisiana 71232
Attn: Mark E. Raley
**Email: mraley@raleybros.net**

*ELECTRONIC MAIL*
(Counsel to Raley Brothers Companies
Carroll Law Office
Attn: Donald K. Carroll
301 Marietta Street
Oak Grove, LA  71263
**Email: carrolldonald@bellsouth.net**