IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| AGSPRING MISSISSIPPI REGION, LLC, | Case No. 21-11238 (CTG) |
| Debtors. | (Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Mary F. Caloway, hereby certify that on the 11th day of October, 2021, I caused a copy of the following document(s) to be served on the individual(s) on the attached service list(s) in the manner indicated:

**Notice of Chapter 11 Bankruptcy Case [Docket No. 57]**

**Motion of the Debtors for Entry of Orders (I)(A) Approving Bidding Procedures for the Sale of the Debtors' "Big River" Assets, (B) Authorizing the Debtors to Enter Into an Asset Purchase Agreement With a Stalking Horse Bidder and to Provide Bidding Protections Thereunder, (C) Scheduling an Auction and Approving the Form and Manner of Notice Thereof, (D) Approving Assumption and Assignment Procedures, and (E) Scheduling a Sale Hearing and Approving the Form and Manner of Notice Thereof; (II)(A) Approving the Sale of the Debtors' "Big River Assets" Free and Clear of Liens, Claims, Interests, and Encumbrances, and (B) Approving the Assumption and Assignment of Executory Contracts and Unexpired Leases; and (III) Granting Related Relief [Docket No. 61]**

**Declaration of Teri Stratton in Support of Motion of the Debtors for Entry of Orders (I)(A) Approving Bidding Procedures for the Sale of the Debtors' "Big River" Assets, (B) Authorizing the Debtors to Enter Into an Asset Purchase Agreement with a Stalking Horse Bidder and to Provide Bidding Protections Thereunder, (C) Scheduling an Auction and Approving the Form and Manner of Notice Thereof, (D) Approving Assumption and Assignment Procedures, and (E) Scheduling a Sale Hearing and Approving the Form and Manner of Notice Thereof; (II)(A) Approving the Sale of the Debtors' "Big River" Assets Free and Clear of Liens, Claims, Interests, and Encumbrances, and (B) Approving the Assumption and Assignment of Executory Contracts and Unexpired Leases; and (III) Granting Related Relief [Docket No. 62]**

2

**Notice of Motion of the Debtors for Entry of Orders (I)(A) Approving Bidding Procedures for the Sale of the Debtors' "Big River" Assets, (B) Approving the Debtors to Enter Into an Asset Purchase Agreement with a Stalking Horse Bidder and to Provide Bidding Protections Thereunder, (C) Scheduling an Auction and Approving the Form and Manner of Notice Thereof, (D) Approving Assumption and Assignment Procedures, and (E) Scheduling a Sale Hearing and Approving the Form and Manner of Notice Thereof; (II)(A) Approving the Sale of the Debtors' "Big River Assets" Free and Clear of Liens, Claims, Interests, and Encumbrances, and (B) Approving the Assumption and Assignment of Executory Contracts and Unexpired Leases; and (III) Granting Related Relief [Docket No. 68]**

        */s/ Mary F. Caloway*
        Mary F. Caloway (DE Bar No. 3059)

Agspring – Supplemental Notice Service List #3
Case No. 21-11238 (CTG)
Doc. No. 236468
05 – Express Mail
43 – Overnight Delivery

**Express Mail**
LA Dept of Agriculture & Forestry
PO Box 91081
Baton Rouge, LA  70821

**Express Mail**
Western Lawn Care
PO Box 5
Parkdale, AR  71661

**Express Mail**
LA Dept of Agriculture & Forestry
PO Box 91081
Baton Rouge, LA  70821

**Express Mail**
Allen Evans
REDACTED

**Express Mail**
Robert McMurray
REDACTED

**Overnight Delivery**
Agspring Idaho 1, LLC
5101 College Boulevard
Leawood, KS  66211

**Overnight Delivery**
Lake Providence Port Commission
5251 W. 116th Place, Suite 200
Leawood, KS 66211

**Overnight Delivery**
Ertman Dulis & Helisek PLLC
Attn: John C. Ertman
112 W. 34th Street, 18th Floor
New York, NY  10120

**Overnight Delivery**
Gotta Go of SE Arkansas Inc.
2179 Hwy 425 South
Monticello, AR  71655

**Overnight Delivery**
Hunter Alberez
REDACTED

**Overnight Delivery**
Latoria Cooney
REDACTED

**Overnight Delivery**
Massumi + Consoli LLP
Attn:  James Beach
580 California Street, Suite 1200
San Francisco, CA  94104

**Overnight Delivery**
McDonald Hopkins
Attn: Marc Carmel
300 N. LaSalle Street, Suite 1400
Chicago, IL  60654

**Overnight Delivery**
NEUNERPATE
Attn: Jeffrey K. Coreil and Cliff A. LaCour
1001 West Pinhook Road, Suite 200
Lafayette, LA  70503

