# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AGSPRING MISSISSIPPI REGION, LLC,<br><br>Debtors. | Chapter 11<br><br>Case No. 21-11238 (CTG)<br>(Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Mary F. Caloway, hereby certify that on the 12th day of October, 2021, I caused a copy of the following document(s) to be served on the individual(s) on the attached service list(s) in the manner indicated:

**Notice of Chapter 11 Bankruptcy Case [Docket No. 57]**

**Motion of the Debtors for Entry of Orders (I)(A) Approving Bidding Procedures for the Sale of the Debtors' "Big River" Assets, (B) Authorizing the Debtors to Enter Into an Asset Purchase Agreement With a Stalking Horse Bidder and to Provide Bidding Protections Thereunder, (C) Scheduling an Auction and Approving the Form and Manner of Notice Thereof, (D) Approving Assumption and Assignment Procedures, and (E) Scheduling a Sale Hearing and Approving the Form and Manner of Notice Thereof; (II)(A) Approving the Sale of the Debtors' "Big River Assets" Free and Clear of Liens, Claims, Interests, and Encumbrances, and (B) Approving the Assumption and Assignment of Executory Contracts and Unexpired Leases; and (III) Granting Related Relief [Docket No. 61]**

**Declaration of Teri Stratton in Support of Motion of the Debtors for Entry of Orders (I)(A) Approving Bidding Procedures for the Sale of the Debtors' "Big River" Assets, (B) Authorizing the Debtors to Enter Into an Asset Purchase Agreement with a Stalking Horse Bidder and to Provide Bidding Protections Thereunder, (C) Scheduling an Auction and Approving the Form and Manner of Notice Thereof, (D) Approving Assumption and Assignment Procedures, and (E) Scheduling a Sale Hearing and Approving the Form and Manner of Notice Thereof; (II)(A) Approving the Sale of the Debtors' "Big River" Assets Free and Clear of Liens, Claims, Interests, and Encumbrances, and (B) Approving the Assumption and Assignment of Executory Contracts and Unexpired Leases; and (III) Granting Related Relief [Docket No. 62]**

2

**Notice of Motion of the Debtors for Entry of Orders (I)(A) Approving Bidding Procedures for the Sale of the Debtors' "Big River" Assets, (B) Approving the Debtors to Enter Into an Asset Purchase Agreement with a Stalking Horse Bidder and to Provide Bidding Protections Thereunder, (C) Scheduling an Auction and Approving the Form and Manner of Notice Thereof, (D) Approving Assumption and Assignment Procedures, and (E) Scheduling a Sale Hearing and Approving the Form and Manner of Notice Thereof; (II)(A) Approving the Sale of the Debtors' "Big River Assets" Free and Clear of Liens, Claims, Interests, and Encumbrances, and (B) Approving the Assumption and Assignment of Executory Contracts and Unexpired Leases; and (III) Granting Related Relief [Docket No. 68]**

                                      */s/ Mary F. Caloway*
                                      Mary F. Caloway (DE Bar No. 3059)

Agspring – Supplemental Notice Service List #4
Case No. 21-11238 (CTG)
Doc. No. 236494
05 – Express Mail
06 – Overnight Delivery

**Express Mail**
Louisiana Department of Revenue
PO Box 201
Baton Rouge, LA  70821-0201

**Express Mail**
LA Dept. of Revenue & Taxation
c/o State WH Tax Unit (LLC)
PO Box 91017
Baton Rouge, LA  70821-9100

**Express Mail**
West Carroll Parish, LA Tax Collector
PO Box 744
Oak Grove, LA  71263

**Express Mail**
State of Arkansas, Secretary of State
Business & Commercial Services Division
PO Box 8014
Little Rock, AR  72203-8014

**Express Mail**
State of Delaware Secretary of State
Division of Corporations
PO Box 5509
Binghamton, NY  13902-5509

**Overnight Delivery**
Myriant Lake Providence Inc.
1 Pine Hill Drive
Batterymarch Park II Suite 301
Quincy, MA  02169

**Overnight Delivery**
Mason Caldwell Key
116 County Road 164
Louin, MS  39338

**Overnight Delivery**
Teresa Gail Caldwell Tullos
5555 Highway 84 West
Laurel, MS  39443

**Overnight Delivery**
Tacoma Energy Corporation
2008 North Street
Baton Rouge, LA  70802

**Overnight Delivery**
East Carroll Parish Sheriff's Office
301 First Street
Lake Providence, LA  71254-0246

**Overnight Delivery**
Morehouse Parish, LA Tax Collector
Ex-Offico Tax Collector
351 South Franklin
Bastrop, LA  71220-4540