**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| AGSPRING MISSISSIPPI REGION, LLC, | Case No. 21-11238 (CTG) |
| Debtors. | (Jointly Administered) |

**CERTIFICATE OF SERVICE**

I, Mary F. Caloway, hereby certify that on the 13th day of October, 2021, I caused

a copy of the following document(s) to be served on the individual(s) on the attached service

list(s) in the manner indicated:

**Notice of Chapter 11 Bankruptcy Case [Docket No. 57]**

**Motion of the Debtors for Entry of Orders (I)(A) Approving Bidding Procedures for the Sale of the Debtors' "Big River" Assets, (B) Authorizing the Debtors to Enter Into an Asset Purchase Agreement With a Stalking Horse Bidder and to Provide Bidding Protections Thereunder, (C) Scheduling an Auction and Approving the Form and Manner of Notice Thereof, (D) Approving Assumption and Assignment Procedures, and (E) Scheduling a Sale Hearing and Approving the Form and Manner of Notice Thereof; (II)(A) Approving the Sale of the Debtors' "Big River Assets" Free and Clear of Liens, Claims, Interests, and Encumbrances, and (B) Approving the Assumption and Assignment of Executory Contracts and Unexpired Leases; and (III) Granting Related Relief [Docket No. 61]**

**Declaration of Teri Stratton in Support of Motion of the Debtors for Entry of Orders (I)(A) Approving Bidding Procedures for the Sale of the Debtors' "Big River" Assets, (B) Authorizing the Debtors to Enter Into an Asset Purchase Agreement with a Stalking Horse Bidder and to Provide Bidding Protections Thereunder, (C) Scheduling an Auction and Approving the Form and Manner of Notice Thereof, (D) Approving Assumption and Assignment Procedures, and (E) Scheduling a Sale Hearing and Approving the Form and Manner of Notice Thereof; (II)(A) Approving the Sale of the Debtors' "Big River" Assets Free and Clear of Liens, Claims, Interests, and Encumbrances, and (B) Approving the Assumption and Assignment of Executory Contracts and Unexpired Leases; and (III) Granting Related Relief [Docket No. 62]**

**Notice of Motion of the Debtors for Entry of Orders (I)(A) Approving Bidding Procedures for the Sale of the Debtors' "Big River" Assets, (B) Approving the Debtors to Enter Into an Asset Purchase Agreement with a Stalking Horse Bidder and to Provide Bidding Protections Thereunder, (C) Scheduling an Auction and Approving the Form and Manner of Notice Thereof, (D) Approving Assumption and Assignment Procedures, and (E) Scheduling a Sale Hearing and Approving the Form and Manner of Notice Thereof; (II)(A) Approving the Sale of the Debtors' "Big River Assets" Free and Clear of Liens, Claims, Interests, and Encumbrances, and (B) Approving the Assumption and Assignment of Executory Contracts and Unexpired Leases; and (III) Granting Related Relief [Docket No. 68]**

*/s/ Mary F. Caloway*
Mary F. Caloway (DE Bar No. 3059)

DOCS_DE:236418.10 01213/001

Agspring – Supplemental Service List #5
Case No. 21-11238 (CTG)
Doc. No. 236516
14 – Express Mail
31 – Overnight Delivery

**Express Mail**
East Carroll Parish Sheriff's Office
PO Box 246
Lake Providence, LA  71254-0246

**Express Mail**
Entergy Louisiana, LLC
PO Box 8108
Baton Rouge, LA  70891-8108

**Express Mail**
Big River Grain and Rice
c/o Larry G. Tubbs
PO Box 38
Pioneer, LA  71266

**Express Mail**
Big River Grain, LLC
c/o Larry G. Tubbs
PO Box 38
Pioneer, LA  71266

**Express Mail**
Entergy Corporation
PO Box 61000
New Orleans, LA  80161

**Express Mail**
Crowville Grain & Elevator Co. Inc. &
Crowville Grain & Elevator
Attn:  Mark E. Raley
PO Box 804
Delhi, LA  71232

**Express Mail**
Harold Edward Ward Jr. and Angelyn Faith
Rolen
PO Box 10
Crowville, LA  71232

**Express Mail**
Arden B. Smith, II and Susan Carol Smith,
co-Trustees of the Hannah and Zack Smith
Trust
PO Box 221
Forest, LA  71242-0221

