IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
:
*In re* : Chapter 11
:
AGSPRING MISSISSIPPI REGION, LLC, *et al.*, : Case No. 21-11238 (CTG)
:
Debtors.[1] : (Jointly Administered)
---------------------------------------------------------------x

## NOTICE OF APPEARANCE AND DEMAND FOR NOTICES AND PAPERS

**PLEASE TAKE NOTICE** that U.S. Bank National Association, as Administrative Agent (the "Agent") hereby enters its appearance by and through its undersigned counsel, Seward & Kissel LLP and Richards, Layton & Finger, P.A., pursuant to 11 U.S.C. § 1109(b) and rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and such counsel hereby requests, pursuant to Bankruptcy Rules 2002, 3017, and 9007 and 11 U.S.C. §§ 342 and 1109(b), that all copies of all notices and pleadings given or filed in the above-captioned chapter 11 cases be given and served upon the attorneys listed below at the following addresses, email addresses, and telephone numbers:

| | |
|---|---|
| Michael J. Merchant | Gregg S. Bateman |
| Jason M. Madron | Catherine LoTempio |
| RICHARDS, LAYTON & FINGER, P.A. | SEWARD & KISSEL LLP |
| One Rodney Square | One Battery Park Plaza |
| 920 North King Street | New York, NY 10004 |
| Wilmington, DE 19801 | Telephone: (212) 574-1200 |
| Telephone: (302) 651-7700 | Facsimile: (212) 480-8421 |
| Facsimile: (302) 651-7701 | E-mail: bateman@sewkis.com |
| Email: Merchant@rlf.com | lotempio@sewkis.com |
| Madron@rlf.com | |

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Agspring Mississippi Region, LLC (9147); Agspring MS 1, LLC (6456); Agspring MS, LLC (2692); Lake Providence Grain and Rice LLC (1986); and Bayou Grain and Chemical Corporation (7831). The Debtors' mailing address is 5101 College Blvd., Leawood, KS 66211.

RLF1 26154731v.1

**PLEASE TAKE FURTHER NOTICE** that, pursuant to 11 U.S.C. § 1109(b), the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading, or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, or otherwise filed or made with regard to the referenced case and proceedings herein.

**PLEASE TAKE FURTHER NOTICE** that this appearance and demand for notice is neither intended as nor is it a consent of the Agent to the jurisdiction of the United States Bankruptcy Court for the District of Delaware nor, specifically but not limited to, a waiver of (i) the Agent's right to trial by jury in any proceeding so triable herein, or in any case, controversy, or proceeding related hereto, (ii) the Agent's right to have the reference withdrawn by the United States District Court for the District of Delaware in any matter subject to mandatory or discretionary withdrawal, or (iii) any other rights, claims, actions, defenses, set-offs, or recoupments to which the Agent is or may be entitled under any agreement, in law, or in equity, all of which rights, claims, actions, defenses, set-offs, and recoupments the Agent expressly reserves.

[*Remainder of page intentionally left blank.*]

Dated: October 14, 2021
       Wilmington, Delaware

                                                                 */s/ Jason M. Madron*
                                        Michael J. Merchant (No. 3854)
                                        Jason M. Madron (No. 4431)
                                        RICHARDS, LAYTON & FINGER, P.A.
                                        One Rodney Square
                                        920 North King Street
                                        Wilmington, DE 19801
                                        Telephone: (302) 651-7700
                                        Facsimile: (302) 651-7701

                                        -and-

                                        Gregg S. Bateman
                                        Catherine LoTempio
                                        SEWARD & KISSEL LLP
                                        One Battery Park Plaza
                                        New York, NY 10004
                                        Telephone: (212) 574-1200
                                        Facsimile: (212) 480-8421
                                        E-mail: bateman@sewkis.com
                                                        lotempio@sewkis.com

                                        *Co-Attorneys for U.S. Bank National*
                                        *Association, as Administrative Agent*