IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>**AGSPRING MISSISSIPPI REGION, LLC, *et al.*,**[1]<br><br>　　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 21-11238 (CTG)<br><br>(Jointly Administered)<br><br>**Re:  D.I. 141** |

**ORDER GRANTING LEAVE TO FILE AND SERVE
A LATE REPLY TO "LIMITED OBJECTION OF LARRY TUBBS,
TUBBS RICE DRYERS, INC., CHIEF VENTURES, L.L.C. AND BIG RIVER
GRAIN, LLC TO THE SALE ORDER, THE SALE TRANSACTION, AND THE
PROPOSED CURE AMOUNTS FOR ASSUMPTION AND SALE" [D.I. 135]**

Upon the motion, dated October 29, 2021 (the "Motion for Leave")[2] of the Secured Lenders for entry of an order pursuant to Local Rule 9006-1(d), authorizing the Secured Lenders to file and serve a Reply; and good and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

　　　　1.　　　The Motion for Leave is granted as set forth herein.

　　　　2.　　　The Secured Lenders are granted leave to file and serve a Reply to the Limited Objection by November 1, 2021 at 4:00 p.m. (Eastern Daylight Time).

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Agspring Mississippi Region, LLC (9147); Agspring MS 1, LLC (6456); Agspring MS, LLC (2692); Lake Providence Grain and Rice LLC (1986); and Bayou Grain & Chemical Corporation (7831).  The Debtors' mailing address is 5101 College Boulevard, Leawood, KS 66211.

[2] Capitalized terms used, but not otherwise defined, herein shall have the same meanings given to them in the Motion for Leave.

RLF1 26251719v.1

3. The Court will consider the Reply.

**Dated: October 29th, 2021**
**Wilmington, Delaware**

**CRAIG T. GOLDBLATT**
**UNITED STATES BANKRUPTCY JUDGE**