## **CERTIFICATE OF SERVICE**

I, Michael L. Vild, hereby certify that, on this 1st day of November, 2021, I caused copies of the foregoing *Omnibus Reply of Larry Tubbs, Tubbs Rice Dryers, Inc., Chief Ventures, L.L.C. and Big River Grain, LLC to (I) Debtors' Opposition to Motion for Limited Relief from the Automatic Stay and (II) Objection of LVS II SPE XVIII LLC and HVS V LLC to Motion for Limited Relief from the Automatic Stay* to be served upon all interested parties via CM/ECF and the parties listed below by electronic mail.

| | |
|---|---|
| Laura Davis Jones, Esq.<br>Timothy P. Cairns  Mary F. Caloway<br>Pachulski Stang Ziehl & Jones LLP<br>919 N. Market Street, 17th Floor<br>Wilmington, DE 19801<br>ljones@pszjlaw.com<br>tcairns@pszjlaw.com<br>mcaloway@pszjlaw.com | Samuel R. Maizel, Esq.<br>Tania M. Moyron, Esq. Dentons US LLP<br>601 S. Figueroa Street, #2500<br>Los Angeles, CA 90017<br>samuel.maizel@dentons.com<br>tania.moyron@dentons.com |
| David F. Cook, Esq.<br>Dentons US LLP<br>1900 K Street, NW<br>Washington, DC 20006<br>david.f.cook@dentons.com | David L. Buchbinder, Esq.<br>Office of the U.S. Trustee<br>J. Caleb Boggs Federal Building<br>844 King Street, Suite 2207<br>Lockbox # 35<br>Wilmington, DE 19801<br>david.l.buchbinder@usdoj.gov |
| Zachary H. Smith, Esq.<br>Gabriel L. Mathless, Esq.<br>Stephen E. Gruendel, Esq.<br>Julia A. May, Esq.<br>Moore & Van Allen PLLC<br>100 North Tryon Street, Suite 4700<br>Charlotte, NC 28202-4003<br>zacharysmith@mvalaw.com<br>gabrielmathless@mvalaw.com<br>stevegruendel@mvalaw.com<br>juliamay@mvalaw.com | Michael J. Merchant, Esq.<br>Jason M. Madron, Esq.<br>Richards, Layton & Finger, P.A.<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE 19801<br>merchant@rlf.com<br>madron@rlf.com |

                                             */s/ Michael L. Vild*
                                             Michael L. Vild (No. 3042)