# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AGSPRING MISSISSIPPI REGION, LLC, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 21-11238 (CTG)<br><br>(Jointly Administered) |

## AMENDED[2] NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON NOVEMBER 3, 2021 AT 10:00 A.M. (EASTERN TIME)[3]

**ANY PARTY WISHING TO PARTICIPATE IN THE HEARING MUST REGISTER THROUGH ZOOM.**

You must now register for the ZOOM call. When registering, please copy and paste the below link to your browser. All participants must register prior to the hearing no later than **Tuesday, 11/2/2021 at 4:00 p.m. (ET)**.

**Registration Link:**

https://debuscourts.zoomgov.com/meeting/register/vJItfu6sqTwjG0nOZ9TSQSe9NOJ7mBQw0CY

After registering, you will receive a confirmation email containing information about joining.

**PLEASE NOTE: COURTCALL WILL NOT BE USED FOR THIS HEARING.**

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Agspring Mississippi Region, LLC (9147); Agspring MS 1, LLC (6456); Agspring MS, LLC (2692); Lake Providence Grain and Rice LLC (1986); and Bayou Grain & Chemical Corporation (7831). The Debtors' mailing address is 5101 College Boulevard, Leawood, KS 66211.

[2] **Amended items appear in bold.**

[3] This agenda contains hyperlinks to filed documents pursuant to the Court's Interim Order re: Cessation of Hand Deliveries, dated March 13, 2020. Parties may access the filed documents through the hyperlink for a fee through the Court's website at www.deb.uscourts.gov.

**RESOLVED MATTER**

1. **Secured Lenders' Motion for Leave** – Motion of LVS II SPE XVIII LLC and HVS V LLC for Leave to File and Serve Late Reply to "Limited Objection of Larry Tubbs, Tubbs Rice Dryers, Inc., Chief Ventures, L.L.C. and Big River Grain, LLC to the Sale Order, the Sale Transaction, and the Proposed Cure Amounts for Assumption and Sale" [D.I. 135] [Filed: 10/29/21] (Docket No. 141).

    Response Deadline:    None.

    Responses Received:    None as of the date hereof.

    Related Documents:

    a) [Signed] Order Granting Leave to File and Serve a Late Reply to "Limited Objection of Larry Tubbs, Tubbs Rice Dryers, Inc., Chief Ventures, L.L.C. and Big River Grain, LLC to the Sale Order, the Sale Transaction, and the Proposed Cure Amounts for Assumption and Sale" [D.I. 135] [Filed: 10/29/21] (Docket No. 145).

    Status:   The order has been entered.  No hearing will be necessary.

**UNCONTESTED MATTERS GOING FORWARD**

2. **DIP Motion** – Debtors' Motion for Entry of an Order (I) Authorizing the Debtors to Obtain Back-Up Postpetition Financing to the Extent Necessary; (II) Authorizing the Debtors to Use Cash Collateral; (III) Granting Liens and Providing Super-Priority Administrative Expense Status; (IV) Granting Adequate Protection; (V) Modifying the Automatic Stay; and (VI) Granting Related Relief [Filed: 10/14/21] (Docket No. 97).

    Response Deadline:    October 27, 2021 at 4:00 p.m. Eastern Time.

    Responses Received:    None.

    Related Documents:

    a) Declaration of Kyle Sturgeon in Support of Debtors' Motion for Entry of an Order (I) Authorizing the Debtors to Obtain Back-Up Postpetition Financing to the Extent Necessary; (II) Authorizing the Debtors to Use Cash Collateral; (III) Granting Liens and Providing Super-Priority Administrative Expense Status; (IV) Granting Adequate Protection; (V) Modifying the Automatic Stay; and (VI) Granting Related Relief [Filed: 10/14/21] (Docket No. 98).

    b) Notice of Hearing on Debtors' Motion for Entry of an Order (I) Authorizing the Debtors to Obtain Back-Up Postpetition Financing to the Extent Necessary; (II) Authorizing the Debtors to Use Cash Collateral; (III) Granting Liens and Providing Super-Priority Administrative Expense Status; (IV) Granting Adequate

        Protection; (V) Modifying the Automatic Stay; and (VI) Granting Related Relief [Filed: 10/14/21] (Docket No. 107).

    c)    **Certification of Counsel Regarding Debtors' Motion for Entry of an Order (I) Authorizing the Debtors to Obtain Back-Up Postpetition Financing to the Extent Necessary; (II) Authorizing the Debtors to Use Cash Collateral; (III) Granting Liens and Providing Super-Priority Administrative Expense Status; (IV) Granting Adequate Protection; (V) Modifying the Automatic Stay; and (VI) Granting Related Relief [Filed: 11/2/21] (Docket No. 167).**

