**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| AGSPRING MISSISSIPPI REGION, LLC, *et al.*,[1] | Case No. 21-11238 (CTG) |
| | (Jointly Administered) |
| Debtors. | **Re: Docket No. 187** |

**CERTIFICATION OF NO OBJECTION REGARDING FIRST**
**MONTHLY APPLICATION OF DENTONS US LLP FOR ALLOWANCE OF**
**COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT**
**OF EXPENSES AS COUNSEL FOR THE DEBTORS FOR THE PERIOD FROM**
**SEPTEMBER 10, 2021 THROUGH AND INCLUDING OCTOBER 31, 2021**
**(NO ORDER REQUIRED)**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading has been received to the *First Monthly Application of Dentons US LLP for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Counsel for the Debtors for the Period from September 10, 2021 Through and Including October 31, 2021* (the "Application") [Docket No. 187] filed on November 19, 2021. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Application appears thereon. Pursuant to the notice of Application, objections to the Application were to be filed and served no later than December 10, 2021 at 4:00 p.m. prevailing Eastern Time.

Pursuant to the *Order (I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals and (II) Granting Related Relief* [Docket No. 112]

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Agspring Mississippi Region, LLC (9147); Agspring MS 1, LLC (6456); Agspring MS, LLC (2692); Lake Providence Grain and Rice LLC (1986); and Bayou Grain & Chemical Corporation (7831). The Debtors' mailing address is 5101 College Boulevard, Leawood, KS 66211.

entered on October 15, 2021, the Debtors are authorized to pay Dentons US LLP $673,655.60 which represents 80% of the fees ($842,069.50) and $52,301.49 which represents 100% of the expenses requested in the Application, for the period from September 10, 2021 through October 31, 2021, upon the filing of this Certification and without the need for entry of a Court order approving the Application.

Dated: December 13, 2021

**PACHULSKI STANG ZIEHL & JONES LLP**

*/s/ Mary F. Caloway*

Laura Davis Jones (DE Bar No. 2436)
Timothy P. Cairns (Bar No. 4228)
Mary F. Caloway (DE Bar No. 3059)
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE  19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile:  (302) 652-4400
Email:  ljones@pszjlaw.com
            tcairns@pszjlaw.com
            mcaloway@pszjlaw.com

-and-

**DENTONS US LLP**

Samuel R. Maizel (admitted *pro hac vice*)
Tania M. Moyron (admitted *pro hac vice*)
Malka S. Zeefe (*pro hac vice* pending)
601 S. Figueroa Street #2500
Los Angeles, CA  90017
Telephone:  (213) 623-9300
Email: samuel.maizel@dentons.com
            tania.moyron@dentons.com
            malka.zeefe@dentons.com

-and-

2

**DENTONS US LLP**

David F. Cook (Bar Number 006352)
1900 K Street, NW
Washington, DC  20006
Telephone:  (202) 496-7500
Email: david.f.cook@dentons.com

*Counsel for Debtors and Debtors in Possession*