# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AGSPRING MISSISSIPPI REGION, LLC, *et al.*,[1]<br><br>    Debtors. | Chapter 11<br><br>Case No. 21-11238 (CTG)<br><br>Jointly Administered<br><br>**Ref. Docket Nos. 213** |

## CERTIFICATE OF NO OBJECTION REGARDING DOCKET NO. 213

The undersigned hereby certifies that, as of the date hereof, she has received no answer, objection or other responsive pleading to the *Second Monthly Application of Faegre Drinker Biddle & Reath LLP for Allowance of Compensation and Reimbursement of Expenses as Special Corporate, Transactional, and Litigation Counsel for the Debtors for the Period from November 1, 2021 through November 30, 2021* [D.I. 213] (the "Application") filed on December 21, 2021.

The undersigned further certifies that, as of the date hereof, she has reviewed the Court's docket in this case and no answer, objection or other responsive pleading to the Application appears thereon. Objections to the Application were to be filed and served no later than 4:00 p.m. (ET) on January 11, 2022.

Pursuant to the *Order (I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and (II) Granting Related Relief* entered on October 15, 2021 [D.I. 112], the Debtors are now authorized to pay 80% ($50,551.20) of requested

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Agspring Mississippi Region, LLC (9147); Agspring MS 1, LLC (6456); Agspring MS, LLC (2692); Lake Providence Grain and Rice LLC (1986); and Bayou Grain & Chemical Corporation (7831). The Debtors' mailing address is 5101 College Boulevard, Leawood, KS 66211.

US.136271056.01

fees ($63,189.00) and 100% of requested expenses ($228.37) on an interim basis without further Court order.

Dated:  January 12, 2022 **PACHULSKI STANG ZIEHL & JONES LLP**

*/s/ Mary F. Caloway*
Laura Davis Jones (DE Bar No. 2436)
Timothy P. Cairns (DE Bar No. 4228)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email:  ljones@pszjlaw.com
           tcairns@pszjlaw.com

-and-

**DENTONS US LLP**
Samuel R. Maizel (admitted *pro hac vice*)
Tania M. Moyron (admitted *pro hac vice*)
Malka S. Zeefe (admitted *pro hac vice*)
601 S. Figueroa Street #2500
Los Angeles, CA 90017
Telephone: (213) 623-9300
Email:  samuel.maizel@dentons.com
           tania.moyron@dentons.com
           malka.zeefe@dentons.com

-and-

David F. Cook (Bar Number 006352)
1900 K Street, NW
Washington, DC 20006
Telephone: (202) 496-7500
Email:  david.f.cook@dentons.com

*Counsel for Debtors and Debtors in Possession*

US.136271056.01