**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>AGSPRING MISSISSIPPI REGION, LLC, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 21-11238 (CTG)<br><br>(Jointly Administered)<br><br>**Objection Deadline: February 15, 2022 at 4:00 p.m.**<br>**Hearing Date: February 25, 2022 at 10:00 a.m. (ET)** |

**FIRST INTERIM APPLICATION FOR COMPENSATION
AND REIMBURSEMENT OF EXPENSES OF
DENTONS US LLP, AS COUNSEL
FOR THE DEBTORS AND DEBTORS IN POSSESSION,
FOR THE PERIOD FROM SEPTEMBER 10, 2021 THROUGH NOVEMBER 30, 2021**

| | |
|---|---|
| Name of Applicant: | Dentons US LLP |
| Authorized to Provide Professional Services to: | Debtors and Debtors in Possession |
| Date of Retention: | October 13, 2021 *nunc pro tunc* to September 10, 2021 [Docket No. 89] |
| Period for which Compensation and Reimbursement is Sought: | September 10, 2021 through November 30, 2021[2] |
| Amount of Compensation Sought as Actual, Reasonable and Necessary: | $1,308,888.40 |
| Amount of Expense Reimbursement Sought as Actual, Reasonable and Necessary: | $56,305.11 |
| Rates are Higher than those Approved or Disclosed at Retention? Yes__ No__ If yes, Total Compensation Sought Using Rates Disclosed in Retention Application: | No |
| Compensation Sought in this Application Already Paid Pursuant to a Monthly Compensation Order but not yet Allowed: | $673,655.60 |

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Agspring Mississippi Region, LLC (9147); Agspring MS 1, LLC (6456); Agspring MS, LLC (2692); Lake Providence Grain and Rice LLC (1986); and Bayou Grain and Chemical Corporation (7831). The Debtors' mailing address is 5101 College Blvd., Leawood, KS 66211.

[2] The applicant reserves the right to include any time expended in the time period indicated above in future application(s) if it is not included herein

| | |
|---|---|
| Expenses Sought in this Application Already Paid Pursuant to a Monthly Compensation Order but not yet Allowed: | $52,301.49 |
| Number of Professionals Included in this Application: | 16 |
| If Applicable, Number of Professionals in this Application not Included in Staffing Plan Approved by Client: | N/A |
| If Applicable, Difference Between Fees Budgeted and Compensation Sought for this Period: | N/A |
| Number of Professionals Billing Fewer than 15 Hours to the Case During this Period: | 9 |

This is a:  ☐ monthly  ☒ interim  ☐ final application.

The total time expended for fee application preparation is approximately 18.00 hours and the corresponding compensation will be included in subsequent fee applications.

## PRIOR APPLICATIONS FILED

| Docket No. Date Filed | Period Covered | CNO Date Filed/ Docket No. | Fees Sought | Expenses Sought | Fees Approved | Expenses Approved | 20% Holdback |
|---|---|---|---|---|---|---|---|
| 11/19/21 [D.I. 187] | 09/10/2021 - 10/31/2021 | 12/13/2021 [D.I. 202] | $842,069.50 | $52,301.49 | $673,655.60 | $52,301.49 | $168,413.90 |

## DENTONS PROFESSIONALS

| Name of Professional Individual | Position of the Applicant, Number of Years in that Position, Prior Relevant Experience, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate (including Changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Claude D. Montgomery | Partner - Admitted to the Bar in 1984; Joined the Firm in 2002 | $1,210.00 | 221.20 | $267,652.00 |
| Samuel M. Maizel | Partner - Admitted to the Bar in 1985; Joined the Firm in 2015 | $975.00 | 184.80 | $180,180.00 |
| Lee P. Whidden | Partner - Admitted to the Bar in 1989; Joined the Firm in 2002 | $975.00 | 208.10 | $202,897.50 |
| Roger K. Heidenreich | Partner - Admitted to the Bar in 1983; Joined the Firm in 1983 | $940.00 | 3.0 | $2,820.00 |
| Robert E. Richards | Partner - Admitted to the Bar in 1988; Joined the Firm in 1988 | $940.00 | 4.7 | $4,418.00 |
| Tania M. Moyron | Partner - Admitted to the Bar in 2005; Joined the Firm in 2017 | $790.00 | 376.50 | $297,435.00 |
| Matthew R. Garms | Partner - Admitted to the Bar in 1999: Joined the Firm in 1999 | $625.00 | 1.80 | $1,125.00 |
| Malka S. Zeefe | Counsel - Admitted to the Bar in 2005; Joined the Firm in 2017 | $690.00 | 170.70 | $117,783.00 |
| Andrew M. Pendexter | Senior Managing Associate - Admitted to the Bar in 2011; Joined the Firm in 2021 | $675.00 | 11.90 | $8,032.50 |
| Casey W. Doherty, Jr. | Managing Associate - Admitted to the Bar in 2011; Joined the Firm in 2021 | $675.00 | 77.60 | $52,380.00 |
| David F. Cook | Managing Associate - Admitted to the Bar in 2017; Joined the Firm in 2019 | $605.00 | 224 | $135,520.00 |
| Samantha Ruben | Associate - Admitted to the Bar in 2019; Joined the Firm in 2021 | $520.00 | 8.20 | $4,264.00 |
| Jennifer Huber | Associate - Admitted to the Bar in 2021; Joined the Firm in 2021 | $430.00 | 0.40 | $172.00 |
| George L. Medina | Paralegal | $370.00 | 82.90 | $30,673.00 |
| Kathryn Howard | Paralegal | $345.00 | 9.80 | $3,381.00 |
| Eugen M. Giudice | Senior Research Services Training Specialist | $335.00 | 0.20 | $67.00 |

