# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AGSPRING MISSISSIPPI REGION, LLC, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 21-11238 (CTG)<br><br>(Jointly Administered)<br><br>**Re: Docket No. 231** |

## ORDER GRANTING
## FIRST INTERIM APPLICATION FOR COMPENSATION
## AND REIMBURSEMENT OF EXPENSES OF
## DENTONS US LLP, AS COUNSEL
## FOR THE DEBTORS AND DEBTORS IN POSSESSION,
## FOR THE PERIOD FROM SEPTEMBER 10, 2021 THROUGH NOVEMBER 30, 2021

Dentons US LLP ("Dentons"), as Counsel for the Debtors and Debtors in Possession ("Debtors") in the above-captioned cases, filed its First Interim Application for Compensation and for Reimbursement of Expenses for the period from September 10, 2021, through November 30, 2021 (the "First Interim Application"). The Court has reviewed the First Interim Application and finds that: (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (b) notice of the First Interim Application, and any hearing on the First Interim Application, was adequate under the circumstances; and (c) all persons with standing have been afforded the opportunity to be heard on the First Interim Application. Accordingly, it is hereby

ORDERED that the First Interim Application is GRANTED as provided herein, on an Interim basis, and all fees and costs requested in the First Interim Application are allowed on an Interim basis. Debtors in the above cases shall pay to Dentons the sum of $1,303,450.40 as compensation and $56,305.11 as reimbursement of expenses, for a total of $1,359,755.51for

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Agspring Mississippi Region, LLC (9147); Agspring MS 1, LLC (6456); Agspring MS, LLC (2692); Lake Providence Grain and Rice LLC (1986); and Bayou Grain and Chemical Corporation (7831). The Debtors' mailing address is 5101 College Blvd., Leawood, KS 66211.

DOCS_DE:237952.2 01213/001

services rendered and disbursements incurred by Dentons for the period September 10, 2021 through November 30, 2021, less any amounts previously paid in connection with any monthly fee applications.

ORDERED that to the extent Dentons has incurred fees and expenses in addition to the foregoing, Dentons may file one or more supplemental fee applications by following the interim compensation procedures set forth in the Administrative Order and submitting a certificate of no objection and order to the Court for final approval of such fees and expenses as may be reflected in any such supplemental fee application.

ORDERED that this Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

**Dated: February 25th, 2022**
**Wilmington, Delaware**

**CRAIG T. GOLDBLATT**
**UNITED STATES BANKRUPTCY JUDGE**