# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| AGSPRING MISSISSIPPI REGION, LLC, *et al.*,[1] | Case No. 21-11238 (CTG) |
| Debtors. | (Jointly Administered) |

**Hearing Date:  March 2, 2022 11:00 a.m. (Eastern time)**

## SECOND AMENDED[2] WITNESS AND EXHIBIT LIST FOR HEARING ON DEBTORS' MOTION FOR ENTRY OF AN ORDER (I) EXTENDING DEBTORS' AUTHORIZED USE OF CASH COLLATERAL; (II) GRANTING ADDITIONAL ADEQUATE PROTECTION TO TERM LENDERS; AND (III) GRANTING RELATED RELIEF

The above-captioned debtors and debtors in possession (the "Debtors") submit this witness and exhibit list for the hearing scheduled for March 2, 2022, at 11:00 a.m. (Eastern time) (the "Hearing"), on Debtors' *Motion for Entry of an Order (I) Extending Debtors' Authorized Use of Cash Collateral; (II) Granting Additional Adequate Protection to Term Lenders; and (III) Granting Related Relief* [D.I. 244] (the "Motion").

### WITNESSES

The Debtors designate the following persons as witnesses who may be called at the hearing.

    (1)    Kyle Sturgeon.  Mr. Sturgeon will testify as to matters relating to the Motion and any objection thereto.

---

1 The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Agspring Mississippi Region, LLC (9147); Agspring MS 1, LLC (6456); Agspring MS, LLC (2692); Lake Providence Grain and Rice LLC (1986); and Bayou Grain & Chemical Corporation (7831). The Debtors' mailing address is 5101 College Boulevard, Leawood, KS 66211.

2 Amended items appear in **bold**.

The Debtors also cross designate all witnesses designated by any other party in connection with the Hearing, and reserve the right to call any necessary rebuttal witnesses.

### EXHIBITS

The Debtors designate the following exhibits that may be used at the hearing:

| Exhibit No. | Document Description | Docket No. |
|---|---|---|
| **Exhibit 1** | Master Lease dated as of June 14, 2019 between AGRSPRING MISSISSIPPI REGION, LLC, LAKE PROVIDENCE GRAIN AND RICE, LLC, BAYOU GRAIN & CHEMICAL CORPORATION and CONSOLIDATEED GRAIN and BARGE CO. | N/A |
| **Exhibit 2** | Funds Flow | N/A |
| **Exhibit 3** | Buyer's Cost Allocation | N/A |
| **Exhibit 4** | Allocation Illustrations Chart | N/A |
| **Exhibit 5** | CGB Indebtedness | N/A |
| **Exhibit 6** | **DIP Order** | **174** |
| **Exhibit 7** | **Sale Order** | **179** |

The Debtors also cross designate all exhibits designated by any other party in connection with the Hearing, and reserve the right to use additional exhibits for rebuttal purposes.

The Debtors reserve the right to amend or supplement this witness and exhibit list prior to the Hearing.

Dated:  March 1, 2022

**PACHULSKI STANG ZIEHL & JONES LLP**

*/s/ Mary F. Caloway*
Laura Davis Jones (DE Bar No. 2436)
Timothy P. Cairns (Bar No. 4228)
Mary F. Caloway (DE Bar No. 3059)
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE  19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile:  (302) 652-4400
Email:   ljones@pszjlaw.com
            tcairns@pszjlaw.com
            mcaloway@pszjlaw.com

-and-

**DENTONS US LLP**

Samuel R. Maizel (admitted *pro hac vice*)
Tania M. Moyron (admitted *pro hac vice*)
601 S. Figueroa Street #2500
Los Angeles, CA  90017
Telephone:  (213) 623-9300
Email:  samuel.maizel@dentons.com
            tania.moyron@dentons.com

-and-

**DENTONS US LLP**

David F. Cook (Bar Number 006352)
1900 K Street, NW
Washington, DC  20006
Telephone:  (202) 496-7500
Email: david.f.cook@dentons.com

*Counsel for Debtors and Debtors in Possession*