# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| AGSPRING MISSISSIPPI REGION, LLC, *et al.*,[1] | Case No. 21-11238 (CTG) |
| | (Jointly Administered) |
| Debtors. | |

## NOTICE OF <u>FOURTH AMENDED</u>[2] AGENDA OF MATTERS SCHEDULED FOR HEARING ON MARCH 2, 2022 AT 11:00 A.M. (EASTERN TIME)[3]

**ALL PARTICIPANTS MUST REGISTER PRIOR TO THE HEARING AT THE PROVIDED LINK. THE COURT IS ASKING ALL PARTIES TO REGISTER NO LATER THAN TUESDAY, 3/1/22 AT 4:00 P.M.**

**Registration Link:**

https://debuscourts.zoomgov.com/meeting/register/vJItdeGoqDgqHJbawInCOTlR6eisKsSIoCo

After registering, you will receive a confirmation email containing information about joining.

**PLEASE NOTE: AUDIO WILL BE PROVIDED BY ZOOM, COURTCALL WILL NOT BE USED FOR THIS HEARING.**

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Agspring Mississippi Region, LLC (9147); Agspring MS 1, LLC (6456); Agspring MS, LLC (2692); Lake Providence Grain and Rice LLC (1986); and Bayou Grain & Chemical Corporation (7831). The Debtors' mailing address is 5101 College Boulevard, Leawood, KS 66211.

[2] Amended items appear in **bold**.

[3] This agenda contains hyperlinks to filed documents pursuant to the Court's Interim Order re: Cessation of Hand Deliveries, dated March 13, 2020. Parties may access the filed documents through the hyperlink for a fee through the Court's website at www.deb.uscourts.gov.

**CONTESTED MATTER (CONTINUED HEARING)**

1. **Cash Collateral Motion** – Motion for Entry of an Order (I) Extending Debtors' Authorized Use of Cash Collateral; (II) Granting Additional Adequate Protection to Term Lenders; and (III) Granting Related Relief [Filed: 2/11/22] (Docket No. 244).

    Response Deadline:   February 18, 2022 at 4:00 p.m. Eastern Time.

    Responses Received:

    a)   Objection of Larry Tubbs, Tubbs Rice Dryers, Inc., Chief Ventures, L.L.C. and Big River Grain, LLC to Debtors' Motion for Entry of an Order (I) Extending Debtors' Authorized Use of Cash Collateral; (II) Granting Additional Adequate Protection to Term Lenders; and (III) Granting Related Relief [Filed: 2/18/22] (Docket No. 248).

    b)   [SEALED] Exhibit G to Objection of Larry Tubbs, Tubbs Rice Dryers, Inc., Chief Ventures, L.L.C. and Big River Grain, LLC to Debtors' Motion for Entry of an Order (I) Extending Debtors' Authorized Use of Cash Collateral; (II) Granting Additional Adequate Protection to Term Lenders; and (III) Granting Related Relief [Filed: 2/18/22] (Docket No. 249).

    Replies Filed:

    a)   Debtors' Reply to Objection of Larry Tubbs, Tubbs Rice Dryers, Inc., Chief Ventures, L.L.C. and Big River Grain, LLC to Debtors' Motion for Entry of an Order (I) Extending Debtors' Authorized Use of Cash Collateral; (II) Granting Additional Adequate Protection to Term Lenders; and (III) Granting Related Relief [Filed: 2/22/22] (Docket No. 252).

    b)   Lenders' (I) Statement in Support of Debtors' Cash Collateral Extension and Adequate Protection Motion, and (II) Reply in Opposition to Tubbs Parties' Objection [Filed: 2/22/22] (Docket No. 253).

    Related Documents:

    a)   Observations Re: Cash Collateral and Adequate Protection Motion [Filed: 2/28/22] (Docket No. 266).

    b)   Witness and Exhibit List for Hearing on Debtors' Motion for Entry of an Order (I) Extending Debtors' Authorized Use of Cash Collateral; (II) Granting Additional Adequate Protection to Term Lenders; and (III) Granting Related Relief [Filed 3/1/22] (Docket No. 274)

    c)   Amended Witness and Exhibit List for Hearing on Debtors' Motion for Entry of an Order (I) Extending Debtors' Authorized Use of Cash Collateral; (II) Granting Additional Adequate Protection to Term Lenders; and (III) Granting Related Relief [Filed 3/1/22] (Docket No. 276)

d)      Notice of Larry Tubbs, Tubbs Rice Dryers, Inc., Chief Ventures, L.L.C. And Big River Grain, LLCS Witness List and Exhibit List in Connection with Hearing on Debtors Motion for Entry of An Order (I) Extending Debtors' Authorized use of Cash Collateral; (II) Granting Additional Adequate Protection to Term Lenders; And (III) Granting Related Relief [Filed 3/1/22] (Docket No. 277)

e)      **Second Amended Witness and Exhibit List for Hearing on Debtors' Motion for Entry of an Order (I) Extending Debtors' Authorized Use of Cash Collateral; (II) Granting Additional Adequate Protection to Term Lenders; and (III) Granting Related Relief [Filed 3/1/22] (Docket No. 280)**

Status:  The continued hearing on this matter is currently scheduled to go forward.  The Debtors intend to call Kyle Sturgeon as a witness in support of the Cash Collateral Motion.

| | |
|---|---|
| Dated: March 1, 2022 | **PACHULSKI STANG ZIEHL & JONES LLP** |

    */s/ Mary F. Caloway*
Laura Davis Jones (DE Bar No. 2436)
Timothy P. Cairns (Bar No. 4228)
Mary F. Caloway (DE Bar No. 3059)
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email: ljones@pszjlaw.com
       tcairns@pszjlaw.com
       mcaloway@pszjlaw.com

-and-

**DENTONS US LLP**

Samuel R. Maizel (admitted *pro hac vice*)
Tania M. Moyron (admitted *pro hac vice*)
Malka S. Zeefe (*pro hac vice* pending)
601 S. Figueroa Street #2500
Los Angeles, CA 90017
Telephone: (213) 623-9300
Email: samuel.maizel@dentons.com
       tania.moyron@dentons.com
       malka.zeefe@dentons.com

-and-

**DENTONS US LLP**

David F. Cook (Bar Number 006352)
1900 K Street, NW
Washington, DC 20006
Telephone: (202) 496-7500
Email: david.f.cook@dentons.com

*Counsel for Debtors and Debtors in Possession*