IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| AGSPRING MISSISSIPPI REGION, LLC, *et al*.,[1] | ) ) | Case No. 21-11238 (CTG) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | | **Re: Docket No. 262** |

# ORDER GRANTING
# FIRST QUARTERLY APPLICATION FOR
# COMPENSATION AND REIMBURSEMENT OF EXPENSES
# OF PACHULSKI STANG ZIEHL & JONES LLP, AS
# CO-COUNSEL FOR THE DEBTORS AND DEBTORS IN POSSESSION FOR
# THE PERIOD FROM SEPTEMBER 10, 2021 THROUGH NOVEMBER 30, 2021

Pachulski Stang Ziehl & Jones LLP ("PSZ&J"), as co-counsel for the Debtors and Debtors in Possession (the "Debtors") in the above-captioned cases, filed its First Quarterly Application for Compensation and for Reimbursement of Expenses for the Period from September 10, 2021 through November 30, 2021 (the "First Quarterly Application"). The Court has reviewed the First Quarterly Application and finds that: (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (b) notice of the First Quarterly Application, and any hearing on the First Quarterly Application, was adequate under the circumstances; and (c) all persons with standing have been afforded the opportunity to be heard on the First Quarterly Application. Accordingly, it is hereby

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Agspring Mississippi Region, LLC (9147); Agspring MS 1, LLC (6456); Agspring MS, LLC (2692); Lake Providence Grain and Rice LLC (1986); and Bayou Grain & Chemical Corporation (7831). The Debtors' mailing address is 5101 College Boulevard, Leawood, KS 66211.

DOCS_DE:238224.1 01213/001

ORDERED that the First Quarterly Application is GRANTED, on an interim basis. The Debtors in the above cases shall pay to PSZ&J the sum of $465,197.00 as compensation for necessary professional services rendered, and actual and necessary expenses in the amount of $21,317.91 for a total of $486,514.91 for services rendered and disbursements incurred by PSZ&J for the period September 10, 2021 through November 30, 2021, less any amounts previously paid in connection with the monthly fee applications.

ORDERED that this Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

**Dated: March 24th, 2022**
**Wilmington, Delaware**

**CRAIG T. GOLDBLATT**
**UNITED STATES BANKRUPTCY JUDGE**