## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| AGSPRING MISSISSIPPI REGION, LLC, *et al.*[1], | Case No. 21-11238 (CTG) |
| Debtors. | (Jointly Administered) |
| | **Hearing Date: March 30, 2022 at 10:00 a.m.**<br>**Objection Deadline: At the hearing** |
| | **Re: Docket Nos. 297, 309 & 321** |

**MOTION OF LARRY TUBBS, TUBBS RICE DRYERS, INC., CHIEF
VENTURES, L.L.C. AND BIG RIVER GRAIN, LLC FOR LEAVE TO FILE LATE
REPLY TO (A) SECURED LENDERS' PRELIMINARY OBJECTION TO MOTION OF
LARRY TUBBS, TUBBS RICE DRYERS, INC., CHIEF VENTURES, L.L.C. AND BIG
RIVER GRAIN, LLC FOR RELIEF FROM THE AUTOMATIC STAY AND
(B) DEBTORS' (I) PRELIMINARY OBJECTION TO MOTION OF LARRY TUBBS,
TUBBS RICE DRYERS, INC., CHIEF VENTURES, L.L.C. AND BIG RIVER GRAIN,
LLC FOR RELIEF FROM THE AUTOMATIC STAY; AND (II) REQUEST THAT
PARTIES BE REFERRED TO MEDIATION**

Larry Tubbs, Tubbs Rice Dryers, Inc., Chief Ventures, L.L.C. and Big River Grain, LLC

(collectively, the "Tubbs Parties"), by and through its undersigned counsel, hereby moves this

Court for leave (the "Motion for Leave") to file late replies ("Replies"), filed contemporaneously

herewith, beyond the deadline set forth in Local Rule 9006-1(d), to the objections filed to the

*Motion of Larry Tubbs, Tubbs Rice Dryers, Inc., Chief Ventures, L.L.C. and Big River Grain, LLC*

*for Relief from the Automatic Stay* [D.I. 297] (the "Stay Relief Motion"). In support of this Motion

for Leave, the Tubbs Parties respectfully state as follows:

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax
identification number, are: Agspring Mississippi Region, LLC (9147); Agspring MS 1, LLC
(6456); Agspring MS, LLC (2692); Lake Providence Grain and Rice LLC (1986); and Bayou
Grain & Chemical Corporation (7831). The Debtors' mailing address is 5101 College Boulevard,
Leawood, KS 66211.

## JURISDICTION AND VENUE

1.      This Court has jurisdiction to consider this matter pursuant to 28 U.S.C. §§ 157 and 1334.  This is a core proceeding pursuant to 28 U.S.C. § 157(b).  Venue for this matter is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409.

## RELIEF REQUESTED

2.      Absent the relief requested in the Motion for Leave, the Replies would be due by 4:00 p.m., Sunday, March 27, 2022.  The Tubbs Parties respectfully request by this Motion for Leave, pursuant to Local Rule 9006-1(d), for an extension to file and serve the Replies to the Stay Relief Motion to or before 12:00 p.m. (Eastern Time) on Monday, March 28, 2022.

## BACKGROUND

3.      On March 16, 2022, the Tubbs Parties filed the *Motion of Larry Tubbs, Tubbs Rice Dryers, Inc., Chief Ventures, L.L.C. and Big River Grain, LLC for Relief from the Automatic Stay* [D.I. 297] (the "Stay Relief Motion").

4.      On March 17, 2022, LVS II SPE XVIII LLC and HVS V LLC (the "Secured Lenders") filed the *Secured Lenders' Preliminary Objection to Motion of Larry Tubbs, Tubbs Rice Dryers, Inc., Chief Ventures, L.L.C. And Big River Grain, LLC for Relief from The Automatic Stay* [D.I. 309] (the "Lenders' Preliminary Objection").

5.      On March 23, 2022, the debtors ("Debtors") filed the *Debtors' (I) Preliminary Objection to Motion of Larry Tubbs, Tubbs Rice Dryers, Inc., Chief Ventures, L.L.C. and Big River Grain, LLC for Relief from the Automatic Stay; and (II) Request that Parties be Referred to Mediation* [D.I. 321] (the "Debtors' Preliminary Objection" and together with the Lenders' Objection, the "Preliminary Objections").

6.      The Tubbs Parties respectfully submit that replies would be helpful to the Court in considering issues of Louisiana law raised by the Preliminary Objections.  The hearing set for Wednesday, March 30, 2022 is a preliminary hearing on the Stay Relief Motion.

## NO PRIOR REQUEST

7.      No prior request for the relief sought in this Motion for Leave has been made to this or any other court.

## NOTICE

8.      Notice of this Motion for Leave shall be provided to the (a) the Office of the United States Trustee for the District of Delaware; (b) counsel to the Debtors; and (c) counsel to the Secured Lenders.  The Tubbs Parties respectfully submit that, in light of the nature of the relief requested herein, no other or further notice need be given.

Dated:  March 28, 2022                CROSS & SIMON, LLC

*/s/ Christopher P. Simon*
Michael L. Vild (No. 3042)
Christopher P. Simon (No. 3697)
1105 North Market Street, Suite 901
P.O. Box 1380
Wilmington, Delaware 19899-1380
(302) 777-4200 (Telephone)
(302) 777-4224 (Facsimile)
mvild@crosslaw.com
csimon@crosslaw.com

- and –

J. E. Cullens, Jr., Esquire
Andrée M. Cullens, Esquire
WALTERS, PAPILLION, THOMAS,
CULLENS, LLC
12345 Perkins Road, Bldg. 1
Baton Rouge, LA 70810
Telephone: (225) 236-3636
Facsimile: (225) 236-3650
cullens@lawbr.net
acullens@lawbr.net

- and -

Paul M. Sterbcow, Esquire
LEWIS, KULLMAN, STERBCOW &
ABRAMSON, LLC
601 Poydras Street, Suite 2615
New Orleans, LA 70130
Telephone: (504)588-1500
sterbcow@lksalaw.com

*Counsel for Larry Tubbs, Tubbs Rice Dryers, Inc.,
Chief Ventures, L.L.C. and Big River Grain, LLC*