# CERTIFICATE OF SERVICE

I, Michael L. Vild, hereby certify that, on this 30th day of March, 2022, I caused copies of the foregoing *Designation of Record and Issues on Appeal of Appellants Larry Tubbs, Tubbs Rice Dryers, Inc., Chief Ventures, L.L.C. and Big River Grain, LLC for Relief from the Automatic Stay* to be served upon all interested parties via CM/ECF and the parties listed below by electronic mail.

| | |
|---|---|
| Laura Davis Jones, Esquire<br>Timothy P., Esquire<br>Mary F. Caloway, Esquire<br>Pachulski Stang Ziehl & Jones LLP<br>919 North Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, Delaware 19899-8705<br>ljones@pszjlaw.com<br>tcairns@pszjlaw.com<br>mcaloway@pszjlaw.com | Samuel R. Maizel, Esquire<br>Tania M. Moyron, Esquire<br>Malka S. Zeefe, Esquire<br>Dentons US LLP<br>601 S. Figueroa Street, #2500<br>Los Angeles, CA 90017<br>samuel.maizel@dentons.com<br>tania.moyron@dentons.com<br>malka.zeefe@dentons.com |
| David F. Cook, Esquire<br>Dentons US LLP<br>1900 K Street, NW<br>Washington, DC 20006<br>david.f.cook@dentons.com | |

                                           */s/ Michael L. Vild*
                                           Michael L. Vild (No. 3042)