# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| AGSPRING MISSISSIPPI REGION, LLC, *et al.*,[1] | Case No. 21-11238 (CTG) |
| | (Jointly Administered) |
| Debtors. | |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
HEARING ON APRIL 18, 2022 AT 2:00 P.M. (EASTERN TIME)**[2]

---

**ANY PARTY WISHING TO PARTICIPATE IN THE HEARING
MUST REGISTER THROUGH ZOOM.**

Please see below for the connection and registration information regarding the April 18, 2022, hearing. Please Note: All participants must register prior to the hearing at the provided link. The Court is asking all parties to register **no later than Thursday, 4/14/2022 at 4:00 p.m.**

**Registration Link:**

https://debuscourts.zoomgov.com/meeting/register/vJIsdO-ppzspGzU6NgU2koF-qOivs6JXM4c

After registering, you will receive a confirmation email
containing information about joining.

**Reminder**: Since the audio will be provided by Zoom,
CourtCall will not be used.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Agspring Mississippi Region, LLC (9147); Agspring MS 1, LLC (6456); Agspring MS, LLC (2692); Lake Providence Grain and Rice LLC (1986); and Bayou Grain & Chemical Corporation (7831). The Debtors' mailing address is 5101 College Boulevard, Leawood, KS 66211.

[2] This agenda contains hyperlinks to filed documents pursuant to the Court's Interim Order re: Cessation of Hand Deliveries, dated March 13, 2020. Parties may access the filed documents through the hyperlink for a fee through the Court's website at www.deb.uscourts.gov.

**MATTER GOING FORWARD**

1. **Solicitation Procedures Motion** – Debtors' Motion for Entry of an Order (I) Granting Interim Approval of the Adequacy of Disclosures in the Combined Disclosure Statement and Plan; (II) Scheduling a Combined Confirmation Hearing and Setting Deadlines Related Thereto; (III) Approving Solicitation Packages and Procedures; (IV) Approving the Forms of Ballots; and (V) Granting Related Relief [Filed: 3/28/22] (Docket No. 338).

    Response Deadline:   April 11, 2022 at 4:00 p.m. Eastern Time.  Extended to April 13, 2022 at 4:00 p.m. Eastern Time for the United States Trustee ("UST").

    Responses Received:

    a)   Objection of Larry Tubbs, Tubbs Rice Dryers, Inc., Chief Ventures, L.L.C. and Big River Grain, LLC to (I) the Disclosures in the Plan Proponents' Combined Disclosure Statement and Joint Plan of Liquidation Pursuant to Chapter 11 of the Bankruptcy Code, and (II) the Solicitation Packages, Procedures, and Ballots [Filed: 4/11/22] (Docket No. 350) (the "Tubbs Parties Objection").

    Reply Deadline:  April 14, 2022 at 12:00 midnight (with consent of the Tubbs Parties)

    Related Documents:

    a)   Plan Proponents' Combined Disclosure Statement and Joint Plan of Liquidation Pursuant to Chapter 11 of the Bankruptcy Code [Filed: 3/28/22] (Docket No. 337).

    Status:  The Debtors are working to resolve informal comments received to date from the UST. The Debtors intend to file a reply to the Tubbs Parties Objection, with the consent of the Tubbs Parties, on or before April 14, 2022 at 12:00 midnight. This matter will go forward.

*[Remainder of Page Intentionally Left Blank]*

Dated: April 13, 2022 **PACHULSKI STANG ZIEHL & JONES LLP**

*/s/ Mary F. Caloway*
Laura Davis Jones (DE Bar No. 2436)
Timothy P. Cairns (Bar No. 4228)
Mary F. Caloway (DE Bar No. 3059)
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE  19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile:  (302) 652-4400
Email:  ljones@pszjlaw.com
    tcairns@pszjlaw.com
    mcaloway@pszjlaw.com

-and-

**DENTONS US LLP**

Samuel R. Maizel (admitted *pro hac vice*)
Tania M. Moyron (admitted *pro hac vice*)
Malka S. Zeefe (*pro hac vice* pending)
601 S. Figueroa Street #2500
Los Angeles, CA  90017
Telephone:  (213) 623-9300
Email:  samuel.maizel@dentons.com
    tania.moyron@dentons.com
    malka.zeefe@dentons.com

-and-

**DENTONS US LLP**

David F. Cook (Bar Number 006352)
1900 K Street, NW
Washington, DC  20006
Telephone:  (202) 496-7500
Email: david.f.cook@dentons.com

*Counsel for Debtors and Debtors in Possession*

3