IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| AGSPRING MISSISSIPPI REGION, LLC, *et al.*[1], | Case No. 21-11238 (CTG) |
| Debtors. | (Jointly Administered) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on April 13, 2022, Larry Tubbs, Tubbs Rice Dryers, Inc., Chief Ventures, L.L.C. and Big River Grain, LLC, by and through undersigned counsel, served the (i) *Tubbs Parties First Set of Requests for Admission Directed to Debtors* and (ii) *Tubbs Parties Second Set of Requests for Production of Documents and Entering on to Land for Inspection Directed to Debtors* on the parties listed below via electronic mail:

Laura Davis Jones, Esquire
Timothy P., Esquire
Mary F. Caloway, Esquire
PACHULSKI STANG ZIEHL
& JONES LLP
919 North Market Street, 17th Floor
Wilmington, Delaware 19801
ljones@pszjlaw.com
tcairns@pszjlaw.com
mcaloway@pszjlaw.com

Samuel R. Maizel, Esquire
Tania M. Moyron, Esquire
Malka S. Zeefe, Esquire
DENTONS US LLP
601 S. Figueroa Street, #2500
Los Angeles, CA 90017
samuel.maizel@dentons.com
tania.moyron@dentons.com

David F. Cook, Esquire
DENTONS US LLP
1900 K Street, NW
Washington, DC 20006
david.f.cook@dentons.com

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Agspring Mississippi Region, LLC (9147); Agspring MS 1, LLC (6456); Agspring MS, LLC (2692); Lake Providence Grain and Rice LLC (1986); and Bayou Grain & Chemical Corporation (7831). The Debtors' mailing address is 5101 College Boulevard, Leawood, KS 66211.

Dated: April 13, 2022

CROSS & SIMON, LLC

*/s/ Christopher P. Simon*
Michael L. Vild (No. 3042)
Christopher P. Simon (No. 3697)
1105 North Market Street, Suite 901
Wilmington, Delaware 19801
(302) 777-4200 (Telephone)
(302) 777-4224 (Facsimile)
mvild@crosslaw.com
csimon@crosslaw.com

- and -

J. E. Cullens, Jr., Esquire
Andrée M. Cullens, Esquire
WALTERS, PAPILLION, THOMAS, CULLENS, LLC
12345 Perkins Road, Bldg. 1
Baton Rouge, LA 70810
Telephone: (225) 236-3636
Facsimile: (225) 236-3650
cullens@lawbr.net
acullens@lawbr.net

- and -

Paul M. Sterbcow, Esquire
LEWIS, KULLMAN, STERBCOW & ABRAMSON, LLC
601 Poydras Street, Suite 2615
New Orleans, LA 70130
Telephone: (504)588-1500
sterbcow@lksalaw.com

*Counsel for Larry Tubbs, Tubbs Rice Dryers, Inc., Chief Ventures, L.L.C. and Big River Grain, LLC*