IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AGSPRING MISSISSIPPI REGION, LLC, *et al*.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 21-11238 (CTG)<br><br>(Jointly Administered) |

**AMENDED[2] NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON APRIL 18, 2022 AT 2:00 P.M. (EASTERN TIME)**[3]

**AS NO MATTERS ARE GOING FORWARD,
THE HEARING HAS BEEN CANCELED.**

**ADJOURNED MATTER**

1. **Solicitation Procedures Motion** – Debtors' Motion for Entry of an Order (I) Granting Interim Approval of the Adequacy of Disclosures in the Combined Disclosure Statement and Plan; (II) Scheduling a Combined Confirmation Hearing and Setting Deadlines Related Thereto; (III) Approving Solicitation Packages and Procedures; (IV) Approving the Forms of Ballots; and (V) Granting Related Relief [Filed: 3/28/22] (Docket No. 338).

    Response Deadline:   April 11, 2022 at 4:00 p.m. Eastern Time.  Extended to April 13, 2022 at 4:00 p.m. Eastern Time for the United States Trustee ("UST").

    Responses Received:

    a)    Objection of Larry Tubbs, Tubbs Rice Dryers, Inc., Chief Ventures, L.L.C. and Big River Grain, LLC to (I) the Disclosures in the Plan Proponents' Combined

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Agspring Mississippi Region, LLC (9147); Agspring MS 1, LLC (6456); Agspring MS, LLC (2692); Lake Providence Grain and Rice LLC (1986); and Bayou Grain & Chemical Corporation (7831). The Debtors' mailing address is 5101 College Boulevard, Leawood, KS 66211.

[2] **Amended items appear in bold.**

[3] This agenda contains hyperlinks to filed documents pursuant to the Court's Interim Order re: Cessation of Hand Deliveries, dated March 13, 2020.  Parties may access the filed documents through the hyperlink for a fee through the Court's website at www.deb.uscourts.gov.

Disclosure Statement and Joint Plan of Liquidation Pursuant to Chapter 11 of the Bankruptcy Code, and (II) the Solicitation Packages, Procedures, and Ballots [Filed: 4/11/22] (Docket No. 350) (the "Tubbs Parties Objection").

Reply Deadline:  **To be agreed between the Debtors and Tubbs Parties**

Related Documents:

a)  Plan Proponents' Combined Disclosure Statement and Joint Plan of Liquidation Pursuant to Chapter 11 of the Bankruptcy Code [Filed: 3/28/22] (Docket No. 337).

Status:  **This matter has been continued to April 25, 2022 at 2:00 p.m. Eastern Time.**

*[Remainder of Page Intentionally Left Blank]*

Dated: April 15, 2022                              **PACHULSKI STANG ZIEHL & JONES LLP**

*/s/ Mary F. Caloway*
Laura Davis Jones (DE Bar No. 2436)
Timothy P. Cairns (Bar No. 4228)
Mary F. Caloway (DE Bar No. 3059)
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE  19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile:  (302) 652-4400
Email:  ljones@pszjlaw.com
         tcairns@pszjlaw.com
         mcaloway@pszjlaw.com

-and-

**DENTONS US LLP**

Samuel R. Maizel (admitted *pro hac vice*)
Tania M. Moyron (admitted *pro hac vice*)
Malka S. Zeefe (*pro hac vice* pending)
601 S. Figueroa Street #2500
Los Angeles, CA  90017
Telephone:  (213) 623-9300
Email:  samuel.maizel@dentons.com
         tania.moyron@dentons.com
         malka.zeefe@dentons.com

-and-

**DENTONS US LLP**

David F. Cook (Bar Number 006352)
1900 K Street, NW
Washington, DC  20006
Telephone:  (202) 496-7500
Email: david.f.cook@dentons.com

*Counsel for Debtors and Debtors in Possession*