# EXHIBIT A

# Pachulski Stang Ziehl & Jones LLP

919 North Market Street
17th Floor
Wilmington, DE 19801

LDJ

January 31, 2022
Invoice 129880
Client 01213
Matter 00001
**LDJ**

RE: Debtor Representation

---

**STATEMENT OF PROFESSIONAL SERVICES RENDERED THROUGH 01/31/2022**

| | |
|---|---:|
| FEES | $23,410.00 |
| EXPENSES | $861.73 |
| **TOTAL CURRENT CHARGES** | **$24,271.73** |
| **BALANCE FORWARD** | **$523,716.66** |
| **LAST PAYMENT** | **$516,638.06** |
| **TOTAL BALANCE DUE** | **$31,350.33** |

Pachulski Stang Ziehl & Jones LLP  Page:     2
Agspring Mississippi Region LL  Invoice 129880
01213   - 00001  January 31, 2022

**Summary of Services by Professional**

| ID | Name | Title | Rate | Hours | Amount |
|---|---|---|---|---|---|
| CJB | Bouzoukis, Charles J. | Case Man. Asst. | 395.00 | 1.80 | $711.00 |
| DMB | Bertenthal, David M. | Partner | 1395.00 | 0.40 | $558.00 |
| KKY | Yee, Karina K. | Paralegal | 495.00 | 6.80 | $3,366.00 |
| KSN | Neil, Karen S. | Case Man. Asst. | 395.00 | 0.50 | $197.50 |
| LDJ | Jones, Laura Davis | Partner | 1575.00 | 1.80 | $2,835.00 |
| MBL | Litvak, Maxim B. | Partner | 1275.00 | 1.10 | $1,402.50 |
| MFC | Caloway, Mary F. | Counsel | 1195.00 | 12.00 | $14,340.00 |
| | | | | 24.40 | $23,410.00 |

Pachulski Stang Ziehl & Jones LLP        Page:     3
Agspring Mississippi Region LL           Invoice 129880
01213    - 00001                         January 31, 2022

**Summary of Services by Task Code**

| Task Code | Description | Hours | Amount |
|---|---|---|---|
| BL | Bankruptcy Litigation [L430] | 5.70 | $5,651.50 |
| CA | Case Administration [B110] | 4.70 | $2,656.50 |
| CO | Claims Admin/Objections[B310] | 0.20 | $239.00 |
| CPO | Comp. of Prof./Others | 3.80 | $4,191.00 |
| FF | Financial Filings [B110] | 3.30 | $3,593.50 |
| FN | Financing [B230] | 2.50 | $2,605.50 |
| PD | Plan & Disclosure Stmt. [B320] | 3.20 | $3,278.00 |
| RPO | Ret. of Prof./Other | 1.00 | $1,195.00 |
|   |   | 24.40 | $23,410.00 |

Pachulski Stang Ziehl & Jones LLP           Page:    4
Agspring Mississippi Region LL              Invoice 129880
01213    - 00001                            January 31, 2022

## Summary of Expenses

| Description | Amount |
|---|---|
| Federal Express [E108] | $249.30 |
| Lexis/Nexis- Legal Research [E | $77.13 |
| Pacer - Court Research | $15.10 |
| Postage [E108] | $162.90 |
| Reproduction Expense [E101] | $13.00 |
| Reproduction/ Scan Copy | $344.30 |
| | $861.73 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Pachulski Stang Ziehl & Jones LLP | | | | | Page: | 5 |
| Agspring Mississippi Region LL | | | | | Invoice 129880 | |
| 01213    - 00001 | | | | | January 31, 2022 | |

