# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AGSPRING MISSISSIPPI REGION, LLC, *et al.*,[1]<br><br>        Debtors. | Chapter 11<br><br>Case No. 21-11238 (CTG)<br><br>Jointly Administered |

## CERTIFICATE OF SERVICE

I, Mary F. Caloway, hereby certify that on the 19th day of April, 2022, I caused a copy of the following document(s) to be served on the individual(s) on the attached service list(s) in the manner indicated:

**Notice of Filing of Fee Application;**

**Fifth Monthly Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP, as Co-Counsel for the Debtors and Debtors in Possession for the Period from January 1, 2022 through January 31, 2022;**

**Declaration of Laura Davis Jones; and**

**Exhibit A**

                                */s/ Mary F. Caloway*
                                Mary F. Caloway (DE Bar No. 3059)

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Agspring Mississippi Region, LLC (9147); Agspring MS 1, LLC (6456); Agspring MS, LLC (2692); Lake Providence Grain and Rice LLC (1986); and Bayou Grain & Chemical Corporation (7831).  The Debtors' mailing address is 5101 College Boulevard, Leawood, KS 66211.

DOCS_DE:238180.6 01213/001

Agspring – Fee App Service List
Case No. 21-11238 (CTG)
Document No. 237104
07 – Electronic Mail

**Email**
(Counsel to the Debtors)
Laura Davis Jones, Esq.
Timothy P. Cairns, Esq.
Mary F. Caloway, Esq.
Pachulski Stang Ziehl & Jones LLP
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE  19899-8705 (Courier 19801)
Email:  ljones@pszjlaw.com; tcairns@pszjlaw.com; mcaloway@pszjlaw.com

**Email**
(Counsel to the Debtors)
Samuel R. Maizel, Esq.
Tania M. Moyron, Esq.
Dentons US LLP
601 S. Figueroa Street, #2500
Los Angeles, CA  90017
Email:  samuel.maizel@dentons.com; tania.moyron@dentons.com

**Email**
(Counsel to the Debtors)
David F. Cook, Esq.
Dentons US LLP
1900 K Street, NW
Washington, DC  20006
Email: david.f.cook@dentons.com

**Email**
(United States Trustee)
David L. Buchbinder, Esq.
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 N. King Street, Suite 2207
Lockbox # 35
Wilmington, DE  19801
Email:  david.l.buchbinder@usdoj.gov

DOCS_DE:237104.1 01213/001