21-11238 Agspring Mississippi Region, LLC

4/25/2022

| First Name | Last Name | Party Representing | Firm Name |
|---|---|---|---|
| Judge | Goldblatt | Court | |
| Miles | Taylor | Bankr. Ct. | |
| Destiney | Parker-Thompson | Court | |
| Catherine | LoTempio | US Bank | Seward & Kissel LLP |
| Mike | Gustafson | Debtors | Faegre Drinker Biddle & Reath |
| Andrée | Cullens | Larry Tubbs, Tubbs Rice Dryers, Inc., Chief Ventures, L.L.C. and Big River Grain, LLC | WALTERS, PAPILLION, THOMAS, CULLENS, LLC |
| Laura Davis | Jones | Debtors | Pachulski Stang Ziehl & Jones LLP |
| Christopher | Simon | Larry Tubbs, Tubbs Rice Dryers, Inc., Chief Ventures, L.L.C. and Big River Grain, LLC | Cross & Simon, LLC |
| Mary | Caloway | Debtors | Pachulski Stang Ziehl & Jones LLP |
| Jason | Madron | LVS II SPE XVIII LLC & HVS V LLC | Richards, Layton & Finger. P.A. |
| Claude | Montgomery | Agspring Mississippi Region LLC, Debtor and Debtor-in-possession | Dentons US LLP |
| David | Buchbinder | United States Trustee | Office of the United States Trustee |
| Michael | Schwarzmann | Lender | |
| Tania | Moyron | Debtors | |
| Samuel | Maizel | Debtors | |
| Malka | Zeefe | Debtors | |
| Kyle | Sturgeon | Debtors' CRO | |
| Gabriel | Mathless | LVS II SPE XVIII LLC and HVS V LLC | MOORE & VAN ALLEN PLLC |
| Steve | Gruendel | LVS II SPE XVIII LLC & HVS V LLC | Moore & VanAllen |
| Becky | Yerak | Wall Street Journal | News Corp |
| David | Cook | Debtors | Dentons US LLP |
| Taylor | Harrison | Debtwire | |
| Demi | Yeager | Court | |
| Gabriel | Mathless | LVS II SPE XVIII LLC & HVS V LLC | Moore & Van Allen |
| Patrick | Holohan | Interested party | Debtwire |
| David | Zubkis | Reorg Research | |