# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>**AGSPRING MISSISSIPPI REGION, LLC**, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 21-11238 (CTG)<br><br>Jointly Administered<br><br>RE: D.I. __349__ |

### ORDER (I) EXTENDING THE DEADLINE BY WHICH THE DEBTORS MUST ASSUME OR REJECT UNEXPIRED LEASES OF NONRESIDENTIAL REAL PROPERTY AND (II) GRANTING RELATED RELIEF

Upon consideration of the motion (the "Motion")[2] of the above-captioned debtors and debtors in possession (the "Debtors") for the entry of an order (a) extending the time within which the Debtors may assume or reject unexpired leases of nonresidential real property and (b) granting related relief, all as more fully set forth in the Motion; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order*; and that this Court may enter a final order consistent with Article III of the United States Constitution; and this Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the Debtors' notice of the Motion and opportunity for a hearing on the Motion were appropriate under the circumstances and no other notice need be provided; and this Court having reviewed

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Agspring Mississippi Region, LLC, a Delaware limited liability company (9147 ); Agspring MS 1, LLC, a Delaware limited liability company (6456 ); Agspring MS, LLC, a Delaware limited liability company (2692 ); Lake Providence Grain and Rice LLC, a Delaware limited liability company (1986); and Bayou Grain & Chemical Corporation (7831), an Arkansas Corporation (1986).  The Debtors' mailing address is 5101 College Boulevard, Leawood, KS 66211.

[2]  Capitalized terms used but not defined herein have the meanings ascribed to them in the Motion.

the Motion and having heard the statements in support of the relief requested therein at any hearing before this Court; and this Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor, it is **HEREBY ORDERED THAT**:

1. The Motion is GRANTED as set forth herein.

2. The period by which the Debtors must assume or reject Unexpired Leases is hereby extended, pursuant to §365(d)(4) of the Bankruptcy Code, through July 7, 2022, without prejudice to the rights of the Debtors to seek additional extensions of the time to assume or reject the Unexpired Leases as contemplated under §365(d)(4)(B)(ii) of the Bankruptcy Code.

3. Notice of the Motion as provided therein shall be deemed good and sufficient notice of such Motion, and the requirements of Bankruptcy Rule 6004(a) and the Local Rules are satisfied by such notice.

4. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

5. The Debtors are authorized to take all actions necessary to effectuate the relief granted in this Order in accordance with the Motion.

6. This Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

Dated: April 25th, 2022  
Wilmington, Delaware

CRAIG T. GOLDBLATT  
UNITED STATES BANKRUPTCY JUDGE

DOCS_DE:238851.2 01213/001