IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AGSPRING MISSISSIPPI REGION, LLC, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 21-11238 (CTG)<br><br>(Jointly Administered) |

**ORDER GRANTING MOTION TO SHORTEN NOTICE WITH RESPECT TO DEBTORS' MOTION PURSUANT TO BANKRUPTCY RULE 9019 AND BANKRUPTCY CODE SECTIONS 363 AND 105(a) FOR APPROVAL OF GLOBAL SETTLEMENT AND RESOLUTION BY AND BETWEEN THE AGSPRING PARTIES AND THE TUBBS PARTIES**

Upon consideration of the motion (the "Motion to Shorten")[2] filed by the above-captioned debtors and debtors in possession (collectively, the "Debtors"), for entry of an order (this "Order") shortening the notice period of the *Debtors' Motion Pursuant to Bankruptcy Rule 9019 and Bankruptcy Code Sections 363 and 105(a) for Approval of Global Settlement and Resolution by and Between the Agspring Parties and the Tubbs Parties* (the "9019 Motion"); and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference from the United States District Court for the District of Delaware*, dated February 29, 2012; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and this Court having found that venue of this proceeding and the Motion to Shorten in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that notice of the Motion to Shorten was appropriate and no other notice

---

[1]   The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Agspring Mississippi Region, LLC (9147); Agspring MS 1, LLC (6456); Agspring MS, LLC (2692); Lake Providence Grain and Rice LLC (1986); and Bayou Grain and Chemical Corporation (7831). The Debtors' mailing address is 5101 College Blvd., Leawood, KS 66211.

[2]   Capitalized terms not defined herein shall have the meaning ascribed to them in the Motion to Shorten.

need be provided; and this Court having reviewed the Motion to Shorten and having determined that the legal and factual bases set forth in the Motion to Shorten, including the representations set forth in paragraph 9 of the Motion to Shorten regarding service of the 9019 Motion, establish just cause for the relief granted herein; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1. The Motion to Shorten is GRANTED.

2. The hearing on the 9019 Motion will be held on **May 10, 2022 at 1:00 p.m. (Eastern Time).**

3. Objections or responses to the 9019 Motion, if any, must be made on or before **May 9, 2022 at 12:00 noon (prevailing Eastern Time).**

4. This Court shall retain jurisdiction to enforce and interpret the provisions of this Order.

**Dated: April 29th, 2022**
**Wilmington, Delaware**

CRAIG T. GOLDBLATT
UNITED STATES BANKRUPTCY JUDGE