# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| AGSPRING MISSISSIPPI REGION, LLC, *et al.*,[1] | Case No. 21-11238 (CTG) |
| Debtors. | (Jointly Administered) |

## NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON MAY 10, 2022 AT 1:00 P.M. (EASTERN TIME)[2]

**ANY PARTY WISHING TO PARTICIPATE IN THE HEARING MUST REGISTER THROUGH ZOOM.**

**Please see below for the connection and registration information regarding the May 10, 2022 hearing. Please Note: All participants must register prior to the hearing at the provided link. The Court is asking all parties to register no later than Monday, 5/9/2022 at 4:00 p.m.**

**Registration Link:**

https://debuscourts.zoomgov.com/meeting/register/vJIsduqhqz4iGBQFm-a34tWHgJMZCAnHM20

**After registering, you will receive a confirmation email containing information about joining.**

**Reminder: Since the audio will be provided by Zoom, CourtCall will not be used.**

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Agspring Mississippi Region, LLC (9147); Agspring MS 1, LLC (6456); Agspring MS, LLC (2692); Lake Providence Grain and Rice LLC (1986); and Bayou Grain & Chemical Corporation (7831). The Debtors' mailing address is 5101 College Boulevard, Leawood, KS 66211.

[2] This agenda contains hyperlinks to filed documents pursuant to the Court's Interim Order re: Cessation of Hand Deliveries, dated March 13, 2020. Parties may access the filed documents through the hyperlink for a fee through the Court's website at www.deb.uscourts.gov.

**MATTER GOING FORWARD**

1.  **9019 Motion** – Debtors' Motion for Approval of Global Settlement and Resolution By and Between the Agspring Parties and the Tubbs Parties Pursuant to Bankruptcy Rule 9019 and Bankruptcy Code Sections 363 and 105(a) [Filed: 4/28/22] (Docket No. 376).

    Response Deadline:    May 9, 2022 at 12:00 p.m. (noon) Eastern Time.

    Responses Received:  None as of the date hereof.

    Related Documents:

    a)  Motion to Shorten Notice with Respect to Debtors' Motion Pursuant to Bankruptcy Rule 9019 and Bankruptcy Code Sections 363 and 105(a) for Approval of Global Settlement and Resolution By and Between the Agspring Parties and the Tubbs Parties [Filed: 4/29/22] (Docket No. 377).

    b)  [Signed] Order Granting Motion to Shorten Notice with Respect to Debtors' Motion Pursuant to Bankruptcy Rule 9019 and Bankruptcy Code Sections 363 and 105(a) for Approval of Global Settlement and Resolution By and Between the Agspring Parties and the Tubbs Parties [Filed: 4/29/22] (Docket No. 378).

    Status:  This matter will go forward.  If no objections to the 9019 Motion are filed prior to the objection deadline, the Debtors will file a Certificate of No Objection prior to the hearing.

*[Remainder of Page Intentionally Left Blank]*

Dated: May 6, 2022            **PACHULSKI STANG ZIEHL & JONES LLP**

                                                 */s/ Mary F. Caloway*
                                                 Laura Davis Jones (DE Bar No. 2436)
Timothy P. Cairns (Bar No. 4228)
Mary F. Caloway (DE Bar No. 3059)
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE  19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile:  (302) 652-4400
Email:  ljones@pszjlaw.com
        tcairns@pszjlaw.com
        mcaloway@pszjlaw.com

-and-

**DENTONS US LLP**

Samuel R. Maizel (admitted *pro hac vice*)
Tania M. Moyron (admitted *pro hac vice*)
Malka S. Zeefe (*pro hac vice* pending)
601 S. Figueroa Street #2500
Los Angeles, CA  90017
Telephone:  (213) 623-9300
Email:  samuel.maizel@dentons.com
        tania.moyron@dentons.com
        malka.zeefe@dentons.com

-and-

**DENTONS US LLP**

David F. Cook (Bar Number 006352)
1900 K Street, NW
Washington, DC  20006
Telephone:  (202) 496-7500
Email:  david.f.cook@dentons.com

*Counsel for Debtors and Debtors in Possession*