# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>**AGSPRING MISSISSIPPI REGION, LLC, *et al.*,**[1]<br><br>　　　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 21-11238 (CTG)<br><br>Jointly Administered<br><br>Re: Docket No. 376 |

## ORDER GRANTING DEBTORS' MOTION
## FOR APPROVAL OF GLOBAL SETTLEMENT AND RESOLUTION BY AND BETWEEN THE AGSPRING PARTIES AND THE TUBBS PARTIES PURSUANT TO BANKRUPTCY RULE 9019 AND BANKRUPTCY CODE SECTIONS 363 AND 105(a)

Upon consideration of the *Debtors' Motion Pursuant to Bankruptcy Rule 9019 and Bankruptcy Code Sections 363 and 105(a) for Approval of Global Settlement and Resolution by and between the Agspring Parties, and the Tubbs Parties*, dated April 28, 2022 (the "Motion");[2] and the Court finding that: (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 1334 and 157; (b) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); (c) notice of the Motion and the hearing was sufficient and proper; and (d) the legal and factual bases set forth in the Motion establish just cause for the relief granted herein;

**IT IS HEREBY ORDERED THAT:**

1.　　The Motion is **GRANTED**.

2.　　Pursuant to Bankruptcy Rule 9019, and sections 363 and 105(a) of the Bankruptcy Code, the Settlement Agreement, in the form attached to the Motion as **Exhibit B** thereto, is approved in its entirety and is incorporated herein by reference.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Agspring Mississippi Region, LLC (9147); Agspring MS 1, LLC (6456); Agspring MS, LLC (2692); Lake Providence Grain and Rice LLC (1986); and Bayou Grain & Chemical Corporation (7831). The Debtors' mailing address is 5101 College Boulevard, Leawood, KS 66211.

[2] A capitalized term used but not defined herein shall have the same meaning ascribed to it in the Motion.

3. The Agspring Parties and the Tubbs Parties are hereby authorized to take any and all actions necessary to effectuate the terms of this Order and the Settlement Agreement. These actions include, without limitation, the transfer and conveyance of the Tubbs Properties to the Tubbs Parties, free and clear of any and all liens, claims and encumbrances. The Tubbs Properties comprises all of the real (immovable) property mortgaged by Agspring Mississippi Region, LLC to Larry G. Tubbs, Tubbs Rice Dryers, Inc., Chief Ventures, L.L.C., and Big River Grain, LLC, together with all personal property located at or on such real property. Such real property is described in the following instruments: (a) that certain Mortgage, Security Agreement and Assignment of Leases and Rents dated as of June 26, 2013, passed before Anne Yoesting, Notary Public for the State of Kansas, and recorded in the mortgage records of West Carroll Parish in Mortgage Book 254, Page 787, Date Reg. No. 245116; (b) that certain Mortgage, Security Agreement and Assignment of Leases and Rents dated as of September 6, 2013, passed before Anne Yoesting, Notary Public for the State of Kansas, and recorded in the mortgage records of West Carroll Parish in Mortgage Book 256, Page 25, Date Reg. No. 245613, and recorded in the mortgage records of Morehouse Parish in Mortgage Book 710, Page 172, File No. 238110; and (c) that certain Mortgage, Security Agreement and Assignment of Leases and Rents dated as of February 1, 2014, passed before Anne Yoesting, Notary Public for the State of Kansas, and recorded in the mortgage records of East Carroll Parish in Mortgage Book 220, Page 192, Reg. No. 89267.

4. Pursuant to Section 18.04 of that certain unexpired lease between Agspring Mississippi Region, LLC, Lake Providence Grain and Rice, LLC, Bayou Grain & Chemical Corporation, and Consolidated Grain and Barge, Co entered into as of June 14, 2019 at 11:59 (the "CGB Tubbs Lease"), the CGB Tubbs Lease automatically terminates as of the execution of

the transfer of the Tubbs Properties to the Tubbs Parties and any rights, including any of first refusal, contained therein are terminated, waived and forever barred from being enforced and, further, that the right of first refusal contained therein is not triggered by the Tubbs Properties Transfer;

5. The stay of this Order provided by any Bankruptcy Rule (including, without limitation, Bankruptcy Rule 6004), whether for fourteen (14) days or otherwise, is hereby modified such that this Order shall become effective and enforceable at 4:00 p.m. on May 12, 2022.

6. The Tubbs Parties are recognized as good faith purchasers, entitled to the protections of Bankruptcy Code Section 363(m).

7. This Court shall retain jurisdiction with respect to all disputes and matters arising from or related to the implementation or interpretation of this Order and the Settlement Agreement.

Dated: May 10th, 2022
Wilmington, Delaware

**CRAIG T. GOLDBLATT**
**UNITED STATES BANKRUPTCY JUDGE**