21-11238 Agspring Mississippi Region, LLC
5/10/2022

| First Name | Last Name | Party Representing | Firm Name |
|---|---|---|---|
| Judge | Goldblatt | Court | |
| Miles | Taylor | Bankr. Ct. | |
| Kyle | Sturgeon | Debtor CRO | Meru |
| David | Buchbinder | United States Trustee | Office of the United States Trustee |
| Mike | Gustafson | Debtors | Faegre Drinker Biddle & Reath LLP |
| Thomas | Swarek | Thomas Swarek | |
| Christopher | Simon | Larry Tubbs, Tubbs Rice Dryers, Inc., Chief Ventures, L.L.C. and Big River Grain, LLC | Cross & Simon, LLC |
| Andrée | Cullens | Larry Tubbs, Tubbs Rice Dryers, Inc., Chief Ventures, L.L.C. and Big River Grain, LLC | WALTERS, PAPILLION, THOMAS, CULLENS, LLC |
| Shawn | Fox | Barings | McGuireWoods LLP |
| Adam | Cohen | Agspring | MERU |
| Stephen | Gruendel | U.S. Bank National Association | Moore&VanAllen |
| Gabriel | Mathless | U.S. Bank National Association | Moore&VanAllen |
| Jason | Madron | U.S. Bank National Association | Richards, Layton & Finger, P.A. |
| Claude | Montgomery | Agspring Mississippi Region LLP Debtor | Dentons US LLP |
| Todd | Ruskamp | Brad Clark and Randall Linville | Shook, Hardy & Bacon L.L.P. |
| Becky | Yerak | Wall Street Journal | News Corp |
| michael | schwarzmann | Term Lender | |
| Laura | Davis Jones | Debtors | Pachulski Stang Ziehl & Jones |
| Mary | Caloway | Debtors | Pachulski Stang Ziehl & Jones |
| Samuel | Maizel | Debtors | Dentons |
| Tania | Moyron | Debtor | Dentons |
| Catherine | LoTempio | U.S. Bank | Seward & Kissel, LLP |
| David | Zubkis | Reorg Research | |
| Taylor | Harrison | Debtwire | |
| Destiney | Parker-Thompson | Court | |