# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AGSPRING MISSISSIPPI REGION, LLC, *et al.*[1],<br><br>Debtors. | Chapter 11<br><br>Case No. 21-11238 (CTG)<br><br>(Jointly Administered)<br><br>**Re: Docket No. 350** |

### NOTICE OF WITHDRAWAL OF OBJECTION OF LARRY TUBBS, TUBBS RICE DRYERS, INC., CHIEF VENTURES, L.L.C. AND BIG RIVER GRAIN, LLC TO (I) THE DISCLOSURES IN THE PLAN PROPONENTS' COMBINED DISCLOSURE STATEMENT AND JOINT PLAN OF LIQUIDATION PURSUANT TO CHAPTER 11 OF THE BANKRUPTCY CODE, AND (II) THE <u>SOLICITATION PACKAGES, PROCEDURES, AND BALLOTS</u>

PLEASE TAKE NOTICE that pursuant to the Order Granting Debtors' Motion for Approval of Global Settlement and Resolution by and Between the Agspring Parties and the Tubbs Parties Pursuant to Bankruptcy Rule 9019 and Bankruptcy Code Sections 363 and 105(a) entered on May 10, 2022 [D.I. 385], Larry Tubbs, Tubbs Rice Dryers, Inc., Chief Ventures, L.L.C. and Big River Grain, LLC, by their undersigned attorneys, hereby withdraw, with prejudice, the *Objection of Larry Tubbs, Tubbs Rice Dryers, Inc., Chief Ventures, L.L.C. and Big River Grain, LLC to (I) the Disclosures in the Plan Proponents' Combined Disclosure Statement and Joint Plan of Liquidation Pursuant to Chapter 11 of the Bankruptcy Code, and (II) the Solicitation Packages, Procedures, and Ballots* [D.I. 350] filed on April 11, 2022 in the above-captioned cases.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Agspring Mississippi Region, LLC (9147); Agspring MS 1, LLC (6456); Agspring MS, LLC (2692); Lake Providence Grain and Rice LLC (1986); and Bayou Grain & Chemical Corporation (7831). The Debtors' mailing address is 5101 College Boulevard, Leawood, KS 66211.

| | |
|---|---|
| Dated: May 16, 2022 | CROSS & SIMON, LLC |
| | |
| | */s/ Christopher P. Simon* |
| | Michael L. Vild (No. 3042) |
| | Christopher P. Simon (No. 3697) |
| | 1105 North Market Street, Suite 901 |
| | Wilmington, Delaware 19801 |
| | (302) 777-4200 (Telephone) |
| | (302) 777-4224 (Facsimile) |
| | mvild@crosslaw.com |
| | csimon@crosslaw.com |
| | |
| | - and - |
| | |
| | J. E. Cullens, Jr., Esquire |
| | Andrée M. Cullens, Esquire |
| | WALTERS, PAPILLION, THOMAS, CULLENS, LLC |
| | 12345 Perkins Road, Bldg. 1 |
| | Baton Rouge, LA 70810 |
| | Telephone: (225) 236-3636 |
| | Facsimile: (225) 236-3650 |
| | cullens@lawbr.net |
| | acullens@lawbr.net |
| | |
| | - and - |
| | |
| | Paul M. Sterbcow, Esquire |
| | LEWIS, KULLMAN, STERBCOW & ABRAMSON, LLC |
| | 601 Poydras Street, Suite 2615 |
| | New Orleans, LA 70130 |
| | Telephone: (504)588-1500 |
| | sterbcow@lksalaw.com |
| | |
| | *Counsel for Larry Tubbs, Tubbs Rice Dryers, Inc., Chief Ventures, L.L.C. and Big River Grain, LLC* |