**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>AGSPRING MISSISSIPPI REGION, LLC, *et al.*,[1]<br><br>　　　　　　Debtors. | Chapter 11<br><br>Case No. 21-11238 (CTG)<br><br>(Jointly Administered)<br><br>**Re: Docket No. 382** |

**ORDER GRANTING FIRST AND FINAL APPLICATION OF PIPER SANDLER & CO. FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES AS INVESTMENT BANKER TO THE DEBTORS FOR THE PERIOD FROM SEPTEMBER 10, 2021 THROUGH AND INCLUDING NOVEMBER 4, 2021**

Piper Sandler & Co. ("Piper Sandler"), as investment banker for the above captioned debtors and debtors in possession (the "Debtors"), filed its *First and Final Application of Piper Sandler & Co. for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Investment Banker to the Debtors for the Period from September 10, 2021 Through and Including November 4, 2021* (the "Application") [Docket No. 382]. The Court has reviewed the Application and finds that: (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (b) notice of the Application, and any hearing on the Application, was adequate under the circumstances; and (c) all persons with standing have been afforded the opportunity to be heard on the Application. Accordingly, it is hereby

　　　　ORDERED, that the Application is GRANTED, on a final basis; and it is further

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Agspring Mississippi Region, LLC (9147); Agspring MS 1, LLC (6456); Agspring MS, LLC (2692); Lake Providence Grain and Rice LLC (1986); and Bayou Grain & Chemical Corporation (7831). The Debtors' mailing address is 5101 College Boulevard, Leawood, KS 66211.

ORDERED, that the Debtors are shall pay to Piper Sandler (i) the Transaction Fee of $305,000.00, plus reimbursement of actual and necessary expenses in the amount of $10,191.00 for services rendered and expenses incurred by Piper Sandler for the period September 10, 2021 through and including November 4, 2021; and it is further

ORDERED, that the Debtors are authorized to take any and all actions necessary or appropriate to effectuate the relief granted pursuant to this Order; and it is further

ORDERED, that the Court shall retain jurisdiction with respect to any matters, claims, rights, or disputes arising from or relating to this Order.

**Dated: May 26th, 2022**
**Wilmington, Delaware**

**CRAIG T. GOLDBLATT**
**UNITED STATES BANKRUPTCY JUDGE**