IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AGSPRING MISSISSIPPI REGION, LLC, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 21-11238 (CTG)<br><br>Jointly Administered<br><br>**Ref. D.I. 362** |

## ORDER GRANTING SECOND INTERIM FEE APPLICATION OF FAEGRE DRINKER BIDDLE & REATH LLP

Faegre Drinker Biddle & Reath LLP ("Faegre Drinker"), as special corporate counsel for the Debtors and Debtors in Possession (the "Debtors) in the above-captioned cases, filed its Second Interim Fee Application for the Period from December 1, 2021 through February 28, 2022 [D.I. 362] (the "Second Interim Application"). The Court has reviewed the Second Interim Application and finds that: (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (b) notice of the Second Interim Application, and any hearing on the Second Interim Application, was adequate under the circumstances; and (c) all person with standing have been afforded the opportunity to be heard on the Second Interim Application. Accordingly, it is hereby:

ORDERED that the Second Interim Application is APPROVED, on an interim basis, and all fees and expenses requested in the Second Interim Application are allowed on an interim basis. The Debtors in the above cases shall pay to Faegre Drinker the sum of $157,839.50 as compensation for fees and $261.50 as reimbursement of expenses, for a total of $158,101.00 for services rendered and disbursements incurred by Faegre Drinker for the period December 1,

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Agspring Mississippi Region, LLC (9147); Agspring MS 1, LLC (6456); Agspring MS, LLC (2692); Lake Providence Grain and Rice LLC (1986); and Bayou Grain & Chemical Corporation (7831). The Debtors' mailing address is 5101 College Boulevard, Leawood, KS 66211.

2021 through February 28, 2022, less any amounts previously paid in connection with any monthly fee applications.

ORDERED that this Court shall retain jurisdiction with respect to all matters arising from or related to implementation, interpretation, and enforcement of this Order.

**Dated: May 26th, 2022**
**Wilmington, Delaware**

**CRAIG T. GOLDBLATT**
**UNITED STATES BANKRUPTCY JUDGE**