IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> AGSPRING MISSISSIPPI REGION, LLC, *et al.*,[4] <br> Debtors. | Chapter 11 <br><br> Case No. 21-11238 (CTG) <br><br> (Jointly Administered) <br><br> **Objection Deadline: July 1, 2022 at 4:00 p.m. (ET)** <br><br> **Hearing Date: July 7, 2022 at 1:00 p.m. (ET)** |

### NOTICE OF FIRST INTERIM FEE APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF NEUNERPATE, AS LOUISIANA LOCAL COUNSEL FOR THE DEBTORS AND DEBTORS IN POSSESSION FOR THE PERIOD FROM NOVEMBER 1, 2021, THROUGH FEBRUARY 28, 2022

**PLEASE TAKE NOTICE** that NeunerPate, as Louisiana local counsel for the debtors and debtors in possession (the "Debtors") in the above-captioned case, has filed its *First Interim Fee Application for Compensation and Reimbursement of Expenses of NeunerPate, as counsel for the Debtors and Debtors in Possession for the Period From November 1, 2021 Through February 28, 2022* (the "Application") seeking compensation of fees in the amount of $9,510.00 and reimbursement of actual and necessary expenses in the amount of $176.21 for a total allowance of $9,686.21 for the period from November 1, 2021 through February 28, 2022.

**PLEASE TAKE FURTHER NOTICE** that that a hearing to consider approval and allowance of the Application will be held on **July 7, 2022 at 1:00 p.m. prevailing Eastern Time**,

---

[4] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Agspring Mississippi Region, LLC (9147); Agspring MS 1, LLC (6456); Agspring MS, LLC (2692); Lake Providence Grain and Rice LLC (1986); and Bayou Grain and Chemical Corporation (7831). The Debtors' mailing address is 5101 College Blvd., Leawood, KS 66211.

US_ACTIVE\121265593\V-6

before the Honorable Craig T. Goldblatt, United States Bankruptcy Judge, at the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 3rd Floor, Courtroom No. 7, Wilmington, Delaware 19801.

**PLEASE TAKE FURTHER NOTICE** that any objection or response to the Application must be made in writing and be filed with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"), 824 N. Market Street, 3rd Floor, Wilmington, Delaware 19801, on or before **July 1, 2022 at 4:00 p.m. prevailing Eastern Time**.

**PLEASE TAKE FURTHER NOTICE** that at the same time, you must also serve a copy of the objection or response, if any, upon the following: (i) counsel for the Debtors:  (a) Dentons US LLP, 601 S. Figueroa Street, #2500, Los Angeles, CA 90017 (Attn: Samuel Maizel, samuel.maizel@dentons.com, Tania M. Moyron, tania.moyron@dentons.com, and David F. Cook, david.f.cook@dentons.com); (b) Pachulski Stang Ziehl & Jones LLP, 919 North Market Street, 17th Floor, Wilmington, Delaware 19801, (Attn: Laura Davis Jones, ljones@pszjlaw.com, and Mary Caloway, mcaloway@pszjlaw.com); and (c) NeunerPate, 1001 West Pinhook Road, Suite 200, Lafayette, LA 70503 (Attn:  Jeffrey Coreil, jcoreil@neunerpate.com and Melinda Herbert, mherbert@neunerpate.com); and (ii) the Office of the United States Trustee for the District of Delaware, 844 King Street, Suite 2207, Lockbox 35, Wilmington, Delaware 19801, (Attn: David Buchbinder, david.l.buchbinder@usdoj.gov).

**PLEASE TAKE FURTHER NOTICE** THAT IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE APPLICATION WITHOUT FURTHER NOTICE OR HEARING.

| | |
|---|---|
| Dated: June 10, 2022<br>Wilmington, Delaware | **PACHULSKI STANG ZIEHL & JONES LLP**<br><br>*/s/ Laura Davis Jones*<br>Laura Davis Jones (DE Bar No. 2436)<br>919 North Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, Delaware 19899 (Courier 19801)<br>Telephone: (302) 652-4100<br>Facsimile: (302) 652-4400<br>Email: ljones@pszjlaw.com<br><br>-and -<br><br>**DENTONS US LLP**<br><br>Samuel R. Maizel (Admitted Pro Hac Vice)<br>Tania M. Moyron (Admitted Pro Hac Vice)<br>601 S. Figueroa Street #2500<br>Los Angeles, CA 90017<br>Telephone: (213) 623-9300<br>Email: samuel.maizel@dentons.com<br>tania.moyron@dentons.com<br><br>-and-<br><br>**DENTONS US LLP**<br><br>David F. Cook (Bar Number 006352)<br>1900 K Street, NW<br>Washington, DC 20006<br>Telephone: (202) 496-7500<br>Email: david.f.cook@dentons.com<br><br>*Counsel for Debtors and Debtors in Possession* |