# UNITED STATES BANKRUPTCY COURT

### DISTRICT OF   DELAWARE

In Re. Agspring Mississippi Region, LLC | § | Case No.  21-11238
| § |
_____ | § | Lead Case No.  21-11238
Debtor(s) | § |
| | ☒ Jointly Administered

# Monthly Operating Report

Chapter 11

Reporting Period Ended: 05/31/2022          Petition Date: 09/10/2021

Months Pending: 9          Industry Classification: 4 9 3 1

Reporting Method:          Accrual Basis ◉          Cash Basis ○

Debtor's Full-Time Employees (current):          0

Debtor's Full-Time Employees (as of date of order for relief):          0

## Supporting  Documentation  (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

☒    Statement of cash receipts and disbursements
☐    Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
☐    Statement of operations (profit or loss statement)
☐    Accounts receivable aging
☐    Postpetition liabilities aging
☐    Statement of capital assets
☐    Schedule of payments to professionals
☐    Schedule of payments to insiders
☒    All bank statements and bank reconciliations for the reporting period
☐    Description of the assets sold or transferred and the terms of the sale or transfer

/s/ Kyle Sturgeon                          Kyle Sturgeon
_____          _____
Signature of Responsible Party          Printed Name of Responsible Party

06/20/2022
_____
Date                          1175 Peachtree Street NE, Building 100, Suite 1000,
                          Atlanta, GA 30361
                          Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

Debtor's Name  Agspring Mississippi Region, LLC

Case No.  21-11238

| Part 1: Cash Receipts and Disbursements | Current Month | Cumulative |
|---|---|---|
| a. Cash balance beginning of month | $7,117,458 | |
| b. Total receipts (net of transfers between accounts) | $5,105 | $20,328,450 |
| c. Total disbursements (net of transfers between accounts) | $1,811,326 | $15,149,085 |
| d. Cash balance end of month (a+b-c) | $5,311,237 | |
| e. Disbursements made by third party for the benefit of the estate | $0 | $1,726,881 |
| f. Total disbursements for quarterly fee calculation (c+e) | $1,811,326 | $16,875,966 |

| Part 2:  Asset and Liability Status<br>(Not generally applicable to Individual Debtors. See Instructions.) | Current Month | |
|---|---|---|
| a. Accounts receivable (total net of allowance) | $0 | |
| b. Accounts receivable over 90 days outstanding (net of allowance) | $0 | |
| c. Inventory    (Book ◯   Market ◯   Other ◉   (attach explanation)) | $0 | |
| d  Total current assets | $0 | |
| e. Total assets | $0 | |
| f. Postpetition payables (excluding taxes) | $0 | |
| g. Postpetition payables past due (excluding taxes) | $0 | |
| h. Postpetition taxes payable | $0 | |
| i. Postpetition taxes past due | $0 | |
| j. Total postpetition debt (f+h) | $0 | |
| k. Prepetition secured debt | $0 | |
| l. Prepetition priority debt | $0 | |
| m. Prepetition unsecured debt | $0 | |
| n. Total liabilities (debt) (j+k+l+m) | $0 | |
| o. Ending equity/net worth (e-n) | $0 | |

| Part 3:  Assets Sold or Transferred | Current Month | Cumulative |
|---|---|---|
| a. Total cash sales price for assets sold/transferred outside the ordinary course of business | $0 | $25,916,801 |
| b. Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | $0 | $7,218,377 |
| c. Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | $0 | $18,698,424 |

| Part 4:  Income Statement (Statement of Operations)<br>(Not generally applicable to Individual Debtors. See Instructions.) | Current Month | Cumulative |
|---|---|---|
| a. Gross income/sales (net of returns and allowances) | $0 | |
| b. Cost of goods sold (inclusive of depreciation, if applicable) | $0 | |
| c. Gross profit (a-b) | $0 | |
| d. Selling expenses | $0 | |
| e. General and administrative expenses | $0 | |
| f. Other expenses | $0 | |
| g. Depreciation and/or amortization (not included in 4b) | $0 | |
| h. Interest | $0 | |
| i. Taxes (local, state, and federal) | $0 | |
| j. Reorganization items | $0 | |
| k. Profit (loss) | $0 | $0 |

