## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AGSPRING MISSISSIPPI REGION, LLC, *et al.*,[1]<br>Debtors. | Chapter 11<br><br>Case No. 21-11238 (CTG)<br><br>(Jointly Administered)<br><br>**Re: Docket No. 411** |

## ORDER GRANTING
## SECOND INTERIM APPLICATION FOR COMPENSATION
## AND REIMBURSEMENT OF EXPENSES OF DENTONS US LLP, AS COUNSEL
## FOR THE DEBTORS AND DEBTORS IN POSSESSION, FOR THE PERIOD FROM
## DECEMBER 1, 2021, THROUGH FEBRUARY 28, 2022

Dentons US LLP ("Dentons"), as Counsel for the Debtors and Debtors in Possession ("Debtors") in the above-captioned cases, filed its Second Interim Application for Compensation and for Reimbursement of Expenses for the period from December 1, 2021, through February 28, 2022 (the "Second Interim Application"). The Court has reviewed the Second Interim Application and finds that: (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (b) notice of the Second Interim Application, and any hearing on the Second Interim Application, was adequate under the circumstances; and (c) all persons with standing have been afforded the opportunity to be heard on the Second Interim Application. Accordingly, it is hereby:

**ORDERED** that the Second Interim Application is GRANTED, on an interim basis, and all fees and costs requested in the Second Interim Application are allowed on an interim basis. The Debtors in the above cases shall pay to Dentons the sum of $485,105.50 as compensation and

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Agspring Mississippi Region, LLC (9147); Agspring MS 1, LLC (6456); Agspring MS, LLC (2692); Lake Providence Grain and Rice LLC (1986); and Bayou Grain and Chemical Corporation (7831). The Debtors' mailing address is 5101 College Blvd., Leawood, KS 66211.

$26,220.94 as reimbursement of expenses, for a total of $511,326.44 for services rendered and disbursements incurred by Dentons for the period December 1, 2021, through February 28, 2022, less any amounts previously paid in connection with any monthly fee applications; and

ORDERED that to the extent Dentons has incurred fees and expenses in addition to the foregoing, Dentons may file one or more supplemental fee applications by following the interim compensation procedures set forth in the Administrative Order and submitting a certificate of no objection and order to the Court for final approval of such fees and expenses as may be reflected in any such supplemental fee application; and

ORDERED that this Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.


Dated: July 8th, 2022
Wilmington, Delaware

CRAIG T. GOLDBLATT
UNITED STATES BANKRUPTCY JUDGE

US_Active\121569020\V-5