IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AGSPRING MISSISSIPPI REGION, LLC, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 21-11238 (CTG)<br><br>(Jointly Administered)<br><br>Re Docket No. 413 |

**ORDER GRANTING FIRST INTERIM FEE APPLICATION OF
NEUNERPATE, AS LOUISIANA LOCAL COUNSEL TO DEBTORS**

NeunerPate, as Louisiana local counsel for the above debtors and debtors in possession ("Debtors") in the above-captioned cases, filed its First Interim Fee Application for the period from November 1, 2021, through February 28, 2022 [Docket No. 413] (the "First Interim Application"). The Court has reviewed the First Interim Application and finds that: (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (b) notice of the First Interim Application, and any hearing on the First Interim Application, was adequate under the circumstances; and (c) all persons with standing have been afforded the opportunity to be heard on the First Interim Application. Accordingly, it is hereby

ORDERED that the First Interim Application is GRANTED as provided herein, on an interim basis, and fees and costs requested in the First Interim Application are allowed on an interim basis in the amount of $7,608.00 as compensation and $176.21 as reimbursement of expenses, for a total of $7,784.21 for services rendered and disbursements incurred by NeunerPate for the period November 1, 2021 through February 28, 2022.  The Debtors shall pay to NeunerPate this amount less any amounts previously paid.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Agspring Mississippi Region, LLC (9147); Agspring MS 1, LLC (6456); Agspring MS, LLC (2692); Lake Providence Grain and Rice LLC (1986); and Bayou Grain and Chemical Corporation (7831). The Debtors' mailing address is 5101 College Blvd., Leawood, KS 66211.

ORDERED that this Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

**Dated: July 8th, 2022**
**Wilmington, Delaware**

**CRAIG T. GOLDBLATT**
**UNITED STATES BANKRUPTCY JUDGE**