## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| AGSPRING MISSISSIPPI REGION, LLC, *et al.*,[1] | Case No. 21-11238 (CTG) |
| Debtors. | Jointly Administered |
| | **Obj. Deadline: July 29, 2022, at 4:00 p.m. (ET)**<br>**Hearing Date: August 15, 2022, at 1:00 p.m. (ET)** |
| | **Ref. Docket Nos. 366, 398 & 424** |

## NOTICE OF THIRD INTERIM FEE APPLICATION OF
## FAEGRE DRINKER BIDDLE & REATH LLP

**PLEASE TAKE NOTICE** that, pursuant to that certain *Order (I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals and (II) Granting Related Relief* [D.I. 112] (the "Compensation Procedures Order"), Faegre Drinker Biddle & Reath LLP, as special corporate, transactional, and litigation counsel for the above-captioned debtors and debtor in possession (the "Debtors"), hereby applies for interim quarterly allowance of compensation and reimbursement of expenses (this "Fee Request") for all monthly fee applications filed for the period from March 1, 2022, through and including May 31, 2022. A summary of the fees and expenses subject to this Fee Request are annexed hereto and set forth in the monthly fee applications previously filed with the Court. Pursuant to the Compensation Procedures Order, the Debtors were previously authorized to pay on a monthly basis 80% of the amount of compensation requested and 100% of the amount requested for reimbursement of expenses, without further order from the Court, upon the expiration of a 21-day objection period.

**PLEASE TAKE FURTHER NOTICE THAT OBJECTIONS, IF ANY, TO THIS FEE REQUEST ARE REQUIRED TO BE FILED AND SERVED ON THE FOLLOWING PARTIES VIA EMAIL ON OR BEFORE <u>JULY 29, 2022, AT 4:00 P.M. (ET)</u>:** (i) special corporate, transactional, and litigation counsel to the Debtors, Faegre Drinker Biddle & Reath LLP (Attn: Mike T. Gustafson, mike.gustafson@faegredrinker.com, and Jaclyn C. Marasco jaclyn.marasco@faegredrinker.com); (ii) counsel to the Debtors: (a) Dentons US LLP (Attn: Samuel Maizel, samuel.maizel@dentons.com, Tania M. Moyron, tania.moyron@dentons.com, and David F. Cook, david.f.cook@dentons.com) and (b) Pachulski Stang Ziehl & Jones LLP (Attn: Laura Davis Jones, ljones@pszjlaw.com and Timothy P, Cairns, tcairns@pszjlaw.com); and (iii) the Office of the United States Trustee for the District of Delaware (Attn: David Buchbinder, david.l.buchbinder@usdoj.gov).

---

[1]    The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Agspring Mississippi Region, LLC (9147); Agspring MS 1, LLC (6456); Agspring MS, LLC (2692); Lake Providence Grain and Rice LLC (1986); and Bayou Grain & Chemical Corporation (7831). The Debtors' mailing address is 5101 College Boulevard, Leawood, KS 66211.

**PLEASE TAKE FURTHER NOTICE** that any objections filed and served in accordance with the Compensation Procedures Order will be heard at a hearing before the Honorable Craig T. Goldblatt at the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 3rd Floor, Courtroom No. 7, Wilmington, Delaware 19801 on **August 15, 2022, at 1:00 p.m. (ET).**

**PLEASE TAKE FURTHER NOTICE THAT IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS FEE REQUEST, THE COURT MAY ENTER AN ORDER APPROVING THE FEE REQUEST WITHOUT FURTHER NOTICE OR A HEARING.**

Dated: July 8, 2022

**PACHULSKI STANG ZIEHL & JONES LLP**

*/s/ Mary F. Caloway*

Laura Davis Jones (DE Bar No. 2436)
Timothy P. Cairns (DE Bar No. 4228)
Mary F. Caloway (DE Bar No. 3059)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email:  ljones@pszjlaw.com
        tcairns@pszjlaw.com
        mcaloway@pszjlaw.com

-and-

**DENTONS US LLP**
Samuel R. Maizel (admitted *pro hac vice*)
Tania M. Moyron (admitted *pro hac vice*)
Malka S. Zeefe (admitted *pro hac vice*)
601 S. Figueroa Street #2500
Los Angeles, CA 90017
Telephone: (213) 623-9300
Email:  samuel.maizel@dentons.com
        tania.moyron@dentons.com
        malka.zeefe@dentons.com

-and-

David F. Cook (Bar Number 006352)
1900 K Street, NW
Washington, DC 20006
Telephone: (202) 496-7500
Email:  david.f.cook@dentons.com

*Counsel for Debtors and Debtors in Possession*