IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| AGSPRING MISSISSIPPI REGION, LLC, *et al.*,[1] | ) | Case No. 21-11238 (CTG) |
| | ) | |
| | ) | Jointly Administered |
| Debtors. | ) | |

**Objection Deadline: August 8, 2022 at 4:00 p.m.**
**Hearing Date: August 15, 2022 at 1:00 p.m.**

# FINAL APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF PACHULSKI STANG ZIEHL & JONES LLP, AS CO-COUNSEL FOR THE DEBTORS AND DEBTORS IN POSSESSION FOR THE PERIOD FROM SEPTEMBER 10, 2021 THROUGH JULY 22, 2022

| | |
|---|---|
| Name of Applicant: | Pachulski Stang Ziehl & Jones LLP |
| Authorized to Provide Professional Services to: | Debtors and Debtors in Possession |
| Date of Retention: | Effective *nunc pro tunc* to September 10, 2021 by order signed on or about October 13, 2021 |
| Period for which Compensation and Reimbursement is Sought: | September 10, 2021 through July 22, 2022 |
| Amount of Compensation Sought as Actual, Reasonable and Necessary[2]: | $901,568.50 |
| Amount of Expense Reimbursement Sought as Actual, Reasonable and Necessary: | $ 37,391.35 |

This is a:   ☐ monthly   ☐ interim   ☒ final application.

The total time expended for fee application preparation is approximately 3.0 hours and the corresponding compensation requested is approximately $1,200.00.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Agspring Mississippi Region, LLC (9147); Agspring MS 1, LLC (6456); Agspring MS, LLC (2692); Lake Providence Grain and Rice LLC (1986); and Bayou Grain & Chemical Corporation (7831). The Debtors' mailing address is 5101 College Boulevard, Leawood, KS 66211.

[2] PSZ&J also seeks an additional $20,000 in estimated fees and costs to complete its work in these cases, including the filing and service of various documents and pleadings, and appearing at the hearing on this matter. PSZ&J will inform the Court at a later date of a better estimate of its additional fees and costs.

## PRIOR APPLICATIONS FILED

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| 02/03/22 | 09/10/21 – 09/30/21 | $218,257.50 | $ 917.67 | $218,257.50 | $ 917.67 |
| 02/03/22 | 10/01/21 – 10/31/21 | $177,175.00 | $14,539.91 | $177,175.00 | $14,539.91 |
| 02/22/22 | 11/01/21 – 11/30/21 | $ 69,764.50 | $ 5,860.33 | $ 69,764.50 | $ 5,860.33 |
| 03/13/22 | 12/01/21 – 12/31/21 | $ 35,393.00 | $ 1,808.75 | $ 28,314.40 | $ 1,808.75 |
| 04/19/22 | 01/01/22 – 01/31/22 | $ 23,410.00 | $ 861.73 | $ 18,728.00 | $ 861.73 |
| 06/30/22 | 02/01/22 – 02/28/22 | $ 89,391.50 | $ 2,145.50 | $ 71,513.20 | $ 2,145.50 |
| 07/05/22 | 03/01/22 – 03/31/22 | $132,557.50 | $ 4,178.59 | Pending | Pending |
| 07/05/22 | 04/01/22 – 04/30/22 | $ 79,078.50 | $ 4,684.01 | Pending | Pending |
| 07/05/22 | 05/01/22 – 05/31/22 | $ 32,866.00 | $ 1,142.63 | Pending | Pending |
| 07/06/22 | 06/01/22 – 06/30/22 | $ 10,476.50 | $ 268.40 | Pending | Pending |
| 07/25/22 | 07/01/22 – 07/22/22 | $ 33,198.50 | $ 983.83 | Pending | Pending |

