**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| AGSPRING MISSISSIPPI REGION, LLC, *et al.*,[1] | Case No. 21-11238 (CTG) |
| | (Jointly Administered) |
| Debtors. | **Re: Docket No. 428** |

**CERTIFICATION OF NO OBJECTION REGARDING
SEVENTH MONTHLY APPLICATION FOR COMPENSATION AND
REIMBURSEMENT OF EXPENSES OF PACHULSKI STANG ZIEHL & JONES
LLP, AS CO-COUNSEL FOR THE DEBTORS AND DEBTORS IN POSSESSION
FOR THE PERIOD FROM MARCH 1, 2022 THROUGH MARCH 31, 2022
(NO ORDER REQUIRED)**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading has been received to the *Seventh Monthly Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP, as Co-Counsel for the Debtors and Debtors in Possession for the Period from March 1, 2022 through March 31, 2022* (the "Application") [Docket No. 428] filed on July 5, 2022. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Application appears thereon. Pursuant to the notice of Application, objections to the Application were to be filed and served no later than July 26, 2022 at 4:00 p.m. prevailing Eastern Time.

Pursuant to the *Order (I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals and (II) Granting Related Relief* [Docket No. 112]

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Agspring Mississippi Region, LLC (9147); Agspring MS 1, LLC (6456); Agspring MS, LLC (2692); Lake Providence Grain and Rice LLC (1986); and Bayou Grain & Chemical Corporation (7831). The Debtors' mailing address is 5101 College Boulevard, Leawood, KS 66211.

entered on October 15, 2021, the Debtors are authorized to pay Pachulski Stang Ziehl & Jones LLP $106,046.00 which represents 80% of the fees ($132,557.50) and $4,178.59 which represents 100% of the expenses requested in the Application, for the period from March 1, 2022 through March 31, 2022, upon the filing of this Certification and without the need for entry of a Court order approving the Application.

*[Remainder of Page Intentionally Left Blank]*

| | |
|---|---|
| Dated: July 27, 2022 | **PACHULSKI STANG ZIEHL & JONES LLP** |
| | */s/ Mary F. Caloway* |
| | Laura Davis Jones (DE Bar No. 2436) |
| | Timothy P. Cairns (Bar No. 4228) |
| | Mary F. Caloway (DE Bar No. 3059) |
| | 919 N. Market Street, 17th Floor |
| | P.O. Box 8705 |
| | Wilmington, DE  19899-8705 (Courier 19801) |
| | Telephone: (302) 652-4100 |
| | Facsimile:  (302) 652-4400 |
| | Email:  ljones@pszjlaw.com |
| |        tcairns@pszjlaw.com |
| |        mcaloway@pszjlaw.com |
| | |
| | -and- |
| | |
| | **DENTONS US LLP** |
| | Samuel R. Maizel |
| | Tania M. Moyron |
| | Malka S. Zeefe |
| | 601 S. Figueroa Street #2500 |
| | Los Angeles, CA  90017 |
| | Telephone:  (213) 623-9300 |
| | Email:  samuel.maizel@dentons.com |
| |        tania.moyron@dentons.com |
| |        malka.zeefe@dentons.com |
| | |
| | -and- |
| | |
| | **DENTONS US LLP** |
| | David F. Cook (Bar Number 006352) |
| | 1900 K Street, NW |
| | Washington, DC  20006 |
| | Telephone:  (202) 496-7500 |
| | Email: david.f.cook@dentons.com |
| | |
| | *Counsel for Debtors and Debtors in Possession* |