# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AGSPRING MISSISSIPPI REGION, LLC, *et al.*,[1]<br><br>　　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 21-11238 (CTG)<br><br>(Jointly Administered)<br><br>**Re: Docket No. 450** |

### CERTIFICATION OF NO OBJECTION REGARDING FINAL APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF PACHULSKI STANG ZIEHL & JONES LLP, AS CO-COUNSEL FOR THE DEBTORS AND DEBTORS IN POSSESSION FOR THE PERIOD FROM SEPTEMBER 10, 2021 THROUGH JULY 22, 2022

　　　　　The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading has been received to the *Final Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP, as Co-Counsel for the Debtors and Debtors in Possession for the Period from September 10, 2021 through July 22, 2022* (the "Application") [Docket No. 450] filed on July 25, 2022.  The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Application appears thereon.  Pursuant to the notice of Application, objections to the Application were to be filed and served no later than August 8, 2022 at 4:00 p.m. prevailing Eastern Time.

　　　　　Accordingly, it is hereby respectfully requested that the proposed order attached hereto as **Exhibit A** be entered at the Court's convenience.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Agspring Mississippi Region, LLC (9147); Agspring MS 1, LLC (6456); Agspring MS, LLC (2692); Lake Providence Grain and Rice LLC (1986); and Bayou Grain & Chemical Corporation (7831). The Debtors' mailing address is 5101 College Boulevard, Leawood, KS 66211.

|  |  |
|---|---|
| Dated: August 9, 2022 | **PACHULSKI STANG ZIEHL & JONES LLP** |
|  | */s/ Mary F. Caloway* |
|  | Laura Davis Jones (DE Bar No. 2436) |
|  | Timothy P. Cairns (Bar No. 4228) |
|  | Mary F. Caloway (DE Bar No. 3059) |
|  | 919 N. Market Street, 17th Floor |
|  | P.O. Box 8705 |
|  | Wilmington, DE  19899-8705 (Courier 19801) |
|  | Telephone: (302) 652-4100 |
|  | Facsimile:  (302) 652-4400 |
|  | Email:  ljones@pszjlaw.com |
|  |             tcairns@pszjlaw.com |
|  |             mcaloway@pszjlaw.com |
|  |  |
|  | -and- |
|  |  |
|  | **DENTONS US LLP** |
|  | Samuel R. Maizel |
|  | Tania M. Moyron |
|  | Malka S. Zeefe |
|  | 601 S. Figueroa Street #2500 |
|  | Los Angeles, CA  90017 |
|  | Telephone:  (213) 623-9300 |
|  | Email:  samuel.maizel@dentons.com |
|  |             tania.moyron@dentons.com |
|  |             malka.zeefe@dentons.com |
|  |  |
|  | -and- |
|  |  |
|  | **DENTONS US LLP** |
|  | David F. Cook (Bar Number 006352) |
|  | 1900 K Street, NW |
|  | Washington, DC  20006 |
|  | Telephone:  (202) 496-7500 |
|  | Email: david.f.cook@dentons.com |
|  |  |
|  | *Counsel for Debtors and Debtors in Possession* |

DOCS_DE:240161.1 01213/001