**Exhibit A**

DOCS_DE:240164.1 01213/001

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AGSPRING MISSISSIPPI REGION, LLC, *et al.*,[1]<br>Debtors. | Chapter 11<br><br>Case No. 21-11238 (CTG)<br><br>(Jointly Administered)<br><br>Re: Docket No. 453 |

ORDER GRANTING THE
SECOND INTERIM AND FINAL APPLICATION OF NEUNERPATE FOR
ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES INCURRED AS LOUISIANA LOCAL COUNSEL
FOR THE DEBTORS AND DEBTORS IN POSSESSION, FOR THE INTERIM PERIOD
OF MARCH 1, 2022 THROUGH MAY 31, 2022 AND THE FINAL PERIOD FROM
SEPTEMBER 10, 2021 THROUGH MAY 31, 2022

NeunerPate, as Louisiana local counsel for the debtors and debtors in possession ("Debtors") in the above-captioned cases, filed its *Second Interim and Final Application for Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred as Louisiana Local Counsel for the Debtors and Debtors in Possession, for the Interim Period of March 1, 2022 through May 31, 2022 and the Final Period from September 10, 2021 through May 31, 2022* (the "Application").[2] The Court has reviewed the Application and finds that: (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (b) notice of the Application, and any hearing on the Application, was adequate under the circumstances; and (c)

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Agspring Mississippi Region, LLC (9147); Agspring MS 1, LLC (6456); Agspring MS, LLC (2692); Lake Providence Grain and Rice LLC (1986); and Bayou Grain and Chemical Corporation (7831). The Debtors' mailing address is 5101 College Blvd., Leawood, KS 66211.

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Application.

all persons with standing have been afforded the opportunity to be heard on the Application. Accordingly, it is hereby:

**ORDERED** that the Application is GRANTED, on a final basis, and all fees and costs requested in the Application are allowed on an final basis, as follows: (i) compensation in the amount of $2,117.50 for the reasonable and necessary legal services NeunerPate rendered to the Debtors from March 1, 2022 through May 31, 2022 (the "Second Interim Period"), and reimbursement in the amount of $12.50 for actual and necessary expenses incurred during the Second Interim Period, for a total of $2,130.00 for the Second Interim Period; and (ii) compensation of $11,627.50 and reimbursement of $188.71 for a total of $11,816.21 for the period of September 10, 2021 through May 31, 2022 (the "Final Period");

**ORDERED** that the Debtors are authorized and directed to pay to NeunerPate all amounts allowed for the Final Period, less any amounts previously paid in connection with any monthly or interim fee applications;

**ORDERED** that to the extent NeunerPate has incurred fees and expenses in addition to the foregoing, NeunerPate may file one or more supplemental fee applications by following the interim compensation procedures set forth in the Administrative Order and submitting a certificate of no objection and order to the Court for final approval of such fees and expenses as may be reflected in any such supplemental fee application; and

**ORDERED** that this Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.