# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AGSPRING MISSISSIPPI REGION, LLC, *et al.*,[1]<br><br>　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 21-11238 (CTG)<br><br>(Jointly Administered)<br><br>**Re: Docket No. 451** |

### CERTIFICATION OF COUNSEL REGARDING THIRD INTERIM AND FINAL APPLICATION OF DENTONS US, LLP FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AS COUNSEL FOR THE DEBTORS AND DEBTORS IN POSSESSION, FOR THE INTERIM PERIOD OF MARCH 1, 2022 THROUGH JUNE 16, 2022 AND THE FINAL PERIOD FROM SEPTEMBER 10, 2021 THROUGH JULY 25, 2022

The undersigned hereby certifies that:

1. On July 25, 2022, Dentons US, LLP ("Dentons") filed its *Third Interim and Final Application of Dentons US, LLP for Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred as Counsel for the Debtors and Debtors in Possession, for the Interim Period of March 1, 2022 through June 16, 2022 and the Final Period from September 10, 2021 through July 25, 2022* (the "Application") [Docket No. 451].

2. Pursuant to the notice of Application, objections to the Application were to be filed and served no later than August 8, 2022 at 4:00 p.m. prevailing Eastern Time. No objections were filed with respect to the Application.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Agspring Mississippi Region, LLC (9147); Agspring MS 1, LLC (6456); Agspring MS, LLC (2692); Lake Providence Grain and Rice LLC (1986); and Bayou Grain & Chemical Corporation (7831). The Debtors' mailing address is 5101 College Boulevard, Leawood, KS 66211.

3. In the Application, Dentons requests, among other things, (a) allowance, on an interim basis, of compensation of $621,607.50 for reasonable and necessary professional services rendered to the Debtors for the during the interim period of March 1, 2022 through June 16, 2022 (the "Third Interim Period") and reimbursement of $3,220.80 for actual and necessary costs and expenses incurred therein, for a total of $624,828.30; and (b) allowance, on a final basis, of compensation of approximately $2,525,513.00 (the "Final Fee Amount") for reasonable and necessary professional services rendered to the Debtors during the final period from September 10, 2021 through July 25, 2022 (the "Final Period") and reimbursement of $85,261.02 (the "Final Expense Amount").

4. The Final Fee Amount included an estimate of $95,000 for fees accrued as of the date the Application was filed (the "Estimated Fees").

5. Following reconciliation, Dentons has determined that the Estimated Fees totaled only $26,352.18, comprising $24,861 in fees and $1,491.18 in expenses. Additionally, the Final Fee Amount inadvertently included the amount of $5,349.60 from Dentons' First Interim Application which Dentons had agreed to voluntarily reduce, and the Final Expense Amount inadvertently understated expenses in the amount of $485.83. Accordingly, Dentons modifies its request for final allowance of fees and expenses, by reducing the Final Fee Amount by $75,488.60, to $2,450,024.40, and increasing the Final Expense Amount by $1,977.01, to $87,238.03, for a total Final Application Amount of $2,537,262.43.

6. Attached hereto as **Exhibit A** is a revised proposed form of order (the "Proposed Order"), which incorporates the fee reduction described above.

7.  The Debtors request entry of the Proposed Order at the Court's earliest convenience.

Dated: August 10, 2022  **PACHULSKI STANG ZIEHL & JONES LLP**

*/s/ Mary F. Caloway*
Laura Davis Jones (DE Bar No. 2436)
Timothy P. Cairns (Bar No. 4228)
Mary F. Caloway (Bar No. 3059)
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE  19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile:  (302) 652-4400
Email:  ljones@pszjlaw.com
           tcairns@pszjlaw.com
           mcaloway@pszjlaw.com

-and-

**DENTONS US LLP**

Samuel R. Maizel
Tania M. Moyron
Malka S. Zeefe
601 S. Figueroa Street #2500
Los Angeles, CA  90017
Telephone:  (213) 623-9300
Email:  samuel.maizel@dentons.com
           tania.moyron@dentons.com
           malka.zeefe@dentons.com

-and-

**DENTONS US LLP**

David F. Cook (Bar Number 006352)
1900 K Street, NW
Washington, DC  20006
Telephone:  (202) 496-7500
Email: david.f.cook@dentons.com

*Counsel for Debtors and Debtors in Possession*