**Exhibit A**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> AGSPRING MISSISSIPPI REGION, LLC, *et al.*,[1] <br><br> Debtors. | Chapter 11 <br><br> Case No. 21-11238 (CTG) <br><br> Jointly Administered <br><br> **Ref. Docket No. 451** |

**ORDER GRANTING THIRD INTERIM AND FINAL APPLICATION OF DENTONS US, LLP FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AS COUNSEL FOR THE DEBTORS AND DEBTORS IN POSSESSION, FOR THE INTERIM PERIOD OF MARCH 1, 2022 THROUGH JUNE 16, 2022 AND THE FINAL PERIOD FROM SEPTEMBER 10, 2021 THROUGH JULY 25, 2022**

Dentons US, LLP ("Dentons"), as counsel for the Debtors and Debtors in Possession (the "Debtors") in the above-captioned cases, filed its *Third Interim and Final Application of Dentons US, LLP for Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred as Counsel for the Debtors and Debtors in Possession, for the Interim Period of March 1, 2022 through June 16, 2022 and the Final Period from September 10, 2021 through July 25, 2022* (the "Application") [Docket No. 451][2]. The Court has reviewed the Application and finds that: (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (b) notice of the Application, and any hearing on the Application, was adequate under the circumstances; and (c) all persons with standing have been afforded the opportunity to be heard on the Application. Accordingly, it is hereby

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Agspring Mississippi Region, LLC (9147); Agspring MS 1, LLC (6456); Agspring MS, LLC (2692); Lake Providence Grain and Rice LLC (1986); and Bayou Grain & Chemical Corporation (7831). The Debtors' mailing address is 5101 College Boulevard, Leawood, KS 66211.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Application.

ORDERED that the Application is GRANTED, on a final basis. The Debtors shall pay to Dentons the sum of $2,450,024.40 as compensation for necessary professional services rendered, and actual and necessary expenses in the amount of $87,238.03 for a total of $2,537,262.43 for services rendered and disbursements incurred by Dentons as counsel to the Debtors, less any amounts previously paid in connection with monthly or quarterly fee applications; and

ORDERED that to the extent Dentons has incurred fees and expenses in addition to the foregoing, Dentons may file one or more supplemental fee applications by following the interim compensation procedures set forth in the Administrative Order and submitting a certificate of no objection and order to the Court for final approval of such fees and expenses as may be reflected in any such supplemental fee application; and

ORDERED that this Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.