# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AGSPRING MISSISSIPPI REGION, LLC, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 21-11238 (CTG)<br><br>(Jointly Administered)<br><br>**Re: Docket No. 449** |

### CERTIFICATION OF COUNSEL REGARDING DEBTORS' MOTION FOR AN ORDER PURSUANT TO SECTIONS 305(A), 349, AND 1112(B) OF THE BANKRUPTCY CODE DISMISSING THE DEBTORS' CHAPTER 11 CASES

The undersigned hereby certifies that:

1. On July 25, 2022, the above-captioned debtors and debtors in possession in the above-captioned cases (the "Debtors") filed the *Debtors' Motion for an Order Pursuant to Sections 305(a), 349, and 1112(b) of the Bankruptcy Code Dismissing the Debtors' Chapter 11 Cases* (the "Motion") [Docket No. 449].

2. The deadline to respond to the Motion was August 8, 2022 at 4:00 p.m. Eastern Time.

3. No objections to the Motion were filed. The Debtors received informal comments from the Office of the United States Trustee (the "UST") and their pre- and post-petition secured lenders (the "Lenders").

4. Attached hereto as **Exhibit A** is a revised proposed form of order (the "Proposed Order"), which incorporates the UST's and Lenders' comments.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Agspring Mississippi Region, LLC (9147); Agspring MS 1, LLC (6456); Agspring MS, LLC (2692); Lake Providence Grain and Rice LLC (1986); and Bayou Grain & Chemical Corporation (7831). The Debtors' mailing address is 5101 College Boulevard, Leawood, KS 66211.

DOCS_DE:240175.1 01213/001

5. Attached hereto as **Exhibit B** is a blackline showing changes to the Proposed Order from the version of the proposed order filed with the Motion.

6. The UST has no objection to entry of the Proposed Order. The Lenders support entry of the Proposed Order.

7. The Debtors request entry of the Proposed Order at the Court's earliest convenience.

Dated: August 11, 2022     **PACHULSKI STANG ZIEHL & JONES LLP**

*/s/ Mary F. Caloway*
Laura Davis Jones (DE Bar No. 2436)
Timothy P. Cairns (Bar No. 4228)
Mary F. Caloway (Bar No. 3059)
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email: ljones@pszjlaw.com
tcairns@pszjlaw.com
mcaloway@pszjlaw.com

-and-

**DENTONS US LLP**

Samuel R. Maizel
Tania M. Moyron
Malka S. Zeefe
601 S. Figueroa Street #2500
Los Angeles, CA 90017
Telephone: (213) 623-9300
Email: samuel.maizel@dentons.com
tania.moyron@dentons.com
malka.zeefe@dentons.com

-and-

**DENTONS US LLP**

David F. Cook (Bar Number 006352)
1900 K Street, NW
Washington, DC  20006
Telephone:  (202) 496-7500
Email: david.f.cook@dentons.com

*Counsel for Debtors and Debtors in Possession*