# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AGSPRING MISSISSIPPI REGION, LLC, *et al.*,[1]<br><br>Debtors. | Chapter 11<br>Case No. 21-11238 (CTG)<br>(Jointly Administered)<br><br>Re Docket No. 439 |

## ORDER GRANTING FIRST INTERIM FEE APPLICATION
## OF FAEGRE DRINKER BIDDLE & REATH LLP

Faegre Drinker Biddle & Reath LLP ("Faegre"), as special corporate counsel for the Debtors and Debtors in Possession ("Debtors") in the above-captioned cases, filed its Third Interim Fee Application [Docket No. 439](the "Third Interim Application"). The Court has reviewed the Third Interim Application and finds that: (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (b) notice of the Third Interim Application, and any hearing on the Third Interim Application, was adequate under the circumstances; and (c) all persons with standing have been afforded the opportunity to be heard on the Third Interim Application. Accordingly, it is hereby

ORDERED that the Third Interim Application is GRANTED as provided herein, on an interim basis, and fees and costs requested in the Third Interim Application are allowed on an interim basis in the amount of $79,135.50.00 as compensation and $592.60 as reimbursement of expenses, for a total of $79,728.10 for services rendered and disbursements incurred by Faegre for the period March 1, 2022 through May 31, 2022.  The Debtors shall pay to Faegre this amount less any amounts previously paid in connection with any monthly fee applications.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Agspring Mississippi Region, LLC (9147); Agspring MS 1, LLC (6456); Agspring MS, LLC (2692); Lake Providence Grain and Rice LLC (1986); and Bayou Grain and Chemical Corporation (7831). The Debtors' mailing address is 5101 College Blvd., Leawood, KS 66211.

DOCS_DE:240068.1 01213/001

ORDERED that this Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

**Dated: August 16th, 2022**
**Wilmington, Delaware**

**CRAIG T. GOLDBLATT**
**UNITED STATES BANKRUPTCY JUDGE**