IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| AGSPRING MISSISSIPPI REGION, LLC, *et al.*,[1] | ) | Case No. 21-11238 (CTG) |
| | ) | |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | | **Re: Docket No. 450** |

**ORDER GRANTING
FINAL APPLICATION FOR
COMPENSATION AND REIMBURSEMENT OF EXPENSES
OF PACHULSKI STANG ZIEHL & JONES LLP, AS
CO-COUNSEL FOR THE DEBTORS AND DEBTORS IN POSSESSION
FOR THE PERIOD FROM SEPTEMBER 10, 2021 THROUGH JULY 22, 2022**

Pachulski Stang Ziehl & Jones LLP ("PSZ&J"), as co-counsel for the Debtors and Debtors in Possession (the "Debtors") in the above-captioned cases, filed its Final Application for Compensation and for Reimbursement of Expenses for the Period from September 10, 2021 through July 22, 2022 (the "Final Fee Application"). The Court has reviewed the Final Fee Application and finds that: (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (b) notice of the Final Fee Application, and any hearing on the Final Fee Application, was adequate under the circumstances; and (c) all persons with standing have been afforded the opportunity to be heard on the Final Fee Application. Accordingly, it is hereby

ORDERED that the Final Fee Application is GRANTED, on a final basis. The Debtors in the above cases shall pay to PSZ&J the sum of $901,568.50 as compensation for necessary professional services rendered, and actual and necessary expenses in the amount of

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Agspring Mississippi Region, LLC (9147); Agspring MS 1, LLC (6456); Agspring MS, LLC (2692); Lake Providence Grain and Rice LLC (1986); and Bayou Grain & Chemical Corporation (7831). The Debtors' mailing address is 5101 College Boulevard, Leawood, KS 66211.

2

$37,391.35 for a total of $938,959.85 for services rendered and disbursements incurred by PSZ&J for the period September 10, 2021 through July 22, 2022, less any amounts previously paid in connection with the monthly or quarterly fee applications; and

ORDERED that an additional $20,000 be allowed on a final basis and paid to PSZ&J for additional fees and costs incurred or to be incurred by PSZ&J to complete its work in these cases; and

ORDERED that to the extent PSZ&J has incurred fees and expenses in addition to the foregoing, PSZ&J may file one or more supplemental fee applications by following the interim compensation procedures set forth in the Administrative Order and submitting a certificate of no objection and order to the Court for final approval of such fees and expenses as may be reflected in any such supplemental fee application; and

ORDERED that this Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

Dated: August 16th, 2022  
Wilmington, Delaware

CRAIG T. GOLDBLATT  
UNITED STATES BANKRUPTCY JUDGE