**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| AGSPRING MISSISSIPPI REGION, LLC, *et al.*,[1] | Case No. 21-11238 (CTG) |
| | Jointly Administered |
| Debtors. | |
| | Ref. Docket No. 452 |

**ORDER GRANTING TENTH MONTHLY AND FINAL APPLICATION OF FAEGRE DRINKER BIDDLE & REATH LLP FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES AS SPECIAL CORPORATE, TRANSACTIONAL, AND LITIGATION COUNSEL FOR THE DEBTORS FOR THE MONTHLY PERIOD FROM JULY 1, 2022, THROUGH JULY 22, 2022, AND THE FINAL PERIOD FROM SEPTEMBER 10, 2021, THROUGH AND INCLUDING DISMISSAL DATE**

Faegre Drinker Biddle & Reath LLP ("Faegre Drinker"), as special corporate, transactional and litigation counsel for the Debtors and Debtors in Possession (the "Debtors") in the above-captioned cases, filed its *Tenth Monthly and Final Application of Faegre Drinker Biddle & Reath LLP for Allowance of Compensation and Reimbursement of Expenses as Special Corporate, Transactional, and Litigation Counsel for the Debtors for the Monthly Period From July 1, 2022, Through July 22, 2022, and the Final Period from September 10, 2021, Through and Including Dismissal Date* (the "Application")[2].  The Court has reviewed the Application and finds that: (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (b) notice of the Application, and any hearing on the Application, was adequate under the circumstances; and (c) all persons with standing have been afforded the opportunity to be heard on the Application. Accordingly, it is hereby

---

[1]     The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Agspring Mississippi Region, LLC (9147); Agspring MS 1, LLC (6456); Agspring MS, LLC (2692); Lake Providence Grain and Rice LLC (1986); and Bayou Grain & Chemical Corporation (7831).  The Debtors' mailing address is 5101 College Boulevard, Leawood, KS 66211.

[2]     Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Application.

ORDERED that the Application is GRANTED, on a final basis. The Debtors shall pay to Faegre Drinker the sum of $634,117.00 as compensation for necessary professional services rendered, and actual and necessary expenses in the amount of $1,200.77 for a total of $635,317.77 for services rendered and disbursements incurred by Faegre Drinker for the period September 10, 2021, through and including the Dismissal Date, less any amounts previously paid in connection with monthly or quarterly fee applications; and

ORDERED that to the extent Faegre Drinker has incurred fees and expenses in addition to the foregoing, Faegre Drinker may file one or more supplemental fee applications by following the interim compensation procedures set forth in the Administrative Order and submitting a certificate of no objection and order to the Court for final approval of such fees and expenses as may be reflected in any such supplemental fee application; and

ORDERED that this Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

Dated: August 16th, 2022
Wilmington, Delaware

CRAIG T. GOLDBLATT
UNITED STATES BANKRUPTCY JUDGE