**Overnight Delivery**
Pacific Investment Management Company LLC
Attn:   Adam Gubner
650 Newport Center Drive
Newport Beach, CA 92660

**Overnight Delivery**
Prickett, Jones & Elliott, PA
Attn: Corinne Amato
1310 King Street
Wilmington, DE 19801

**Overnight Delivery**
Shook, Hardy & Bacon LLP
Attn: Daniel J. Schwaller
2555 Grand Blvd.
Kansas City, MO  64108

**Overnight Delivery**
Vinson & Elkins
Attn: Michael C. Holmes
Trammell Crow Center
2001 Ross Avenue, Suite 3900
Dallas, TX  75201

**Overnight Delivery**
Young Conaway Stargatt & Taylor, LLP
Attn: James M. Yoch, Jr.
Rodney Square
1000 N. King Street
Wilmington, DE  19801

**Overnight Delivery**
HVS V LLC
214 N. Tryon Street, 27th Floor
Charlotte, NC  28202

**Overnight Delivery**
LVS II SPE XVIII LLC
214 N. Tryon Street, 27th Floor
Charlotte, NC  28202

**Overnight Delivery**
Agspring, LLC
5101 College Boulevard
Leawood, KS  66211

**Overnight Delivery**
Betty Ogden Marital Deduction Trust
1021 Towhee Drive
Shreveport, LA  71106

**Overnight Delivery**
Lake Providence Grain and Rice, LLC
5101 College Boulevard
Leawood, KS  66211

**Overnight Delivery**
Myriant Lake Providence, Inc.
Attn: Bernette Wright
525 Port Road
Lake Providence, LA  71254

**Overnight Delivery**
Phelps Dunbar LLP
Attn: Randy Roussel
400 Convention Street, Suite 110
Baton Rouge, LA  70802

**Overnight Delivery**
Myriant Lake Providence, Inc.
Two Batterymarch Park, Suite 301
Quincy, MA  02169

**Overnight Delivery**
Patricia M. Caldwell, individually and as
Trustee of the Patricia M. Caldwell Trust,
Teresa Gail C. Tullos, Mason C, Key and
Dalton Trichell Caldwell
5561 Hwy 84 West
Laurel, MS  39443

**Overnight Delivery**
Crowville Gas & Tire Center, LLC
Attn: Richard Caldwell, Travis Walker,
Ralph Jennings
5157 Hwy 17
Winnsboro, LA  71295

**Overnight Delivery**
William Lockridge
845 Highway 577
Winnsboro, LA  71295

**Overnight Delivery**
Stepan Company
22 W. Frontage Road
Northfield, IL  60093

**Overnight Delivery**
C T Corporation System
3867 Plaza Tower Drive
Baton Rouge, LA  70816

2

3

**Overnight Delivery**
U. S. Bank National Association
214 N. Tryon Street, 27th Floor
Charlotte, NC  28202

**Overnight Delivery**
The State of Delaware, Secretary of State
820 N. French Street, 4th Floor
Wilmington, DE  19801

**Overnight Delivery**
Louisiana Department of Revenue
617 North Third Street
Baton Rouge, LA  70802

**Overnight Delivery**
Ashley County, AR Tax Collector
c/o Ashley County Courthouse
205 E. Jefferson Street
Hamburg, AR  71646

**Overnight Delivery**
Arkansas Dept. of Environmental Quality
5301 Northshore Drive
North Little Rock, AR  72118-5317

**Overnight Delivery**
Franklin Parish, LA Tax Collector
6556 Main Street
Winnsboro, LA  71295

**Overnight Delivery**
State of Arkansas, Secretary of State
State Capitol, Suite 256
500 Woodlane Street
Little Rock, AR  72201

**Overnight Delivery**
Chicot County, AR Tax Collector
417 Main Street
Lake Village, AR  71663

**Overnight Delivery**
Morehouse Parish, LA Tax Collector
106 East Jefferson Ave
Bastrop, LA  71220

**Overnight Delivery**
West Carroll Parish, LA Tax Collector
305 East Main Street
Oak Grove, LA  71263

**Overnight Delivery**
Richland Parish, LA Tax Collector
708 Julia Street
Rayville, LA  71269

**Overnight Delivery**
Office of the Attorney General
Attn: Leslie Rutledge
323 Center Street, Suite 200
Little Rock, AR  72201

**Overnight Delivery**
Office of the Attorney General Kansas
Attn: Derek Schmidt
120 SW 10th Avenue, 2nd Floor
Topeka, KS  66612

**Overnight Delivery**
Kansas Secretary of State
Memorial Hall, 1st Floor
120 SW 10th Avenue
Topeka, KS  66612-1594

**Overnight Delivery**
Office of the Attorney General Louisiana
1885 N. Third Street
Baton Rouge, LA  70802