**Express Mail**
Edward Frank Poulos and Amanda Payne
Poulos
PO Box 56
Crowville, LA 71230

**Express Mail**
Monticello Gin & Elevator Co.
PO Box 804
Delhi, LA  71232

**Express Mail**
Monticello Gin System, Inc.
PO Box 804
Delhi, LA  71232

**Express Mail**
Raley Transport
PO Box 804
Delhi, LA  71232

**Express Mail**
Arden B. Smith II and Susan Carol Smith,
Co-Trustees of Hannah and Zack Smith
Trust
PO Box 221
Forest, LA  71242

**Express Mail**
Harold Edward Ward Jr. and Angelyn Faith
Rolen
PO Box 10
Crowville, LA  71232

DOCS_DE:236516.1 01213/001

**Overnight Delivery**
Myriant Lake Providence Inc.
Attn: Bernette Wright
525 Port Road
Lake Providence, LA  71254

**Overnight Delivery**
Parish of Franklin Police Jury
Franklin Parish Police Jury
6558 Main Street
Winnsboro, LA  71293

**Overnight Delivery**
Myriant Lake Providence Inc.
Attn: Stacy Thomaszewic
Three Batterymarch Park, 3rd Floor
Quincy, MA   02169

**Overnight Delivery**
Entergy Arkansas, Inc. f/k/a Arkansas
Power & Light Company
Entergy Arkansas, Inc.
425 W. Capitol Avenue, 40th Floor
Little Rock, AR  72201

**Overnight Delivery**
Phelps Dunbar LLP
Attn: Randy Roussel
400 Convention Street, Suite 1100
Baton Rouge, LA  70802

**Overnight Delivery**
Raley Transport, Inc.
487 Port Road
Lake Providence, LA  71254

**Overnight Delivery**
GreenPoint Ag, LLC
3350 Players Club Parkway, Suite 100
Memphis, TN  38125

**Overnight Delivery**
Monticello Gin & Elevator Co., Inc.
683 Hwy 577
Lake Providence, LA  71254

**Overnight Delivery**
Dalton Trichell Caldwell
5561 Highway 84 West
Laurel, MS  39443

**Overnight Delivery**
Louisiana Power & Light Company
639 Loyola Avenue
New Orleans, LA  70112

**Overnight Delivery**
Atmos Energy Corporation
5430 LBJ Freeway
Dallas, TX  75240

**Overnight Delivery**
Louisiana Gas Service Company
1233 West Bank Expressway
Harvey, LA  70058

**Overnight Delivery**
Richland Parish LA Tax Collector
708 Julia Street
Rayville, LA  71269

**Overnight Delivery**
Entergy Louisiana, Inc.
4809 Jefferson Highway
Jefferson, LA  70121

**Overnight Delivery**
East Carroll Parish Sheriff's Office
301 First Street
Lake Providence, LA  71254

**Overnight Delivery**
Tubbs Rice Dryer Inc.
Attn: Larry G. Tubbs
126 Co-Op Road
Pioneer, LA  71266

**Overnight Delivery**
Big River Grain, L.L.C.
5251 W. 116th Place, Suite 200
Leawood, KS  66211

**Overnight Delivery**
Agspring Mississippi Region, LLC
5251 W. 116th Place, Suite 200
Leawood, KS  66211

**Overnight Delivery**
Louisiana Power & Light Company
639 Loyola Avenue
New Orleans, LA  70112

**Overnight Delivery**
Entergy Corporation
639 Loyola Avenue
New Orleans, LA  80161

**Overnight Delivery**
Franklin Parish
1201 N. Third Street, Suite 7-210
Baton Rouge, LA  70802

**Overnight Delivery**
Garry Vernon Ward and DeWanna Denise
Moore Ward
220 Mossy Oka Lane
Winnsboro, LA  71295

**Overnight Delivery**
Helen Parker Pylant
4116 Hwy 15
Winnsboro, LA  71295

**Overnight Delivery**
Dorothy Parker Burson
120 Linden Drive
West Monroe, LA  71291

**Overnight Delivery**
James R. Parker
3475 N. Calborne Street
Sulphur, LA 70663

**Overnight Delivery**
Chad David Parker
31 Holmes Drive
Greenville, SC  29609

**Overnight Delivery**
Christopher Todd Parker
5334 Harris Circle
Atlanta, GA  30338

**Overnight Delivery**
Kenneth O. Parker
207 Fourth Street Northwest
Kasson, MN  55944

**Overnight Delivery**
Julie Parker Peterson
1028 Laura Circle
Sulphur, LA  70663

**Overnight Delivery**
Agspring Mississippi Region
5251 W. 116th Place, Suite 200
Leawood, KS  66211

**Overnight Delivery**
Barry Don Parker and Dawn Toney Parker
1435 Hill Ridge Road
Winnsboro, LA  71295