Status: **A revised proposed order has been filed under certification of counsel. The Debtors request entry of the order attached to the certification of counsel. No hearing is necessary unless the Court has any questions.**

3.    **Tubbs Parties' Motion to File Under Seal** – Motion of Larry Tubbs, Tubbs Rice Dryers, Inc., Chief Ventures, L.L.C. and Big River Grain, LLC to File Under Seal Certain Exhibits to Their Limited Objection to the Sale Order, the Sale Transaction, and the Proposed Cure Amounts for Assumption and Sale [Filed: 10/29/21] (Docket No. 142).

Response Deadline:   At the Hearing.

Responses Received:  None as of the date hereof.

Related Documents:  None as of the date hereof.

Status: **The Debtors understand that that the Motion will be withdrawn and the relevant pleadings unsealed**.

4.    **Tubbs Parties' Motion for Leave** – Motion of Larry Tubbs, Tubbs Rice Dryers, Inc., Chief Ventures, L.L.C. and Big River Grain, LLC for Leave to File Late Reply to (I) Debtors' Opposition to Motion of Larry Tubbs, Tubbs Rice Dryers, Inc., Chief Ventures, LLC and Big River Grain, LLC for Limited Relief from the Automatic Stay Pursuant to Section 362(d) of the Bankruptcy Code and (II) Objection of LVS II SPE XVIII LLC and HVS V LLC to Motion of Larry Tubbs, Tubbs Rice Dryers, Inc., Chief Ventures, L.L.C. and Big River Grain, LLC for Limited Relief from the Automatic Stay Pursuant to Section 362(d) of the Bankruptcy Code [Filed: 10/29/21] (Docket No. 144).

Response Deadline:  None.

Responses Received:  None as of the date hereof.

Related Documents:

    a)    **[Signed] Order Granting Motion of Larry Tubbs, Tubbs Rice Dryers, Inc., Chief Ventures, L.L.C. and Big River Grain, LLC for Leave to File Late Replies in Support of Limited Relief from the Automatic Stay Pursuant to Section 362(d) of the Bankruptcy Code [Filed: 11/1/21] (Docket No. 156).**

Status:  **The order has been entered.  No hearing will be necessary.**

5. **Debtors' Motion for Leave** – Debtors' Motion for Leave to File Late Reply in Support of Motion of the Debtors for Entry of Orders (I)(A) Approving Bidding Procedures for the Sale of the Debtors' "Big River" Assets, (B) Authorizing the Debtors to Enter Into an Asset Purchase Agreement with a Stalking Horse Bidder and to Provide Bidding Protections Thereunder, (C) Scheduling an Auction and Approving the Form and Manner of Notice Thereof, (D) Approving Assumption and Assignment Procedures, and (E) Scheduling a Sale Hearing and Approving the Form and Manner of Notice Thereof; (II)(A) Approving the Sale of the Debtors' "Big River" Assets Free and Clear of Liens, Claims, Interests, and Encumbrances, and (B) Approving the Assumption and Assignment of Executory Contracts and Unexpired Leases; and (III) Granting Related Relief [Filed: 10/29/21] (Docket No. 146).

   Response Deadline:   None.

   Responses Received:  None as of the date hereof.

   Related Documents:

   a)   **[Signed] Order Granting Debtors' Motion for Leave to File Late Reply in Support of Motion of the Debtors for Entry of Orders (I)(A) Approving Bidding Procedures for the Sale of the Debtors' "Big River" Assets, (B) Authorizing the Debtors to Enter Into an Asset Purchase Agreement With a Stalking Horse Bidder and to Provide Bidding Protections Thereunder, (C) Scheduling an Auction and Approving the Form and Manner of Notice Thereof, (D) Approving Assumption and Assignment Procedures, and (E) Scheduling a Sale Hearing and Approving the Form and Manner of Notice Thereof; (II)(A) Approving the Sale of the Debtors' "Big River" Assets Free and Clear of Liens, Claims, Interests, and Encumbrances, and (B) Approving the Assumption and Assignment of Executory Contracts and Unexpired Leases; and (III) Granting Related Relief [Filed: 11/1/21] (Docket No. 158).**

   Status:  **The order has been entered.  No hearing will be necessary.**

**CONTESTED MATTERS GOING FORWARD**

6. **Sale Motion** – Motion of the Debtors for Entry of Orders (I)(A) Approving Bidding Procedures for the Sale of the Debtors' "Big River" Assets, (B) Authorizing the Debtors to Enter Into an Asset Purchase Agreement with a Stalking Horse Bidder and to Provide Bidding Protections Thereunder, (C) Scheduling an Auction and Approving the Form and Manner of Notice Thereof, (D) Approving Assumption and Assignment Procedures, and (E) Scheduling a Sale Hearing and Approving the Form and Manner of Notice Thereof; (II)(A) Approving the Sale of the Debtors' "Big River" Assets Free and Clear of Liens, Claims, Interests, and Encumbrances, and (B) Approving the Assumption and

Assignment of Executory Contracts and Unexpired Leases; and (III) Granting Related Relief [Filed: 9/30/21] (Docket No. 61).