**Grand Total: $1,308,800.00**
**Total Hours:   $1,585.80**
**Blended Rate: $825.32**

## COMPENSATION BY CATEGORY

| PROJECT CATEGORY | TOTAL HOURS | TOTAL FEES |
|---|---|---|
| Administration | 1.30 | $1,102.50 |
| Case Administration | 88.40 | $63,447.50 |
| Asset Analysis and Recovery | 4.40 | $69,488.00 |
| Asset Disposition | 372.20 | $241,228.00 |
| Relief From Stay/Adequate Protection Proceedings | 208.70 | $196,698.00 |
| Meetings of and Communications with Creditors | 1.0 | $370.00 |
| Fee/Employment Applications | 86.40 | $57,971.00 |
| Assumption/Rejection of Leases and Contracts | 5.40 | $5,006.00 |
| Other Contested Matters | 427.20 | $316,576.50 |
| Financing/Cash Collections | 336.90 | $311,234.00 |
| Board of Director Matters | 15 | $13,155.00 |
| Plan and Disclosure Statement | 33.6 | $27,356.00 |
| Bankruptcy-Related Advice | 5.30 | $5,167.50 |
| **TOTALS** | **1585.8** | **$1,308,800.00** |

## EXPENSE SUMMARY

| Expense Category | Service Provider[1] (if applicable) | Total Expenses |
|---|---|---|
| Delivery & Postage | US Postal Service | $503.05 |
| Litigation Support | Pacer Fees | $66.20 |
| Outside professional Services | United Corporate Services, Inc. USA Today Network (invoice for Notice of Publication of Sale Order) | $45,714.43 |
| Research Fees | Lexis/Westlaw (Claude Montgomery) (Malka Zeefe) (David F. Cook) (George Medina) | $10,021.43 |
| **Total Disbursements Requested** | | **$56,305.11** |

---

[1] Dentons may use one or more service providers. The service providers identified herein below are the primary service providers for the categories described.

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No. 21-11238 (CTG) |
| AGSPRING MISSISSIPPI REGION, LLC, *et al.*,[1] | (Jointly Administered) |
| Debtors. | |
| | **Objection Deadline: February 15, 2022 at 4:00 p.m.** |
| | **Hearing Date: February 25, 2022 at 10:00 a.m. (ET)** |

**FIRST INTERIM APPLICATION FOR COMPENSATION**
**AND REIMBURSEMENT OF EXPENSES OF**
**DENTONS US LLP, AS COUNSEL**
**FOR THE DEBTORS AND DEBTORS IN POSSESSION,**
**FOR THE PERIOD FROM SEPTEMBER 10, 2021 THROUGH NOVEMBER 30, 2021**

Pursuant to sections 330 and 331 of Title 11 of the United States Code (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and the Court's *Order (I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and (II) Granting Related Relief*," entered on or about October 15, 2021 (the "Administrative Order"), Dentons US LLP ("Dentons" or the "Firm"), counsel for the Debtors and Debtors in Possession (collectively, the "Debtors"), hereby submits its *First Interim Application for Compensation and for Reimbursement of Expenses For the Period From September 10, 2021 Through November 30, 2021* (the "Application").