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| **Bankruptcy Litigation [L430]** | | | | | | |
| 01/01/2022 | LDJ | BL | Review docket, scheduling | 0.30 | 1575.00 | $472.50 |
| 01/03/2022 | KKY | BL | Draft (.1), file (.1), and prepare for filing (.1) certificate of service for [signed] omnibus hearing dates order | 0.30 | 495.00 | $148.50 |
| 01/03/2022 | KKY | BL | Serve [signed] omnibus hearing dates order | 0.10 | 495.00 | $49.50 |
| 01/04/2022 | KKY | BL | Draft (.1) certification of no objection re removal extension motion; and prepare (.1) order re same | 0.20 | 495.00 | $99.00 |
| 01/04/2022 | KKY | BL | Draft 1/10/22 agenda | 0.30 | 495.00 | $148.50 |
| 01/04/2022 | KKY | BL | Draft certificate of service for 1/10/22 agenda | 0.10 | 495.00 | $49.50 |
| 01/04/2022 | MFC | BL | Review draft CNO and agenda (.1) and emails with K. Yee re same (.1). | 0.20 | 1195.00 | $239.00 |
| 01/05/2022 | KKY | BL | File (.1) and prepare for filing (.1) certification of no objection re removal extension motion | 0.20 | 495.00 | $99.00 |
| 01/05/2022 | KKY | BL | Upload order (.1) and prepare for uploading same (.1) re removal extension order | 0.20 | 495.00 | $99.00 |
| 01/05/2022 | KKY | BL | Serve [signed] removal extension order | 0.10 | 495.00 | $49.50 |
| 01/05/2022 | KKY | BL | Draft (.1), file (.1), and prepare for filing (.1) certificate of service for [signed] removal extension order | 0.30 | 495.00 | $148.50 |
| 01/05/2022 | KKY | BL | Review and revise 1/10/22 agenda | 0.10 | 495.00 | $49.50 |
| 01/05/2022 | LDJ | BL | Review matters scheduled for 1/10 hearing | 0.20 | 1575.00 | $315.00 |
| 01/05/2022 | MFC | BL | Emails with K. Yee re cancellation of hearing and revisions to agenda | 0.10 | 1195.00 | $119.50 |
| 01/05/2022 | MFC | BL | Review revised agenda. | 0.10 | 1195.00 | $119.50 |
| 01/05/2022 | MFC | BL | Email to chambers re CNO filed. | 0.10 | 1195.00 | $119.50 |
| 01/06/2022 | KKY | BL | File (.1), serve (.1), and prepare for filing and service (.2) 1/10/22 agenda | 0.40 | 495.00 | $198.00 |
| 01/06/2022 | KKY | BL | File (.1) and prepare for filing (.1) certificate of service for 1/10/22 agenda | 0.20 | 495.00 | $99.00 |
| 01/06/2022 | MFC | BL | EMails from/to K. Yee re filed agenda and to/from chambers re same. | 0.10 | 1195.00 | $119.50 |
| 01/09/2022 | LDJ | BL | Review docket, scheduling | 0.20 | 1575.00 | $315.00 |

| | | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| Pachulski Stang Ziehl & Jones LLP | | | | | | Page: 6 | |
| Agspring Mississippi Region LL | | | | | | Invoice 129880 | |
| 01213    - 00001 | | | | | | January 31, 2022 | |
| 01/10/2022 | MFC | BL | Call with T. Moyron re hearing. | | 0.10 | 1195.00 | $119.50 |
| 01/16/2022 | LDJ | BL | Review docket, scheduling | | 0.20 | 1575.00 | $315.00 |
| 01/18/2022 | DMB | BL | Call with LDJ re status | | 0.10 | 1395.00 | $139.50 |
| 01/18/2022 | MFC | BL | Call with Dentons re issues for new petitions to be filed. | | 0.20 | 1195.00 | $239.00 |
| 01/19/2022 | MFC | BL | Research re issues for administration of new petitions to be filed. | | 0.50 | 1195.00 | $597.50 |
| 01/19/2022 | MFC | BL | EMails with Dentons re motion to have orders apply to new filed cases. | | 0.20 | 1195.00 | $239.00 |
| 01/23/2022 | LDJ | BL | Review docket, scheduling | | 0.30 | 1575.00 | $472.50 |
| 01/30/2022 | LDJ | BL | Review docket, scheduling | | 0.30 | 1575.00 | $472.50 |
| | | | | | **5.70** | | **$5,651.50** |