Debtor's Name Agspring Mississippi Region, LLC                    Case No.  21-11238

| Part 5:  Professional Fees and Expenses | | | | | | |
|---|---|---|---|---|---|---|
| | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
| a. | Debtor's professional fees & expenses (bankruptcy)  *Aggregate Total* | | $332,583 | $2,682,698 | $0 | $2,428,507 |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| i | Dentons LLP | Lead Counsel | $0 | $1,365,105 | $0 | $1,365,105 |
| ii | Faegre Drinker Biddle & Reath | Special Counsel | $58,802 | $527,174 | $0 | $527,174 |
| iii | Pachulski Stang Ziehl & Jones | Local Counsel | $19,590 | $536,228 | $0 | $536,228 |
| iv | Piper Sandler Companies | Other | $254,191 | $254,191 | $0 | $0 |
| v | | | | | | |
| vi | | | | | | |
| vii | | | | | | |
| viii | | | | | | |
| ix | | | | | | |
| x | | | | | | |
| xi | | | | | | |
| xii | | | | | | |
| xiii | | | | | | |
| xiv | | | | | | |
| xv | | | | | | |
| xvi | | | | | | |
| xvii | | | | | | |
| xviii | | | | | | |
| xix | | | | | | |
| xx | | | | | | |
| xxi | | | | | | |
| xxii | | | | | | |
| xxiii | | | | | | |
| xxiv | | | | | | |
| xxv | | | | | | |
| xxvi | | | | | | |
| xxvii | | | | | | |
| xxviii | | | | | | |
| xxix | | | | | | |
| xxx | | | | | | |
| xxxi | | | | | | |
| xxxii | | | | | | |
| xxxiii | | | | | | |
| xxxiv | | | | | | |
| xxxv | | | | | | |
| xxxvi | | | | | | |

Debtor's Name  Agspring Mississippi Region, LLC                    Case No.  21-11238

| | | | | | |
|---|---|---|---|---|---|
| xxxvii | | | | | |
| xxxvii | | | | | |
| xxxix | | | | | |
| xl | | | | | |
| xli | | | | | |
| xlii | | | | | |
| xliii | | | | | |
| xliv | | | | | |
| xlv | | | | | |
| xlvi | | | | | |
| xlvii | | | | | |
| xlviii | | | | | |
| xlix | | | | | |
| l | | | | | |
| li | | | | | |
| lii | | | | | |
| liii | | | | | |
| liv | | | | | |
| lv | | | | | |
| lvi | | | | | |
| lvii | | | | | |
| lviii | | | | | |
| lix | | | | | |
| lx | | | | | |
| lxi | | | | | |
| lxii | | | | | |
| lxiii | | | | | |
| lxiv | | | | | |
| lxv | | | | | |
| lxvi | | | | | |
| lxvii | | | | | |
| lxviii | | | | | |
| lxix | | | | | |
| lxx | | | | | |
| lxxi | | | | | |
| lxxii | | | | | |
| lxxiii | | | | | |
| lxxiv | | | | | |
| lxxv | | | | | |
| lxxvi | | | | | |
| lxxvii | | | | | |
| lxxvii | | | | | |

Debtor's Name  Agspring Mississippi Region, LLC                                    Case No.  21-11238

| | | | | | | |
|---|---|---|---|---|---|---|
| lxxix | | | | | | |
| lxxx | | | | | | |
| lxxxi | | | | | | |
| lxxxii | | | | | | |
| lxxxii | | | | | | |
| lxxxiv | | | | | | |
| lxxxv | | | | | | |
| lxxxvi | | | | | | |
| lxxxvi | | | | | | |
| lxxxvi | | | | | | |
| lxxxix | | | | | | |
| xc | | | | | | |
| xci | | | | | | |
| xcii | | | | | | |
| xciii | | | | | | |
| xciv | | | | | | |
| xcv | | | | | | |
| xcvi | | | | | | |
| xcvii | | | | | | |
| xcviii | | | | | | |
| xcix | | | | | | |
| c | | | | | | |
| ci | | | | | | |

| | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|
| b. | Debtor's professional fees & expenses (nonbankruptcy)  *Aggregate Total* | | | | | |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| i | | | | | | |
| ii | | | | | | |
| iii | | | | | | |
| iv | | | | | | |
| v | | | | | | |
| vi | | | | | | |
| vii | | | | | | |
| viii | | | | | | |
| ix | | | | | | |
| x | | | | | | |
| xi | | | | | | |
| xii | | | | | | |
| xiii | | | | | | |
| xiv | | | | | | |