## PSZ&J PROFESSIONALS

| Name of Professional Individual | Position of the Applicant, Number of Years in that Position, Prior Relevant Experience, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate (including Changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Laura Davis Jones | Partner 2000; Joined Firm 2000; Member of DE Bar since 1986 | $1,575.00<br>$1,445.00 | 20.50<br>99.80 | $ 32,287.50<br>$144,211.00 |
| David M. Bertenthal | Partner 1999; Member of CA Bar since 1993 | $1,395.00<br>$1,275.00 | 0.70<br>35.60 | $ 976.50<br>$ 45,390.00 |
| Maxim B. Litvak | Partner 2004; Member of TX Bar since 1997; Member of CA Bar since 2001 | $1,275.00<br>$1,125.00 | 9.10<br>40.50 | $ 11,602.50<br>$ 45,562.50 |
| Mary F. Caloway | Of Counsel 2020; Member of DE Bar since 1992 | $1,195.00<br>$1,095.00 | 223.50<br>169.50 | $267,082.50<br>$185,602.50 |
| Timothy P. Cairns | Partner 2012; Member of DE Bar 2002-2014; 2017-Present | $ 995.00<br>$ 875.00 | 2.50<br>31.60 | $ 2,487.50<br>$ 27,650.00 |
| William L. Ramseyer | Of Counsel 1989; Member of CA Bar since 1980 | $ 925.00 | 26.70 | $ 24,697.50 |
| Karina K. Yee | Paralegal 2000 | $ 495.00<br>$ 460.00 | 76.60<br>68.20 | $ 37,917.00<br>$ 31,372.00 |
| Patricia E. Cuniff | Paralegal 2000 | $ 495.00<br>$ 460.00 | 4.20<br>0.30 | $ 2,079.00<br>$ 138.00 |
| Elizabeth C. Thomas | Paralegal 2002 | $ 495.00<br>$ 460.00 | 1.80<br>1.70 | $ 891.00<br>$ 782.00 |
| Patricia J. Jeffries | Paralegal 1999 | $ 460.00 | 18.70 | $ 8,602.00 |

| Name of Professional Individual | Position of the Applicant, Number of Years in that Position, Prior Relevant Experience, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate (including Changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Cheryl A. Knotts | Paralegal 2000 | $ 460.00 | 20.40 | $ 9,384.00 |
|  |  | $ 425.00 | 0.60 | $ 255.00 |
| Charles J. Bouzoukis | Case Management Assistant 2001 | $ 395.00 | 26.00 | $ 10,270.00 |
|  |  | $ 375.00 | 26.60 | $ 9,975.00 |
| Karen S. Neil | Case Management Assistant 2003 | $ 395.00 | 3.30 | $ 1,303.50 |
|  |  | $ 375.00 | 2.70 | $ 1,012.50 |
| Andrea R. Paul | Case Management Assistant 2001 | $ 375.00 | 0.10 | $ 37.50 |

**Grand Total:** $901,568.50
**Total Hours:** 911.20
**Blended Rate:** $989.43

## COMPENSATION BY CATEGORY

| Project Categories | Total Hours | Total Fees |
|---|---:|---:|
| Asset Disposition | 130.20 | $145,205.50 |
| Appeals | 4.40 | $ 5,296.00 |
| Bankruptcy Litigation | 225.90 | $213,570.00 |
| Case Administration | 76.20 | $ 41,137.00 |
| Claims Admin./Objections | 21.80 | $ 22,496.00 |
| Compensation of Professional | 61.70 | $ 47,377.50 |
| Compensation of Prof./Others | 43.30 | $ 37,888.50 |
| Executory Contracts | 11.00 | $ 11,017.00 |
| Financial Filings | 51.00 | $ 46,322.00 |
| Financing | 117.00 | $137,926.50 |
| Insurance Coverage | 0.20 | $ 219.00 |
| Meeting of Creditors | 6.70 | $ 7,278.50 |
| Plan & Disclosure Statement | 87.90 | $103,922.50 |
| Retention of Professional | 5.90 | $ 5,671.00 |
| Retention of Prof./Others | 38.30 | $ 40,958.50 |
| Stay Litigation | 29.70 | $ 35,283.00 |

## EXPENSE SUMMARY

| Expense Category | Service Provider[3] (if applicable) | Total Expenses |
|---|---|---:|
| Conference Call | AT&T Conference Call | $ 11.68 |
| Delivery/Courier Service | Advita | $ 120.00 |
| Express Mail | Federal Express | $13,794.73 |
| Filing Fee | USBC | $ 288.00 |
| Legal Research | Lexis/Nexis | $ 1,236.09 |
| Court Research | Pacer | $ 1,333.50 |
| Postage | US Mail | $ 4,855.60 |
| Reproduction Expense | | $ 7,056.60 |
| Reproduction/ Scan Copy | | $ 5,898.80 |
| Overtime | Advita | $ 539.70 |
| Transcript | eScribers | $ 2,256.65 |

---

[3] PSZ&J may use one or more service providers. The service providers identified herein below are the primary service providers for the categories described.