Response Deadline:   October 27, 2021 at 4:00 p.m. Eastern Time.  The parties have consented to the filing of replies on November 1, 2021.

Responses Received:

a)  [SEALED] Limited Objection of Larry Tubbs, Tubbs Rice Dryers, Inc., Chief Ventures, L.L.C. and Big River Grain, LLC to the Sale Order, the Sale Transaction, and the Proposed Cure Amounts for Assumption and Sale [Filed: 10/27/21] (Docket No. 135).

b)  Notice of Filing of Proposed Redacted Version of Limited Objection of Larry Tubbs, Tubbs Rice Dryers, Inc., Chief Ventures, L.L.C. and Big River Grain, LLC to the Sale Order, the Sale Transaction, and the Proposed Cure Amounts for Assumption and Sale [Filed: 10/29/21] (Docket No. 143).

**Replies Filed:**

a)  **Statement of Secured Lenders LVS II SPE XVIII LLC and HVS V LLC in Support of Debtors' Sale Transaction and in Reply to Limited Objection of Tubbs Parties [Filed: 11/1/21] (Docket No. 157).**

b)  **Debtors' Reply to Limited Objection of Larry Tubbs, Tubbs Rice Dryers, Inc., Chief Ventures, L.L.C. and Big River Grain, LLC to the Sale Order, the Sale Transaction, and the Proposed Cure Amounts for Assumption and Sale [Filed: 11/1/21] (Docket No. 160).**

Related Documents:

a)  Declaration of Teri Stratton in Support of Motion of the Debtors for Entry of Orders (I)(A) Approving Bidding Procedures for the Sale of the Debtors' "Big River" Assets, (B) Authorizing the Debtors to Enter Into an Asset Purchase Agreement with a Stalking Horse Bidder and to Provide Bidding Protections Thereunder, (C) Scheduling an Auction and Approving the Form and Manner of Notice Thereof, (D) Approving Assumption and Assignment Procedures, and (E) Scheduling a Sale Hearing and Approving the Form and Manner of Notice Thereof; (II)(A) Approving the Sale of the Debtors' "Big River" Assets Free and Clear of Liens, Claims, Interests, and Encumbrances, and (B) Approving the Assumption and Assignment of Executory Contracts and Unexpired Leases; and (III) Granting Related Relief [Filed: 9/30/21] (Docket No. 62).

b)  Notice of Motion of the Debtors for Entry of Orders (I)(A) Approving Bidding Procedures for the Sale of the Debtors' "Big River" Assets, (B) Approving the Debtors to Enter Into an Asset Purchase Agreement with a Stalking Horse Bidder and to Provide Bidding Protections Thereunder, (C) Scheduling an Auction and Approving the Form and Manner of Notice Thereof, (D) Approving Assumption

and Assignment Procedures, and (E) Scheduling a Sale Hearing and Approving the Form and Manner of Notice Thereof; (II)(A) Approving the Sale of the Debtors' "Big River Assets" Free and Clear of Liens, Claims, Interests, and Encumbrances, and (B) Approving the Assumption and Assignment of Executory Contracts and Unexpired Leases; and (III) Granting Related Relief [Filed: 10/1/21] (Docket No. 68).

c) [Signed] Order (I)(A) Approving Bidding Procedures for the Sale of the Debtors' "Big River" Assets; (B) Approving the Debtors to Enter Into An Asset Purchase Agreement With a Stalking Horse Bidder and to Provide Bidding Protections Thereunder, (C) Scheduling an Auction and Approving the Form and Manner of Notice Thereof, (D) Approving Assumption and Assignment Procedures, and (E) Scheduling a Sale Hearing and Approving the Form and Manner of Notice Thereof [Filed: 10/14/21] (Docket No. 103).

d) Notice of Sale, Bidding Procedures, Auction, and Sale Hearing [Filed: 10/15/21] (Docket No. 113).