By this Application, Dentons seeks an allowance of compensation in the amount of $1,308,800.00 and actual and necessary expenses in the amount of $56,305.11 for a total allowance of $1,365,193.51 and payment of the unpaid portion of such fees and expenses for the period September 10, 2021 through November 30, 2021 (the "Fee Period"). A proposed

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Agspring Mississippi Region, LLC (9147); Agspring MS 1, LLC (6456); Agspring MS, LLC (2692); Lake Providence Grain and Rice LLC (1986); and Bayou Grain and Chemical Corporation (7831). The Debtors' mailing address is 5101 College Blvd., Leawood, KS 66211.

form of order granting this Application (the "Proposed Order") is attached hereto as **Exhibit A**.

**Background**

1. On September 10, 2021 (the "Petition Date"), the Debtors commenced these cases by filing voluntary petitions for relief under chapter 11 of the Bankruptcy Code. The Debtors continued in possession of their property and continued to operate and manage their businesses as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. No trustee or examiner has been appointed in the Debtors' chapter 11 cases.

2. The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

3. On October 13, 2021, the Court entered the *Order Pursuant to Section 327(a) of the Bankruptcy Code, Rule 2014 of the Federal Rules of Bankruptcy Procedure and Local Rule 2014-1 Authorizing the Employment and Retention of Dentons as Counsel for the Debtors and Debtors in Possession Effective as of the Petition Date*, employing Dentons, effective as of September 10, 2021 (the "Retention Order"). The Retention Order authorized Dentons to be compensated on an hourly basis and to be reimbursed for actual and necessary out-of-pocket expenses.

4. On or about October 15, 2021, the Court entered the Administrative Order, authorizing certain professionals ("Professionals") to submit monthly applications for interim compensation and reimbursement for expenses, pursuant to the procedures specified therein. The Administrative Order provides, among other things, that a Professional may submit monthly fee applications. If no objections are made within twenty-one (21) days after service of the monthly fee application, the Debtors are authorized to pay the Professional eighty percent (80%) of the requested fees and one hundred percent (100%) of the requested expenses. Beginning with the period ending September 30, 2021, and at three-month intervals thereafter, each of the Professionals may file and serve an interim application for allowance of the amounts sought in its

2

monthly fee applications for that period. All fees and expenses paid are on an interim basis until final allowance by the Court.

5.  Attorneys retained pursuant to sections 327 or 1103 of the Bankruptcy Code must comply with certain requirements of the United States Trustee's "Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed under 11 U.S.C. §330", adopted on May 17, 1996 (the "UST Guidelines"). The Office of the United States Trustee has promulgated forms to aid in compliance with the UST Guidelines. Charts and tables based on such forms are attached hereto as exhibits and filled out with data to the extent relevant to these cases: **Exhibit "B",** Summary of Timekeepers Included in this Fee Application,; **Exhibit "C",** Summary of Compensation Requested by Project Category; **Exhibit "D",** Summary of Expense Reimbursement Requested by Category; and **Exhibit "E",** Summary Cover Sheet of Fee Application.

### DENTONS APPLICATION FOR COMPENSATION AND FOR REIMBURSEMENT OF EXPENSES

### Compensation Paid and Its Source

6.  The monthly fee application of Dentons for the period September 10, 2021 through October 30, 2021, has been filed and served pursuant to the Administrative Order. Attached hereto as **Exhibit "F"** is a copy of the monthly fee application filed by Dentons in the Debtors' cases. Set forth below is a summary of the professional services performed by Dentons for the period November 1, 2021 through November 30, 2021. Denton's monthly statement for the period November 1, 2021 through November 30, 2021 is attached hereto as **Exhibit "G".**

### SUMMARY OF SERVICES RENDERED NOVEMBER 1, 2021 THROUGH NOVEMBER 30, 2021

7.  **Administration.**  This category relates to: (i) review of the Opposition to Motion to Remand of Larry Tubbs for Limited Relief from the Automatic Stay; and (ii) communications with the Debtors' Chief Restructuring Officer ("CRO") related to Atomos Energy.

**Fees: $1,035.50**          **Hours: 1.1**

8. **Case Administration.** This category relates to work regarding the general administration of the Debtors' bankruptcy cases; including coordinating with local counsel related to filings, scheduled hearings, case docketing/management, and strategy calls regarding the Monthly Operating Reports and pending issues.

**Fees: $12,702.50**          **Hours: 16.40**

9. **Asset Disposition.** This category relates to work regarding the sale of the Debtors' Big River assets (the "Sale") and other related issues. During the Fee Period, Dentons, among other things: (i) prepared the Big River sale motion and analyzed and prepared related pleadings, (ii) prepared a response to Tubbs limited objected and negotiated resolution thereof; (iii) worked with Greenfield Grain, LLC (the "Purchaser"), LVS II SPE XVIII LLC ("LVS") and HVS V LLC ("HVS") (the" DIP Lenders"), and US Trustee to incorporate comments to the sale order; (iv) coordinated buyer's counsel on pleadings and sale matters, including issues related to the CGB master lease, accounting schedule, and other matters.