### Case Administration [B110]

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 01/03/2022 | KKY | CA | Review and revise critical dates | 0.30 | 495.00 | $148.50 |
| 01/03/2022 | MFC | CA | Review upcoming deadlines. | 0.10 | 1195.00 | $119.50 |
| 01/05/2022 | CJB | CA | Maintain document control. | 0.10 | 395.00 | $39.50 |
| 01/10/2022 | KSN | CA | Maintain document control. | 0.10 | 395.00 | $39.50 |
| 01/11/2022 | KKY | CA | Review and revise critical dates | 0.70 | 495.00 | $346.50 |
| 01/11/2022 | CJB | CA | Maintain document control. | 0.30 | 395.00 | $118.50 |
| 01/12/2022 | KKY | CA | Review and revise critical dates | 0.10 | 495.00 | $49.50 |
| 01/12/2022 | MFC | CA | Review updated critical dates memo. | 0.10 | 1195.00 | $119.50 |
| 01/14/2022 | MFC | CA | Call with S. Maizel and T. Moyron re various open case issues. | 0.30 | 1195.00 | $358.50 |
| 01/18/2022 | MFC | CA | EMails with Dentons re ECF issues. | 0.10 | 1195.00 | $119.50 |
| 01/19/2022 | CJB | CA | Maintain document control. | 0.30 | 395.00 | $118.50 |
| 01/21/2022 | CJB | CA | Maintain document control. | 0.80 | 395.00 | $316.00 |
| 01/21/2022 | KSN | CA | Maintain document control. | 0.20 | 395.00 | $79.00 |
| 01/24/2022 | MFC | CA | Review upcoming deadlines | 0.10 | 1195.00 | $119.50 |
| 01/24/2022 | KSN | CA | Maintain document control. | 0.10 | 395.00 | $39.50 |

Pachulski Stang Ziehl & Jones LLP                                              Page:     7
Agspring Mississippi Region LL                                                 Invoice 129880
01213    - 00001                                                               January 31, 2022

|            |     |     |                                                              | Hours | Rate    | Amount    |
|------------|-----|-----|--------------------------------------------------------------|-------|---------|-----------|
| 01/26/2022 | CJB | CA  | Maintain document control.                                   | 0.30  | 395.00  | $118.50   |
| 01/26/2022 | KSN | CA  | Maintain document control.                                   | 0.10  | 395.00  | $39.50    |
| 01/27/2022 | KKY | CA  | Review and revise critical dates                             | 0.40  | 495.00  | $198.00   |
| 01/28/2022 | KKY | CA  | Review and revise critical dates                             | 0.10  | 495.00  | $49.50    |
| 01/28/2022 | MFC | CA  | Review and edit draft weekly critical dates memo.            | 0.10  | 1195.00 | $119.50   |
|            |     |     |                                                              | **4.70** |         | **$2,656.50** |

### Claims Admin/Objections[B310]

|            |     |    |                                          | Hours | Rate    | Amount  |
|------------|-----|----|------------------------------------------|-------|---------|---------|
| 01/18/2022 | MFC | CO | Emails with Dentons re bar date motion.  | 0.20  | 1195.00 | $239.00 |
|            |     |    |                                          | **0.20** |         | **$239.00** |