Debtor's Name  Agspring Mississippi Region, LLC                          Case No.  21-11238

| | | | | | |
|---|---|---|---|---|---|
| xv | | | | | |
| xvi | | | | | |
| xvii | | | | | |
| xviii | | | | | |
| xix | | | | | |
| xx | | | | | |
| xxi | | | | | |
| xxii | | | | | |
| xxiii | | | | | |
| xxiv | | | | | |
| xxv | | | | | |
| xxvi | | | | | |
| xxvii | | | | | |
| xxviii | | | | | |
| xxix | | | | | |
| xxx | | | | | |
| xxxi | | | | | |
| xxxii | | | | | |
| xxxiii | | | | | |
| xxxiv | | | | | |
| xxxv | | | | | |
| xxxvi | | | | | |
| xxxvii | | | | | |
| xxxvii | | | | | |
| xxxix | | | | | |
| xl | | | | | |
| xli | | | | | |
| xlii | | | | | |
| xliii | | | | | |
| xliv | | | | | |
| xlv | | | | | |
| xlvi | | | | | |
| xlvii | | | | | |
| xlviii | | | | | |
| xlix | | | | | |
| l | | | | | |
| li | | | | | |
| lii | | | | | |
| liii | | | | | |
| liv | | | | | |
| lv | | | | | |
| lvi | | | | | |

Debtor's Name  Agspring Mississippi Region, LLC                    Case No.  21-11238

| | | | | | |
|---|---|---|---|---|---|
| lvii | | | | | |
| lviii | | | | | |
| lix | | | | | |
| lx | | | | | |
| lxi | | | | | |
| lxii | | | | | |
| lxiii | | | | | |
| lxiv | | | | | |
| lxv | | | | | |
| lxvi | | | | | |
| lxvii | | | | | |
| lxviii | | | | | |
| lxix | | | | | |
| lxx | | | | | |
| lxxi | | | | | |
| lxxii | | | | | |
| lxxiii | | | | | |
| lxxiv | | | | | |
| lxxv | | | | | |
| lxxvi | | | | | |
| lxxvii | | | | | |
| lxxvii | | | | | |
| lxxix | | | | | |
| lxxx | | | | | |
| lxxxi | | | | | |
| lxxxii | | | | | |
| lxxxii | | | | | |
| lxxxiv | | | | | |
| lxxxv | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxix | | | | | |
| xc | | | | | |
| xci | | | | | |
| xcii | | | | | |
| xciii | | | | | |
| xciv | | | | | |
| xcv | | | | | |
| xcvi | | | | | |
| xcvii | | | | | |
| xcviii | | | | | |

Debtor's Name  Agspring Mississippi Region, LLC                                        Case No.  21-11238

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | xcix | | | | | | |
| | c | | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | | | | | |

| Part 6:  Postpetition Taxes | Current Month | Cumulative |
|---|---|---|
| a. Postpetition income taxes accrued (local, state, and federal) | $0 | $0 |
| b. Postpetition income taxes paid (local, state, and federal) | $0 | $0 |
| c. Postpetition employer payroll taxes accrued | $0 | $0 |
| d. Postpetition employer payroll taxes paid | $0 | $0 |
| e. Postpetition property taxes paid | $0 | $0 |
| f. Postpetition other taxes accrued (local, state, and federal) | $0 | $0 |
| g. Postpetition other taxes paid (local, state, and federal) | $0 | $0 |