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| AGSPRING MISSISSIPPI REGION, LLC, *et al.*,[1] | ) ) ) | Case No. 21-11238 (CTG) |
| | ) | Jointly Administered |
| Debtors. | ) | |

**Objection Deadline: August 8, 2022 at 4:00 p.m.**
**Hearing Date: August 15, 2022 at 1:00 p.m.**

## FINAL APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF PACHULSKI STANG ZIEHL & JONES LLP, AS CO-COUNSEL FOR THE DEBTORS AND DEBTORS IN POSSESSION FOR THE PERIOD FROM SEPTEMBER 10, 2021 THROUGH JULY 22, 2022

Pursuant to sections 330 and 331 of Title 11 of the United States Code (the "Bankruptcy Code") and Rule 2016 of the Federal Rules of Bankruptcy Procedure (collectively, the "Bankruptcy Rules"), and the "Order (I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals and (II) Granting Related Relief," signed on or about October 15, 2021 ("Administrative Order"), Pachulski Stang Ziehl & Jones LLP ("PSZ&J" or the "Firm"), Co-Counsel for the Debtors and Debtors in Possession, hereby submits its Final Application for Compensation and for Reimbursement of Expenses for the Period from September 10, 2021 through July 22, 2022 (the "Application").

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Agspring Mississippi Region, LLC (9147); Agspring MS 1, LLC (6456); Agspring MS, LLC (2692); Lake Providence Grain and Rice LLC (1986); and Bayou Grain & Chemical Corporation (7831). The Debtors' mailing address is 5101 College Boulevard, Leawood, KS 66211.

By this Application PSZ&J seeks a final allowance of compensation in the amount of $901,568.50 and actual and necessary expenses in the amount of $37,391.35 for a total final allowance of $938,959.85 and payment of the unpaid amount of such fees and expenses for the period September 10, 2021 through July 22, 2022 (the "Fee Period"). PSZ&J also seeks an additional $20,000 in estimated fees and costs to complete its work in these cases, including the filing and service of various documents and pleadings, and appearing at the hearing on this matter. PSZ&J will inform the Court at a later date of a better estimate of its additional fees and costs. In support of this Application, PSZ&J respectfully represents as follows:

## Background

1. On September 10, 2021 (the "Petition Date"), each of the Debtors filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code. The Debtors continued in possession of their property and continued to operate and manage their businesses as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. No trustee or examiner has been appointed in the Debtors' chapter 11 cases.

2. The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

3. On or about October 15, 2021, the Court signed the Administrative Order, authorizing certain professionals ("Professionals") to submit monthly applications for interim compensation and reimbursement for expenses, pursuant to the procedures specified therein. The Administrative Order provides, among other things, that a Professional may submit monthly fee applications. If no objections are made within twenty-one (21) days after service of the

monthly fee application the Debtors are authorized to pay the Professional eighty percent (80%) of the requested fees and one hundred percent (100%) of the requested expenses. Commencing with the period ending November 30, 2021, and at three-month intervals thereafter, each of the Professionals may file and serve an interim application for allowance of the amounts sought in its monthly fee applications for that period. All fees and expenses paid are on an interim basis until final allowance by the Court.

4. The retention of PSZ&J, as Co-Counsel for the Debtors and Debtors in Possession, was approved effective *nunc pro tunc* to September 10, 2021 by this Court's "Order Pursuant to Section 327(a) of the Bankruptcy Code, Rule 2014 of the Federal Rules of Bankruptcy Procedure and Local Rule 2014-1 Authorizing the Employment and Retention of Pachulski Stang Ziehl & Jones LLP as Co-Counsel for the Debtors and Debtors in Possession *Nunc Pro Tunc* to the Petition Date," signed on or about October 13, 2021 (the "Retention Order"). The Retention Order authorized PSZ&J to be compensated on an hourly basis and to be reimbursed for actual and necessary out-of-pocket expenses.

**PSZ&J's APPLICATION FOR COMPENSATION AND
FOR REIMBURSEMENT OF EXPENSES**

**Compensation Paid and Its Source**

5. The monthly fee applications (the "Monthly Fee Applications") for the periods September 10, 2021 through July 22, 2022 of PSZ&J have been filed and served pursuant to the Administrative Order. Attached hereto as Exhibits A through H are copies of the monthly fee applications filed by PSZ&J in the Debtors' cases that have not been approved by the Court.

3

6.      The Monthly Fee Applications covered by this Application contain detailed daily time logs describing the actual and necessary services provided by PSZ&J during the periods covered by such applications as well as other detailed information required to be included in fee applications.