e) Notice of Potential Assumption and Assignment of Executory Contracts or Unexpired Leases and Cure Costs [Filed: 10/18/21] (Docket No. 116).

f) Notice of Cancelation of Auction [Filed: 10/26/21] (Docket No. 131).

g) Affidavit of Publication of the Notice of Sale, Bidding Procedures, Auction, and Sale Hearing [Filed: 10/29/21] (Docket No. 148).

h) **Notice of Filing of Revised Sale Order [Filed: 11/1/21] (Docket No. 155).**

i) **Declaration of Adam Johnson in Support of Entry of Order (A) Approving the Purchase Agreement; (B) Authorizing the Sale of Debtors' "Big River" Assets Free and Clear of All Liens, Claims, Encumbrances and Interests; (C) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases; and (D) Granting Related Relief [Filed: 11/2/21] (Docket No. 162).**

j) **Affidavit of Publication of the Notice of Sale, Bidding Procedures, Auction, and Sale Hearing [Filed: 11/2/21] (Docket No. 163).**

k) **Supplemental Declaration of Teri Stratton in Support of Order: (A) Approving the Sale of the Debtors' "Big River" Assets Free and Clear of Liens, Claims, Interests, and Encumbrances, and (B) Approving the Assumption and Assignment of Executory Contracts and Unexpired Leases; and (C) Granting Related Relief [Filed: 11/2/21] (Docket No. 168).**

Status:  This matter will go forward.  The Debtors expect to present testimony of Teri Stratton, the Debtors' investment banker, in support of the sale.

7. **Tubbs Lift Stay Motion** – Motion of Larry Tubbs, Tubbs Rice Dryers, Inc., Chief Ventures, L.L.C. and Big River Grain, LLC for Limited Relief from the Automatic Stay Pursuant to Section 362(d) of the Bankruptcy Code [Filed: 10/8/21] (Docket No. 81).

   Response Deadline:   October 27, 2021 at 4:00 p.m. Eastern Time.  The parties have consented to the filing of replies on November 1, 2021.

   Responses Received:

   a)  Debtors' Opposition to Motion of Larry Tubbs, Tubbs Rice Dryers, Inc., Chief Ventures, LLC and Big River Grain, LLC for Limited Relief from the Automatic Stay Pursuant to Section 362(d) of the Bankruptcy Code [Filed: 10/27/21] (Docket No. 136).

   b)  Objection of LVS II SPE XVIII LLC and HVS V LLC to Motion of Larry Tubbs, Tubbs Rice Dryers, Inc., Chief Ventures, L.L.C. and Big River Grain, LLC for Limited Relief from the Automatic Stay Pursuant to Section 362(d) of the Bankruptcy Code [Filed: 10/27/21] (Docket No. 138).

   **Replies Filed:**

   a)  **Omnibus Reply of Larry Tubbs, Tubbs Rice Dryers, Inc., Chief Ventures, L.L.C. and Big River Grain, LLC to (I) Debtors' Opposition to Motion for Limited Relief from the Automatic Stay and (II) Objection of LVS II SPE XVIII LLC AND HVS V LLC to Motion for Limited Relief from the Automatic Stay [Filed: 11/1/21] (Docket No. 159).**

   Related Documents:  None as of the date hereof.

   Status:  This matter will go forward.  The Debtors may present the testimony of Kyle Sturgeon, the Debtors' CRO, in support of the Debtors' objection to the Motion.

*[Remainder of Page Intentionally Left Blank]*

| | |
|---|---|
| Dated: November 2, 2021 | **PACHULSKI STANG ZIEHL & JONES LLP** |

   */s/ Mary F. Caloway*
Laura Davis Jones (DE Bar No. 2436)
Timothy P. Cairns (Bar No. 4228)
Mary F. Caloway (DE Bar No. 3059)
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE  19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile:  (302) 652-4400
Email:  ljones@pszjlaw.com
      tcairns@pszjlaw.com
      mcaloway@pszjlaw.com

-and-

**DENTONS US LLP**

Samuel R. Maizel (admitted *pro hac vice*)
Tania M. Moyron (admitted *pro hac vice*)
Malka S. Zeefe (*pro hac vice* pending)
601 S. Figueroa Street #2500
Los Angeles, CA  90017
Telephone:  (213) 623-9300
Email:  samuel.maizel@dentons.com
      tania.moyron@dentons.com
      malka.zeefe@dentons.com

-and-

**DENTONS US LLP**

David F. Cook (Bar Number 006352)
1900 K Street, NW
Washington, DC  20006
Telephone:  (202) 496-7500
Email:  david.f.cook@dentons.com

*Counsel for Debtors and Debtors in Possession*