**Fees: $67,860.00**          **Hours: 80.40**

10. **Relief From Stay/Adequate Protection Proceedings.** During the Fee Period, Dentons (i) responded to the Motion for Relief from Stay filed by the Tubbs parties, including preparing objections and related documents responding to Tubbs Adequate protections demand and cash collateral dispute; (ii) participated in conference calls with CRO and other professionals to review payment reconciliation of receipts with Master Lease and roll forward cash analysis; (iii) reviewed a notice of deposition received by Tubbs parties in the Louisiana litigation proceedings and reviewed related adequate protection discovery issues; (iv) drafted an opposition to Tubbs' adequate protection motion, a motion for a protective order, and an objection to deposition notice of Tubbs parties; (v) participated in calls with the CRO regarding farmland

4

lease, and Tubbs Mortgage; and (vi) analyzed adequate protection issues and discovery requests strategy, and reviewed state court document production.

**Fees: $83,997.50        Hours: 85.00**

11.    **Fee/Employment Applications.** This category relates to Dentons' work: (i) preparing its monthly fee applications; (ii) assisting Piper Sander with a draft of their fee application; and (iii) communicating with Piper Sandler related to strategy, timing and filing the first interim fee application.

**Fees: $14,855.50        Hours: 29.50**

12.    **Assumption and Rejection of Leases and Contracts.** This category relates to the assumption of the Port Commission Lease and CGB Master Lease.

**Fees: $2,861.00        Hours: 3.20**

13.    **Other Contested Matters.** This category relates to: (i) responding to the motion to remand filed by Tubbs and the analysis and preparation of the draft remand/abstention objection; (ii) reviewing guaranty and security documents relevant to sur-reply/objection and related to AMR loan and discovery responses in State Court litigation by the Tubbs parties; (iii) communicating with Louisiana local conference related to strategy; (iv) researching and analyzing regarding draft motion and memorandum in support to transfer venue of Tubbs' Louisiana litigation to Delaware and correspond with local counsel regarding the motion to transfer venue; (v) reviewing Tubbs' reply motion to transfer and opposition to motion to remand; (vi) researching and analyzing cases cited in Tubbs motion and working on supplementing cases to sur-reply and draft motion to strike; (vii) reviewing Tubbs' notice of deposition and document production; (viii) researching and drafting an opposition to deposition notice and discovery

request; and (ix) participating in internal strategy calls regarding drafting and research of adequate protection objection.

**Fees: $209,665.50**    **Hours: 268.50**

14.    **Financing and Cash Collateral.** This category relates to: (i) analysis and preparing pleadings and documents regarding the Debtors' post-petition financing, the related loan (the "DIP Loan"), order, schedule, and motion; (ii) preparing for a hearing on DIP issues; (iii) drafting funding request revisions to consent, borrowing notice, and DIP Note; (iv) reviewing and analyzing opposition to adequate protection motion; (v) coordinating with BOFA regarding a consent to the form of DIP Account stipulation and order to create DIP Account; (vi) internal communications regarding funding of legal fee from the DIP Trust account, including review of budget, DIP Note, monthly operating reports, and pending monthly fee applications

**Fees: $44,467.00**    **Hours: 43.30**

15.    **Board of Director Issues.** This category relates to work regarding corporate governance issues, including, among other things, communications with Board of Directors on pending sale issues.

**Fees: $2,958.50**    **Hours: 3.30**

16.    **Plan and Disclosure Statement.** This category relates to: (i) analysis of Plan term sheet; (ii) formulation of a plan of liquidation; and (iii) discussions with the Debtors' management and CRO, as well as internal discussions, concerning the formulation of a plan of liquidation

**Fees: $26,327.50**    **Hours: 32.40**

6

**Requested Relief**

17. By this Application, Dentons requests that the Court approve the allowance of compensation for professional services rendered and the reimbursement of actual and necessary expenses incurred by Dentons from September 10, 2021 through November 30, 2021. As stated above, the full scope of the services provided and the related expenses incurred are fully described in the monthly fee applications for the Fee Period that already has been filed with the Court. To the extent that Dentons has incurred fees and expenses in addition to the foregoing, Dentons reserves the right, and respectfully requests that the Court authorize Dentons, to file a supplemental fee application(s) by following the interim compensation procedures set forth in the Administrative Order and submitting a certificate of no objection and order to the Court for final approval of such fees and expenses as may be reflected in any supplemental fee application.