### Comp. of Prof./Others

|            |     |     |                                                                                                                                       | Hours | Rate    | Amount  |
|------------|-----|-----|---------------------------------------------------------------------------------------------------------------------------------------|-------|---------|---------|
| 01/07/2022 | MFC | CPO | Emails with Faegre re fee app issues.                                                                                                 | 0.10  | 1195.00 | $119.50 |
| 01/12/2022 | KKY | CPO | File (.1) and prepare for filing (.1) certification of no objection re 2nd fee app of Faegre Drinker for November 2021                | 0.20  | 495.00  | $99.00  |
| 01/12/2022 | MFC | CPO | Emails with Faegre and K. Yee re filing of CNO (.1); review and finalize CNO for filing (.1)                                          | 0.20  | 1195.00 | $239.00 |
| 01/14/2022 | KKY | CPO | Prepare for filing and service 1st interim fee app of Faegre Drinker for 9/10/21-11/30/21                                             | 0.30  | 495.00  | $148.50 |
| 01/14/2022 | MFC | CPO | Attention to Faegre quarterly fee app issues (.5); emails with Faegre, Dentons and LDJ re same (.2); revise and finalize for filing (.1). | 0.80  | 1195.00 | $956.00 |
| 01/14/2022 | MFC | CPO | Emails with Dentons re Dentons' quarterly fee application.                                                                            | 0.10  | 1195.00 | $119.50 |
| 01/19/2022 | MFC | CPO | Review and comment to Dentons quarterly fee application (.5); emails with G. Medina re same (.2).                                     | 0.70  | 1195.00 | $836.50 |
| 01/20/2022 | MFC | CPO | Review further revisions and comments to Dentons quarterly fee application.                                                           | 0.30  | 1195.00 | $358.50 |
| 01/20/2022 | MFC | CPO | Review and comment to revised Dentons fee application (.3) emails with G. Medina re same (.1).                                        | 0.40  | 1195.00 | $478.00 |
| 01/21/2022 | MFC | CPO | Multiple emails with Faegre and D. Potts re Faegre monthly fee application.                                                           | 0.30  | 1195.00 | $358.50 |
| 01/24/2022 | MFC | CPO | Finalize Dentons quarterly fee app for filing (.3);                                                                                   | 0.40  | 1195.00 | $478.00 |

Pachulski Stang Ziehl & Jones LLP          Page:    8
Agspring Mississippi Region LL             Invoice 129880
01213    - 00001                           January 31, 2022

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
|  |  |  | emails with D. Potts re filing and service of same (.1). |  |  |  |
|  |  |  |  | 3.80 |  | $4,191.00 |

### Financial Filings [B110]

| Date | Atty | Task | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 01/18/2022 | MFC | FF | EMails re amendment to Schedules. | 0.10 | 1195.00 | $119.50 |
| 01/20/2022 | MFC | FF | EMails re amended schedules to be filed. | 0.10 | 1195.00 | $119.50 |
| 01/21/2022 | MFC | FF | Review amended schedules/SOFA issues. | 0.80 | 1195.00 | $956.00 |
| 01/21/2022 | MFC | FF | Draft notice of amended Schedule/SOFA. | 1.10 | 1195.00 | $1,314.50 |
| 01/21/2022 | MFC | FF | EMails with paralegals re filing and service of amended SOFA. | 0.10 | 1195.00 | $119.50 |
| 01/24/2022 | MFC | FF | EMails with Meru and Dentons re monthly operating reports. | 0.20 | 1195.00 | $239.00 |
| 01/26/2022 | KKY | FF | Prepare for filing monthly operating reports (December 2021) | 0.50 | 495.00 | $247.50 |
| 01/26/2022 | MFC | FF | Review MORs received from Meru (.2) and emails re revisions to and filing of same (.2). | 0.40 | 1195.00 | $478.00 |
|  |  |  |  | 3.30 |  | $3,593.50 |

### Financing [B230]

| Date | Atty | Task | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 01/04/2022 | MFC | FN | Emails with Lenders' counsel re time line issues. | 0.10 | 1195.00 | $119.50 |
| 01/06/2022 | MBL | FN | Review lender comments to challenge stip and propose revisions (0.4); emails with lender counsel re same (0.1). | 0.50 | 1275.00 | $637.50 |
| 01/07/2022 | MBL | FN | Emails with lender counsel re challenge extension and status. | 0.20 | 1275.00 | $255.00 |
| 01/10/2022 | MFC | FN | Emails re cash collateral budget for filing. | 0.10 | 1195.00 | $119.50 |
| 01/10/2022 | MBL | FN | Address lender inquiry re budget; review draft notice and follow-up emails with co-counsel re same. | 0.20 | 1275.00 | $255.00 |
| 01/11/2022 | KKY | FN | Draft (.1), file (.1), and prepare for filing (.1) certificate of service for notice of filing of amended budget | 0.30 | 495.00 | $148.50 |
| 01/11/2022 | KKY | FN | File (.1), serve (.1), and prepare for filing and service (.2) notice of filing of amended budget | 0.40 | 495.00 | $198.00 |
| 01/11/2022 | MFC | FN | Emails re budget. | 0.10 | 1195.00 | $119.50 |