**Part 7: Questionnaire - During this reporting period:**

| | | | |
|---|---|---|---|
| a. | Were any payments made on prepetition debt?  (if yes, see Instructions) | Yes ◉  No ○ |
| b. | Were any payments made outside the ordinary course of business without court approval?  (if yes, see Instructions) | Yes ○  No ◉ |
| c. | Were any payments made to or on behalf of insiders? | Yes ○  No ◉ |
| d. | Are you current on postpetition tax return filings? | Yes ◉  No ○ |
| e. | Are you current on postpetition estimated tax payments? | Yes ◉  No ○ |
| f. | Were all trust fund taxes remitted on a current basis? | Yes ◉  No ○ |
| g. | Was there any postpetition borrowing, other than trade credit? (if yes, see Instructions) | Yes ○  No ◉ |
| h. | Were all payments made to or on behalf of professionals approved by the court? | Yes ◉  No ○  N/A ○ |

i. Do you have:

| | | |
|---|---|---|
| Worker's compensation insurance? | Yes ◉  No ○ | |
| If yes, are your premiums current? | Yes ◉  No ○  N/A ○ | (if no, see Instructions) |
| Casualty/property insurance? | Yes ◉  No ○ | |
| If yes, are your premiums current? | Yes ◉  No ○  N/A ○ | (if no, see Instructions) |
| General liability insurance? | Yes ◉  No ○ | |
| If yes, are your premiums current? | Yes ◉  No ○  N/A ○ | (if no, see Instructions) |

| | | |
|---|---|---|
| j. | Has a plan of reorganization been filed with the court? | Yes ○  No ◉ |
| k. | Has a disclosure statement been filed with the court? | Yes ○  No ◉ |
| l. | Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930? | Yes ◉  No ○ |

| Debtor's Name | Agspring Mississippi Region, LLC | | Case No. | 21-11238 |
|---|---|---|---|---|

**Part 8: Individual Chapter 11 Debtors (Only)**

| | | |
|---|---|---|
| a. | Gross income (receipts) from salary and wages | $0 |
| b. | Gross income (receipts) from self-employment | $0 |
| c. | Gross income from all other sources | $0 |
| d. | Total income in the reporting period (a+b+c) | $0 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $0 |
| h. | All other expenses | $0 |
| i. | Total expenses in the reporting period (e+f+g+h) | $0 |
| j. | Difference between total income and total expenses (d-i) | $0 |
| k. | List the total amount of all postpetition debts that are past due | $0 |
| l. | Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)? | Yes ◯  No ⦿ |
| m. | If yes, have you made all Domestic Support Obligation payments? | Yes ◯  No ◯  N/A ⦿ |

### Privacy Act Statement

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107.  The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6).  The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith.  This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law.  Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records."  *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006).  A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm.  Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee.  11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.**

/s/ Kyle Sturgeon

Signature of Responsible Party

Chief Restructuring Officer

Title

Kyle Sturgeon

Printed Name of Responsible Party

06/20/2022

Date

Debtor's Name  Agspring Mississippi Region, LLC

Case No.  21-11238



PageOnePartOne



PageOnePartTwo



PageTwoPartOne



PageTwoPartTwo

Debtor's Name  Agspring Mississippi Region, LLC

Case No.  21-11238



Bankruptcy1to50

Bankruptcy51to100



NonBankruptcy1to50

NonBankruptcy51to100

Debtor's Name  Agspring Mississippi Region, LLC

Case No.  21-11238



PageThree



PageFour



P.O. Box 15284
Wilmington, DE 19850

**Customer service information**

☐ Customer service: 1.888.400.9009

☑ bankofamerica.com

✉ Bank of America, N.A.
P.O. Box 25118
Tampa,  FL 33622-5118

AGSPRING MISSISSIPPI REGION LLC
DEBTOR IN POSSESSION CASE 21-11242
BLKPNDG-DBA BIG RIVER RICE&GRAIN
5101 COLLEGE BLVD
LEAWOOD, KS  66211-1614

# Your Full Analysis Business Checking

for May 1, 2022 to May 31, 2022                                    Account number: ▮▮▮▮ 0476

**AGSPRING MISSISSIPPI REGION LLC      DEBTOR IN POSSESSION CASE 21-11242      BLKPNDG-DBA BIG RIVER RICE&GRAIN**

## Account summary

| | | | |
|---|---|---|---|
| Beginning balance on May 1, 2022 | $131,873.35 | # of deposits/credits: 0 | |
| Deposits and other credits | 0.00 | # of withdrawals/debits: 0 | |
| Withdrawals and other debits | -0.00 | # of days in cycle: 31 | |
| Checks | -0.00 | Average ledger balance: $131,873.35 | |
| Service fees | -0.00 | | |
| **Ending balance on May 31, 2022** | **$131,873.35** | | |

AGSPRING MISSISSIPPI REGION LLC   |   Account # ███████ 0476   |   May 1, 2022 to May 31, 2022

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

How to Contact Us - You may call us at the telephone number listed on the front of this statement.