### Requested Relief

7.      By this Application, PSZ&J requests that the Court approve the final allowance of compensation for professional services rendered and the reimbursement of actual and necessary expenses incurred by PSZ&J from September 10, 2021 through July 22, 2022. As stated above, the full scope of the services provided and the related expenses incurred are fully described in the monthly fee applications for the Fee Period that already have been filed with the Court. PSZ&J also seeks an additional $20,000 in estimated fees and costs to complete its work in these cases, including the filing and service of various documents and pleadings, and appearing at the hearing on this matter. To the extent that PSZ&J has incurred fees and expenses in addition to the foregoing, PSZ&J reserves the right, and respectfully requests that the Court authorize PSZ&J, to file a supplemental fee application(s) by following the interim compensation procedures set forth in the Administrative Order and submitting a certificate of no objection and order to the Court for final approval of such fees and expenses as may be reflected in any supplemental fee application.

8.      At all relevant times, PSZ&J has been a disinterested person as that term is defined in §101(14) of the Bankruptcy Code and has not represented or held an interest adverse to the interest of the Debtors.

9. All services for which PSZ&J requests compensation were performed for or on behalf of the Debtors and Debtors in Possession and not on behalf of any committee, creditor or other person.

10. PSZ&J has received no payment and no promises for payment from any source other than the Debtors for services rendered or to be rendered in any capacity whatsoever in connection with the matters covered by this Application. There is no agreement or understanding between PSZ&J and any other person other than the partners of PSZ&J for the sharing of compensation to be received for services rendered in these cases. PSZ&J has received payments from the Debtors during the year prior to the Petition Date in the amount of $190,000 in connection with the preparation of initial documents and the prepetition representation of the Debtors. Upon final reconciliation of the amount actually expended prepetition, any balance remaining from the payments to PSZ&J was credited to the Debtors and utilized as PSZ&J's retainer to apply to postpetition fees and expenses pursuant to the compensation procedures approved by this Court in accordance with the Bankruptcy Code.

11. The professional services and related expenses for which PSZ&J requests interim allowance of compensation and reimbursement of expenses were rendered and incurred in connection with these cases in the discharge of PSZ&J's professional responsibilities as attorneys for the Debtors in these chapter 11 cases. PSZ&J's services have been necessary and beneficial to the Debtors and their estates, the creditors and other parties in interest.

12. In accordance with the factors enumerated in section 330 of the Bankruptcy Code, it is respectfully submitted that the amount requested by PSZ&J is fair and reasonable given (a) the complexity of the case, (b) the time expended, (c) the nature and extent of the services rendered, (d) the value of such services, and (e) the costs of comparable services other than in a case under the Bankruptcy Code. Moreover, PSZ&J has reviewed the requirements of Del. Bankr. LR 2016-2 and the Administrative Order and believes that this Application complies with such Rule and Order.

WHEREFORE, PSZ&J respectfully requests that the Court enter an order, substantially in the form attached hereto, providing that, for the period of September 10, 2021 through July 22, 2022, a final allowance be made to PSZ&J in the sum of $901,568.50 as compensation for reasonable and necessary professional services rendered to the Debtors and in the sum of $37,391.35 for reimbursement of actual and necessary costs and expenses incurred, for a total of $938,959.85; that a final allowance be made to PSZ&J in the sum of $20,000 as compensation for additional estimated fees and costs to complete its work in these cases; that Debtors be authorized and directed to pay to PSZ&J the outstanding amount of such sums; that to the extent PSZ&J has incurred fees and expenses in addition to the foregoing, PSZ&J may file a supplemental fee application(s) by following the interim compensation procedures set forth in the Administrative Order and submitting a certificate of no objection and order to the Court for

final approval of such fees and expenses as may be reflected in any supplemental fee application; and for such other and further relief as this Court deems proper.

Dated:  July 25, 2022                           PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Laura Davis Jones*
Laura Davis Jones (DE Bar No. 2436)
Timothy P. Cairns (Bar No. 4228)
Mary F. Caloway (DE Bar No. 3059)
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE  19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile:  (302) 652-4400
Email:  ljones@pszjlaw.com
           tcairns@pszjlaw.com
           mcaloway@pszjlaw.com

Co-Counsel for the Debtors and Debtors in Possession

## **DECLARATION**

STATE OF DELAWARE          :
                           :
COUNTY OF NEW CASTLE  :

Laura Davis Jones, after being duly sworn according to law, deposes and says:

a) I am a partner with the applicant law firm Pachulski Stang Ziehl & Jones LLP, and have been admitted to appear before this Court.

b) I am familiar with the work performed on behalf of the debtors and debtors in possession by the lawyers and paraprofessionals of PSZ&J.

c) I have reviewed the foregoing Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. Moreover, I have reviewed Del. Bankr. LR 2016-2 and the Administrative Order signed on or about October 15, 2021 and submit that the Application substantially complies with such Rule and Order.

*/s/ Laura Davis Jones*
Laura Davis Jones