18. At all relevant times, Dentons has not represented any party having an interest adverse to the case.

19. At all relevant times, Dentons has been a disinterested person as that term is defined in section 101(14) of the Bankruptcy Code and has not represented or held an interest adverse to the interest of the Debtors.

20. All services for which Dentons requests compensation were performed for or on behalf of the Debtors, and not on behalf of any committee, creditor or other person.

21. Dentons has received no payment and no promises for payment from any source other than from the Debtors for services rendered or to be rendered in any capacity whatsoever in connection with the matters covered by this Application. There is no agreement or understanding between Dentons and any other person other than the partners of Dentons for the sharing of compensation to be received for services rendered in these cases. Dentons has received payments from the Debtors during the year prior to the Petition Date in the amount of $440,000, in connection with the preparation of initial documents and its prepetition representation of the Debtors.

22. The professional services and related expenses for which Dentons requests allowance of compensation and reimbursement of expenses were rendered and incurred in connection with these cases in the discharge of Dentons professional responsibilities as attorneys for the Debtors in these chapter 11 cases. Dentons' services have been necessary and beneficial to the Debtors and their estates, creditors and other parties in interest.

23. In accordance with the factors enumerated in section 330 of the Bankruptcy Code, it is respectfully submitted that the amount requested by Dentons is fair and reasonable given (a) the complexity of the case, (b) the time expended, (c) the nature and extent of the services rendered, (d) the value of such services, and (e) the costs of comparable services other than in a case under the Bankruptcy Code. Moreover, Dentons has reviewed the requirements of Del. Bankr. LR 2016-2 and the Administrative Order and believes that this Application complies with such Rule and Order.

WHEREFORE, Dentons respectfully requests that the Court enter the Proposed Order, substantially in the form attached hereto as **Exhibit "A"**, providing that, for the period of September 10, 2021 through November 30, 2021, an allowance be made to Dentons in the sum of $1,308,800.40 as compensation for reasonable and necessary professional services rendered to the Debtors and in the sum of $56,305.11 for reimbursement of actual and necessary costs and expenses incurred, for a total of $1,365,193.51; that Debtors be authorized and directed to pay to Dentons the outstanding amount of such sums; that to the extent Dentons has incurred fees and expenses in addition to the foregoing, Dentons may file a supplemental fee application(s) and submit a certificate of no objection and order to the Court for final approval of such fees and expenses as may be reflected in any supplemental fee application; and for such other and further relief as this Court deems proper.

| | |
|---|---|
| Dated: January 24, 2022<br>Wilmington, Delaware | **PACHULSKI STANG ZIEHL & JONES LLP**<br><br>*/s/ Laura Davis Jones*<br>Laura Davis Jones (DE Bar No. 2436)<br>919 North Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, Delaware 19899 (Courier 19801)<br>Telephone: (302) 652-4100<br>Facsimile: (302) 652-4400<br>Email: ljones@pszjlaw.com<br><br>-and -<br><br>**DENTONS US LLP**<br><br>Samuel R. Maizel (*Admitted Pro Hac Vice*)<br>Tania M. Moyron (*Admitted Pro Hac Vice*)<br>601 S. Figueroa Street #2500<br>Los Angeles, CA 90017<br>Telephone: (213) 623-9300<br>Email:   samuel.maizel@dentons.com<br>            tania.moyron@dentons.com<br><br>-and-<br><br>**DENTONS US LLP**<br><br>David F. Cook (Bar Number 006352)<br>1900 K Street, NW<br>Washington, DC 20006<br>Telephone: (202) 496-7500<br>Email:   david.f.cook@dentons.com<br><br>*Counsel for Debtors and Debtors in Possession* |

# **DECLARATION**

STATE OF CALIFORNIA     :
                        :
COUNTY OF LOS ANGELES   :

      Samuel R. Maizel, after being duly sworn according to law, deposes and says:

      a)      I am a partner with the applicant law firm Dentons US LLP, and have been admitted to appear before this Court *Pro Hac Vice*.

      b)      I am familiar with the work performed on behalf of the Debtors and Debtors in Possession by the lawyers and paraprofessionals of Dentons.

      c)      I have reviewed the foregoing Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. Moreover, I have reviewed Del. Bankr. LR 2016-2 and the Administrative Order signed on or about June 28, 2021 and believe that this Application substantially complies with such Rule and Order.

      */s/ Samuel R. Maizel*
      Samuel R. Maizel