Pachulski Stang Ziehl & Jones LLP  Page:     9
Agspring Mississippi Region LL  Invoice 129880
01213    - 00001  January 31, 2022

|            |     |    |                                                                                                               | Hours | Rate    | Amount     |
|------------|-----|----|---------------------------------------------------------------------------------------------------------------|-------|---------|------------|
| 01/11/2022 | MFC | FN | Revise and finalize notice of filing of amended budget.                                                       | 0.20  | 1195.00 | $239.00    |
| 01/11/2022 | MBL | FN | Attention to final budget; emails with team and lender counsel; coordinate filing under notice.               | 0.20  | 1275.00 | $255.00    |
| 01/27/2022 | DMB | FN | Corr from MBL re funding                                                                                      | 0.10  | 1395.00 | $139.50    |
| 01/27/2022 | MFC | FN | Emails re updated DIP budget.                                                                                 | 0.10  | 1195.00 | $119.50    |
|            |     |    |                                                                                                               | **2.50** |      | **$2,605.50** |

### Plan & Disclosure Stmt. [B320]

|            |     |    |                                                                                                                         | Hours | Rate    | Amount    |
|------------|-----|----|-------------------------------------------------------------------------------------------------------------------------|-------|---------|-----------|
| 01/03/2022 | MFC | PD | Revise and finalize exclusivity motion.                                                                                 | 0.90  | 1195.00 | $1,075.50 |
| 01/03/2022 | MFC | PD | Emails to/from K. Yee re filing and service of exclusivity motion.                                                      | 0.10  | 1195.00 | $119.50   |
| 01/03/2022 | MFC | PD | Emails from/to Dentons re exclusivity motion.                                                                           | 0.10  | 1195.00 | $119.50   |
| 01/03/2022 | MFC | PD | Call with T. Moyron re exclusivity motion and open case issues.                                                         | 0.20  | 1195.00 | $239.00   |
| 01/03/2022 | MFC | PD | Emails from/to lenders re exclusivity motion.                                                                           | 0.10  | 1195.00 | $119.50   |
| 01/11/2022 | DMB | PD | Call with LDJ re plan issue                                                                                             | 0.20  | 1395.00 | $279.00   |
| 01/12/2022 | MFC | PD | Review plan settlement term sheet.                                                                                      | 0.10  | 1195.00 | $119.50   |
| 01/13/2022 | LDJ | PD | Correspondence with Tania Moyron re: plan precedent                                                                     | 0.30  | 1575.00 | $472.50   |
| 01/25/2022 | KKY | PD | Draft (.1) certification of no objection re exclusivity extension motion; and prepare (.1) order re same                | 0.20  | 495.00  | $99.00    |
| 01/25/2022 | MFC | PD | Emails with K. Yee re CNO for exclusivity motion.                                                                       | 0.10  | 1195.00 | $119.50   |
| 01/26/2022 | KKY | PD | File (.1) and prepare for filing (.1) certification of no objection re exclusivity extension motion                     | 0.20  | 495.00  | $99.00    |
| 01/26/2022 | KKY | PD | Upload order (.1) and prepare for uploading same (.1) re exclusivity extension order                                    | 0.20  | 495.00  | $99.00    |
| 01/26/2022 | MFC | PD | Review draft CNO for exclusivity motion.                                                                                | 0.10  | 1195.00 | $119.50   |
| 01/28/2022 | KKY | PD | Draft (.1), file (.1), and prepare for filing (.1) certificate of service for [signed] exclusivity extension order      | 0.30  | 495.00  | $148.50   |
| 01/28/2022 | KKY | PD | Serve [signed] exclusivity extension order                                                                              | 0.10  | 495.00  | $49.50    |
|            |     |    |                                                                                                                         | **3.20** |      | **$3,278.00** |

Pachulski Stang Ziehl & Jones LLP                                                Page:    10
Agspring Mississippi Region LL                                                   Invoice 129880
01213    - 00001                                                                 January 31, 2022

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|

**Ret. of Prof./Other**

| 01/13/2022 | MFC | RPO | Consideration of litigation local counsel retention issues. | 0.60 | 1195.00 | $717.00 |
| 01/19/2022 | MFC | RPO | Review and comment to draft application to retain Louisiana local counsel. | 0.40 | 1195.00 | $478.00 |
|  |  |  |  | **1.00** |  | **$1,195.00** |