Updating your contact information - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

Deposit agreement - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

Electronic transfers: In case of errors or questions about your electronic transfers - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

–   Tell us your name and account number.
–   Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
–   Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

Direct deposits - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2022 Bank of America Corporation

**Bank of America, N.A. Member FDIC and**   **Equal Housing Lender**



**Your checking account**

AGSPRING MISSISSIPPI REGION LLC   |   Account # ■■■■■■ 0476   |   May 1, 2022 to May 31, 2022

## Daily ledger balances

| Date | Balance ($) |
|------|-------------|
| 05/01 | 131,873.35 |

This page intentionally left blank



P.O. Box 15284
Wilmington, DE 19850

**Customer service information**

📱 Customer service: 1.888.400.9009

✉️ bankofamerica.com

✉️ Bank of America, N.A.
P.O. Box 25118
Tampa,   FL 33622-5118

AGSPRING MISSISSIPPI REGION LLC
DEBTOR IN POSSESSION CASE 21-11238
DBA BIG RIVER RICE & GRAIN
5101 COLLEGE BLVD
LEAWOOD, KS  66211-1614

# Your Full Analysis Business Checking

for May 1, 2022 to May 31, 2022                         Account number: ▮▮▮▮ 2905

**AGSPRING MISSISSIPPI REGION LLC      DEBTOR IN POSSESSION CASE 21-11238      DBA BIG RIVER RICE & GRAIN**

## Account summary

| | | |
|---|---|---|
| Beginning balance on May 1, 2022 | $6,985,585.43 | # of deposits/credits: 1 |
| Deposits and other credits | 5,104.50 | # of withdrawals/debits: 4 |
| Withdrawals and other debits | -1,811,325.76 | # of days in cycle: 31 |
| Checks | -0.00 | Average ledger balance: $5,921,730.36 |
| Service fees | -0.00 | |
| **Ending balance on May 31, 2022** | **$5,179,364.17** | |

AGSPRING MISSISSIPPI REGION LLC   |   Account # ████ 2905   |   May 1, 2022 to May 31, 2022

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

How to Contact Us - You may call us at the telephone number listed on the front of this statement.

Updating your contact information - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

Deposit agreement - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

Electronic transfers: In case of errors or questions about your electronic transfers - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

– Tell us your name and account number.
– Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
– Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

Direct deposits - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2022 Bank of America Corporation

**Bank of America, N.A. Member FDIC and** 🏠 **Equal Housing Lender**



# Your checking account

AGSPRING MISSISSIPPI REGION LLC   |   Account # ███████ 2905   |   May 1, 2022 to May 31, 2022

## Deposits and other credits

| Date | Transaction description | Customer reference | Bank reference | Amount |
|------|------------------------|-------------------|----------------|--------|
| 05/19/22 | Preencoded Deposit | 0000000001 | 813008352928761 | 5,104.50 |
| **Total deposits and other credits** | | | | **$5,104.50** |