**TOTAL SERVICES FOR THIS MATTER:**                                              **$23,410.00**

| | | | |
|---|---|---|---|
| Pachulski Stang Ziehl & Jones LLP | | | Page:    11 |
| Agspring Mississippi Region LL | | | Invoice 129880 |
| 01213    - 00001 | | | January 31, 2022 |

**Expenses**

| | | | |
|---|---|---|---|
| 01/03/2022 | PO | 01213.00001 :Postage Charges for 01-03-22 | 17.40 |
| 01/03/2022 | RE | ( 1 @0.10 PER PG) | 0.10 |
| 01/03/2022 | RE2 | SCAN/COPY ( 14 @0.10 PER PG) | 1.40 |
| 01/03/2022 | RE2 | SCAN/COPY ( 8 @0.10 PER PG) | 0.80 |
| 01/03/2022 | RE2 | SCAN/COPY ( 16 @0.10 PER PG) | 1.60 |
| 01/03/2022 | RE2 | SCAN/COPY ( 42 @0.10 PER PG) | 4.20 |
| 01/05/2022 | PO | 01213.00001 :Postage Charges for 01-05-22 | 20.40 |
| 01/05/2022 | PO | 01213.00001 :Postage Charges for 01-05-22 | 1.50 |
| 01/05/2022 | RE | ( 1 @0.10 PER PG) | 0.10 |
| 01/05/2022 | RE2 | SCAN/COPY ( 30 @0.10 PER PG) | 3.00 |
| 01/05/2022 | RE2 | SCAN/COPY ( 14 @0.10 PER PG) | 1.40 |
| 01/05/2022 | RE2 | SCAN/COPY ( 14 @0.10 PER PG) | 1.40 |
| 01/06/2022 | FE | 01213.00001 FedEx Charges for 01-06-22 | 19.88 |
| 01/06/2022 | FE | 01213.00001 FedEx Charges for 01-06-22 | 11.89 |
| 01/06/2022 | FE | 01213.00001 FedEx Charges for 01-06-22 | 11.89 |
| 01/06/2022 | FE | 01213.00001 FedEx Charges for 01-06-22 | 33.04 |
| 01/06/2022 | FE | 01213.00001 FedEx Charges for 01-06-22 | 33.43 |
| 01/06/2022 | FE | 01213.00001 FedEx Charges for 01-06-22 | 33.43 |
| 01/06/2022 | FE | 01213.00001 FedEx Charges for 01-06-22 | 33.43 |
| 01/06/2022 | FE | 01213.00001 FedEx Charges for 01-06-22 | 20.27 |
| 01/06/2022 | FE | 01213.00001 FedEx Charges for 01-06-22 | 19.88 |
| 01/06/2022 | FE | 01213.00001 FedEx Charges for 01-06-22 | 20.27 |
| 01/06/2022 | FE | 01213.00001 FedEx Charges for 01-06-22 | 11.89 |
| 01/06/2022 | RE | ( 1 @0.10 PER PG) | 0.10 |
| 01/06/2022 | RE2 | SCAN/COPY ( 5 @0.10 PER PG) | 0.50 |
| 01/06/2022 | RE2 | SCAN/COPY ( 18 @0.10 PER PG) | 1.80 |
| 01/06/2022 | RE2 | SCAN/COPY ( 30 @0.10 PER PG) | 3.00 |
| 01/06/2022 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 01/07/2022 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 01/07/2022 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 01/07/2022 | RE2 | SCAN/COPY ( 4 @0.10 PER PG) | 0.40 |
| 01/07/2022 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |

| | | | |
|---|---|---|---|
| Pachulski Stang Ziehl & Jones LLP | | | Page:    12 |
| Agspring Mississippi Region LL | | | Invoice 129880 |
| 01213    - 00001 | | | January 31, 2022 |