## Withdrawals and other debits

| Date | Transaction description | Customer reference | Bank reference | Amount |
|------|------------------------|-------------------|----------------|--------|
| 05/13/22 | WIRE TYPE:WIRE OUT DATE:220513 TIME:1836 ET TRN:2022051300513280 SERVICE REF:019001 BNF:WALTERS PAPILLION THOMAS C ID:6400239825 BNF BK:CADENCE BANK ID:084201278 PMT DET:225DF3057 91V3387Tubbs (19000) | | 903705130513280 | -1,600,000.00 |
| 05/18/22 | WIRE TYPE:BOOK OUT DATE:220518 TIME:1123 ET TRN:2022051800313409 RELATED REF:225I94628QV32J08 BNF:MOORE & VAN ALLEN PLLC ID:000656287701 PMT DET:Attn: ZHS/046751.99 April and March | | 903705180313409 | -80,944.20 |
| 05/18/22 | WIRE TYPE:WIRE OUT DATE:220518 TIME:1124 ET TRN:2022051800313891 SERVICE REF:008329 BNF:RICHARDS LAYTON AND FINGER ID:22641166 BNF BK: MANUFACTURERS & TRADERS ID:022000046 PMT DET:225I9 40403E32J49Agspring Mississippi Region Jan andFeb | | 903705180313891 | -67,842.56 |
| 05/23/22 | WIRE TYPE:WIRE OUT DATE:220523 TIME:1226 ET TRN:2022052300444987 SERVICE REF:009838 BNF:RICHARDS LAYTON AND FINGER ID:22641166 BNF BK: MANUFACTURERS & TRADERS ID:022000046 PMT DET:225NB 12597C41X87Inv: 652067 | | 903705230444987 | -62,539.00 |
| **Total withdrawals and other debits** | | | | **-$1,811,325.76** |

AGSPRING MISSISSIPPI REGION LLC   |   Account #███████ 2905   |   May 1, 2022 to May 31, 2022

## Daily ledger balances

| Date | Balance ($) | Date | Balance($) | Date | Balance ($) |
|------|-------------|------|------------|------|-------------|
| 05/01 | 6,985,585.43 | 05/18 | 5,236,798.67 | 05/23 | 5,179,364.17 |
| 05/13 | 5,385,585.43 | 05/19 | 5,241,903.17 | | |



P.O. Box 15284
Wilmington, DE 19850

**Customer service information**

📱 Customer service: 1.888.400.9009

✉️ bankofamerica.com

✉️ Bank of America, N.A.
P.O. Box 25118
Tampa,  FL 33622-5118

AGSPRING MISSISSIPPI REGION LLC
DEBTOR IN POSSESSION CASE 21-11242
BLKPNDG-AGSPRING MISSISSIPPI VENDOR
5101 COLLEGE BLVD
LEAWOOD, KS  66211-1614

# Your Full Analysis Business Checking

for May 1, 2022 to May 31, 2022                    Account number:  ▓▓▓▓ 8785

**AGSPRING MISSISSIPPI REGION LLC    DEBTOR IN POSSESSION CASE 21-11242    BLKPNDG-AGSPRING MISSISSIPPI VENDOR**

## Account summary

| | | |
|---|---|---|
| Beginning balance on May 1, 2022 | $0.00 | # of deposits/credits: 0 |
| Deposits and other credits | 0.00 | # of withdrawals/debits: 0 |
| Withdrawals and other debits | -0.00 | # of days in cycle: 31 |
| Checks | -0.00 | Average ledger balance: $0.00 |
| Service fees | -0.00 | |
| **Ending balance on May 31, 2022** | **$0.00** | |

AGSPRING MISSISSIPPI REGION LLC  |  Account # ████████ 8785  |  May 1, 2022 to May 31, 2022

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

How to Contact Us - You may call us at the telephone number listed on the front of this statement.

Updating your contact information - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

Deposit agreement - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

Electronic transfers: In case of errors or questions about your electronic transfers - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

Direct deposits - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2022 Bank of America Corporation

 Bank of America, N.A. Member FDIC and ⌂ Equal Housing Lender

**Agspring MOR Supplemental Template**

| Receipts & Disbursements | | **Monthly** | | | | | |
|---|---|---|---|---|---|---|---|
| Month of May 2022 | | Start Date: | 5/1/22 | | | | |
| | | End Date: | 5/31/22 | | | | |