| Date | Code | Description | Amount |
|---|---|---|---|
| 01/07/2022 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 01/07/2022 | RE2 | SCAN/COPY ( 4 @0.10 PER PG) | 0.40 |
| 01/07/2022 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 01/07/2022 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 01/10/2022 | PO | 01213.00001 :Postage Charges for 01-10-22 | 26.40 |
| 01/10/2022 | PO | 01213.00001 :Postage Charges for 01-10-22 | 20.40 |
| 01/10/2022 | RE2 | SCAN/COPY ( 5 @0.10 PER PG) | 0.50 |
| 01/11/2022 | RE | ( 1 @0.10 PER PG) | 0.10 |
| 01/11/2022 | RE | ( 75 @0.10 PER PG) | 7.50 |
| 01/11/2022 | RE | ( 1 @0.10 PER PG) | 0.10 |
| 01/11/2022 | RE | ( 1 @0.10 PER PG) | 0.10 |
| 01/11/2022 | RE2 | SCAN/COPY ( 225 @0.10 PER PG) | 22.50 |
| 01/11/2022 | RE2 | SCAN/COPY ( 7 @0.10 PER PG) | 0.70 |
| 01/11/2022 | RE2 | SCAN/COPY ( 7 @0.10 PER PG) | 0.70 |
| 01/11/2022 | RE2 | SCAN/COPY ( 225 @0.10 PER PG) | 22.50 |
| 01/11/2022 | RE2 | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 01/11/2022 | RE2 | SCAN/COPY ( 15 @0.10 PER PG) | 1.50 |
| 01/11/2022 | RE2 | SCAN/COPY ( 15 @0.10 PER PG) | 1.50 |
| 01/11/2022 | RE2 | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 01/11/2022 | RE2 | SCAN/COPY ( 15 @0.10 PER PG) | 1.50 |
| 01/11/2022 | RE2 | SCAN/COPY ( 15 @0.10 PER PG) | 1.50 |
| 01/11/2022 | RE2 | SCAN/COPY ( 24 @0.10 PER PG) | 2.40 |
| 01/11/2022 | RE2 | SCAN/COPY ( 24 @0.10 PER PG) | 2.40 |
| 01/13/2022 | LN | 01213.00001 Lexis Charges for 01-13-22 | 58.82 |
| 01/13/2022 | RE2 | SCAN/COPY ( 6 @0.10 PER PG) | 0.60 |
| 01/14/2022 | PO | 01213.00001 :Postage Charges for 01-14-22 | 20.40 |
| 01/14/2022 | RE | ( 4 @0.10 PER PG) | 0.40 |
| 01/14/2022 | RE2 | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 01/14/2022 | RE2 | SCAN/COPY ( 45 @0.10 PER PG) | 4.50 |
| 01/14/2022 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 01/14/2022 | RE2 | SCAN/COPY ( 15 @0.10 PER PG) | 1.50 |
| 01/14/2022 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 01/14/2022 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 01/14/2022 | RE2 | SCAN/COPY ( 20 @0.10 PER PG) | 2.00 |

| | | | |
|---|---|---|---:|
| Pachulski Stang Ziehl & Jones LLP | | | Page: 13 |
| Agspring Mississippi Region LL | | | Invoice 129880 |
| 01213   - 00001 | | | January 31, 2022 |