| *$ in 000's* | | **Agspring Mississippi Region, LLC (AMR)** | **Lake Providence Grain and Rice. LLC (LakeProv Grain)** | **Bayou Grain & Chemical Corp. (Bayou)** | **Agspring MS, LLC** | **Agspring MS 1, LLC** | **Total** |
|---|---|---|---|---|---|---|---|
| **Cash Receipts** | | | | | | | |
| Cash receipts from operations | $ | 5 | $        - | $        - | $        - | $        - | $        5 |
| Proceeds of DIP financing | | - | - | - | - | - | - |
| Cash receipts from asset sales (net of DIP repayment) | | - | - | - | - | - | - |
| **Total Receipts** | | **5** | **-** | **-** | **-** | **-** | **5** |
| | | | | | | | |
| **Disbursements** | | | | | | | |
| Insurance | | - | - | - | - | - | - |
| Property taxes | | - | - | - | - | - | - |
| Professional fees | 1 | 211 | - | - | - | - | **211** |
| Interest | | - | - | - | - | - | - |
| Adequate protection payments | | - | - | - | - | - | - |
| Tubbs Settlement Payment | | 1,600 | - | - | - | - | **1,600** |
| Other expenses | | - | - | - | - | - | - |
| **Total Disbursements** | | **1,811** | **-** | **-** | **-** | **-** | **1,811** |
| | | | | | | | |
| **Net Cash Flow** | | **(1,806)** | **-** | **-** | **-** | **-** | **(1,806)** |
| | | | | | | | |
| **Beginning Cash** | | **7,117** | **-** | **-** | **-** | **-** | **7,117** |
| **Net Cash Flow** | | **(1,806)** | **-** | **-** | **-** | **-** | **(1,806)** |
| **Ending Cash** | $ | **5,311** | $        - | $        - | $        - | $        - | $        **5,311** |

(1) Pursuant to the DIP Financing Order, funds are being transferred to the PSZJ trust account for distribution upon entry of a Professional's CNO or Court Order.

**Agspring MOR Supplemental Template**

**Receipts & Disbursements**

**Cumulative – September 10 2021 through May 31 2022**

| | Cumulative | |
|---|---|---|
| Start Date: | 9/10/21 |
| End Date: | 5/31/22 |

| *$ in 000's* | | Agspring Mississippi Region, LLC (AMR) | Lake Providence Grain and Rice, LLC (LakeProv Grain) | Bayou Grain & Chemical Corp. (Bayou) | Agspring MS, LLC | Agspring MS 1, LLC | Total |
|---|---|---|---|---|---|---|---|
| **Cash Receipts** | | | | | | | |
| Cash receipts from operations | | $ 130 | $ - | $ - | $ - | $ - | $ 130 |
| Proceeds of DIP financing | | 1,500 | - | - | - | - | 1,500 |
| Cash receipts from asset sales (net of DIP repayment) | | 18,698 | - | - | - | - | 18,698 |
| **Total Receipts** | | $ 20,328 | - | - | - | - | 20,328 |
| | | | | | | | |
| **Disbursements** | | | | | | | |
| Insurance | | - | - | - | - | - | - |
| Property taxes | | - | - | - | - | - | - |
| Professional fees | 1 | 4,679 | - | - | - | - | 4,679 |
| Interest | | - | - | - | - | - | - |
| Adequate protection payments | | 8,870 | - | - | - | - | 8,870 |
| Tubbs Settlement Payment | | 1,600 | - | - | - | - | 1,600 |
| Other expenses | | - | - | - | - | - | - |
| **Total Disbursements** | | $ 15,149 | - | - | - | - | 15,149 |
| | | | | | | | |
| **Net Cash Flow** | | 5,179 | - | - | - | - | 5,179 |
| | | | | | | | |
| **Beginning Cash** | | 132 | - | - | - | - | 132 |
| **Net Cash Flow** | | 5,179 | - | - | - | - | 5,179 |
| **Ending Cash** | | $ 5,311 | $ - | $ - | $ - | $ - | $ 5,311 |

(1) Pursuant to the DIP Financing Order, funds are being transferred to the PSZJ trust account for distribution upon entry of a Professional's CNO or Court Order.

**Agspring MOR Supplemental Template**

**Schedule of Prepetition Debt**

| Debtor | Recipient | Date of Payment | Payment Amount | Reason for Payment |
|---|---|---|---|---|
| Agspring Mississippi Region, LLC | Larry G. Tubbs, Tubbs Rice Dryers, Inc., Chief Ventures, L.L.C., and Big River Grain, LLC | 5/13/2022 | $1,600,000 | Pursuant to court order |