| Date | Code | Description | Amount |
|---|---|---|---:|
| 01/20/2022 | RE2 | SCAN/COPY ( 231 @0.10 PER PG) | 23.10 |
| 01/20/2022 | RE2 | SCAN/COPY ( 231 @0.10 PER PG) | 23.10 |
| 01/20/2022 | RE2 | SCAN/COPY ( 231 @0.10 PER PG) | 23.10 |
| 01/21/2022 | LN | 01213.00001 Lexis Charges for 01-21-22 | 18.31 |
| 01/21/2022 | PO | 01213.00001 :Postage Charges for 01-21-22 | 36.00 |
| 01/21/2022 | RE | ( 3 @0.10 PER PG) | 0.30 |
| 01/21/2022 | RE | ( 1 @0.10 PER PG) | 0.10 |
| 01/21/2022 | RE2 | SCAN/COPY ( 231 @0.10 PER PG) | 23.10 |
| 01/21/2022 | RE2 | SCAN/COPY ( 231 @0.10 PER PG) | 23.10 |
| 01/21/2022 | RE2 | SCAN/COPY ( 231 @0.10 PER PG) | 23.10 |
| 01/21/2022 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 01/21/2022 | RE2 | SCAN/COPY ( 105 @0.10 PER PG) | 10.50 |
| 01/21/2022 | RE2 | SCAN/COPY ( 7 @0.10 PER PG) | 0.70 |
| 01/21/2022 | RE2 | SCAN/COPY ( 15 @0.10 PER PG) | 1.50 |
| 01/22/2022 | RE2 | SCAN/COPY ( 231 @0.10 PER PG) | 23.10 |
| 01/24/2022 | RE | ( 4 @0.10 PER PG) | 0.40 |
| 01/24/2022 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 01/24/2022 | RE2 | SCAN/COPY ( 62 @0.10 PER PG) | 6.20 |
| 01/24/2022 | RE2 | SCAN/COPY ( 28 @0.10 PER PG) | 2.80 |
| 01/24/2022 | RE2 | SCAN/COPY ( 15 @0.10 PER PG) | 1.50 |
| 01/24/2022 | RE2 | SCAN/COPY ( 45 @0.10 PER PG) | 4.50 |
| 01/24/2022 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 01/24/2022 | RE2 | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 01/25/2022 | RE2 | SCAN/COPY ( 422 @0.10 PER PG) | 42.20 |
| 01/26/2022 | RE2 | SCAN/COPY ( 32 @0.10 PER PG) | 3.20 |
| 01/26/2022 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 01/26/2022 | RE2 | SCAN/COPY ( 32 @0.10 PER PG) | 3.20 |
| 01/26/2022 | RE2 | SCAN/COPY ( 52 @0.10 PER PG) | 5.20 |
| 01/26/2022 | RE2 | SCAN/COPY ( 32 @0.10 PER PG) | 3.20 |
| 01/26/2022 | RE2 | SCAN/COPY ( 32 @0.10 PER PG) | 3.20 |
| 01/26/2022 | RE2 | SCAN/COPY ( 14 @0.10 PER PG) | 1.40 |
| 01/28/2022 | PO | 01213.00001 :Postage Charges for 01-28-22 | 20.40 |
| 01/28/2022 | RE | ( 3 @0.10 PER PG) | 0.30 |

| | | | |
|---|---|---|---:|
| Pachulski Stang Ziehl & Jones LLP | | | Page:    14 |
| Agspring Mississippi Region LL | | | Invoice 129880 |
| 01213    - 00001 | | | January 31, 2022 |

| | | | |
|---|---|---|---:|
| 01/28/2022 | RE | ( 30 @0.10 PER PG) | 3.00 |
| 01/28/2022 | RE | ( 4 @0.10 PER PG) | 0.40 |
| 01/28/2022 | RE2 | SCAN/COPY ( 14 @0.10 PER PG) | 1.40 |
| 01/31/2022 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 01/31/2022 | RE2 | SCAN/COPY ( 8 @0.10 PER PG) | 0.80 |
| 01/31/2022 | RE2 | SCAN/COPY ( 14 @0.10 PER PG) | 1.40 |
| 01/31/2022 | PAC | Pacer - Court Research | 15.10 |
| **Total Expenses for this Matter** | | | **$861.73** |

| | |
|---|---|
| Pachulski Stang Ziehl & Jones LLP | Page: 15 |
| Agspring Mississippi Region LL | Invoice 129880 |
| 01213    - 00001 | January 31, 2022 |

## REMITTANCE ADVICE

**Please include this Remittance with your payment**

**For current services rendered through:**    01/31/2022

| | |
|---|---:|
| **Total Fees** | **$23,410.00** |
| **Total Expenses** | 861.73 |
| **Total Due on Current Invoice** | **$24,271.73** |

**Outstanding Balance from prior invoices as of**    01/31/2022    (May not include recent payments)

| A/R Bill Number | Invoice Date | Fees Billed | Expenses Billed | Balance Due |
|---|---|---|---|---|
| 129719 | 12/31/2021 | $35,393.00 | $1,808.75 | $7,078.60 |

**Total Amount Due on Current and Prior Invoices:**    **$31,350.33**